# Exhibit 3

# SPQR

Service Performance Quality Reliability



April 18, 1972

SUBJECT: SUPPLY PYRANOL

RECEIVED
AUG --
EDWARD L. DOBBINS

Information Letter - MT-166

MTD SPOT

To: Holders of SPOT ✓
File this under
Information Letter Tab
of Section I

TO: FIELD SALES DISTRICT MANAGERS
FIELD SALES ENGINEERS
PLUS SELECTED PRODUCT DEPARTMENT SALES MANAGERS,
INTERNATIONAL SALES DIVISION, FASO, I&SB &
SERVICE SHOP PERSONNEL

Since early 1970, Monsanto Chemical Company, sole supplier of Pyranol, has advised that this material, under the generic term askarel, contains polychlorinated biphenyls (PCB). Polychlorinated biphenyls are highly stable compounds and are not readily biodegradeable. Therefore, when placed in the environment, they may be considered contaminants and may adversely affect some species of animal and marine life.

At that time all customers were advised through Sales Channels to take every precaution to prevent any entry of this material into the environment through spills, usage, leakage, disposal, vaporization or otherwise.

In the past we have supplied Pyranol to transformer repair shops, and to companies requiring these products for top-up of existing transformers. Pyranol was also available from Monsanto under GE Specification A13B3B without restriction regarding its usage.

These sales have been discontinued by Monsanto as of January 15, 1972, except to those who have entered into special agreement to indemnify Monsanto with respect to this product for use in transformers.

General Electric has agreed to indemnify Monsanto for this use, as have several other major manufacturers. Some manufacturers have chosen not to indemnify Monsanto and have decided to discontinue manufacturing askarel-filled transformers.

The Medium Transformer Products Department will be the only supplier of GE transformer Pyranol effective immediately. This is further defined as follows:

1. All orders for supplying Pyranol for all General Electric Company Pyranol transformers will be placed on the Medium Transformer Products Department, Rome, Georgia.

2. MTPD, Rome, may ship direct to customer or from Monsanto Chemical Company when circumstances warrant such shipment, but orders will always be placed on Rome.

MONS 092458

GENERAL ELECTRIC COMPANY
MEDIUM TRANSFORMER DEPARTMENT, ROME, GEORGIA

3. Sales by Rome are only for use in askarel-filled transformers including repair and maintenance of any askarel-filled transformer, and for use in any new GE-manufactured transformer.

4. Bulk sales for askarel-filled transformers only will be made to the following customer classes:

   a) Utilities.
   b) Industrial and other customers for their own use.
   c) Service shops for transformer use only.

5. Sales will not be made to:

   a) External OEM's for their own use.
   b) Distributors for resale.
   c) Other external customers for resale, except for an independent Service Shop to fulfill a service contract on their customer's transformer.

6. All bulk orders to MTPD, Rome, from external customers must be acknowledged with the attached statement.

All Sales Departments must not only include this Indemnification Clause but state on the customer's purchase order and the GE requisition that the material is for transformer use only, before the order will be fulfilled by the Medium Transformer Products Department.

Other fluids for transformer use are presently under study which exhibit a higher degree of environmental compatibility. Studies indicate that some of these are feasible for use in transformers. However, until these materials have been proven suitable for transformer use, the above policy will remain in effect.

In the meantime, Handbook Section 5713, pages 1, 2, and 3 have been withdrawn and are being reviewed by the Medium Transformer Products Department, Rome, Georgia.

Please refer all requests for quotations on supplying Pyranol to:

   H. J. Pinson
   Specialist - Product Service
   Medium Transformer Products Department
   Rome, Georgia 30161

*R. W. Frahm*

R. W. FRAHN
MANAGER-MARKETING

ths
Attach.

MONS   092459