# Exhibit 4

COM-72-10419

# Polychlorinated Biphenyls and the Environment

Interdepartmental Task Force on PCBs

Washington D.C.

May 1972

| BIBLIOGRAPHIC DATA SHEET | 1. Report No.<br>ITF-PCB-72-1 | 2. | 3. Recipient's Accession No.<br>COM-72-10419 |
|---|---|---|---|

**4. Title and Subtitle**

PCBS AND THE ENVIRONMENT

**5. Report Date**
20 Mar. 72

**6.**

**7. Author(s)**

**8. Performing Organization Rept. No.**

**9. Performing Organization Name and Address**

Interdepartmental Task Force On PCBs

**10. Project/Task/Work Unit No.**

**11. Contract/Grant No.**

**12. Sponsoring Organization Name and Address**

Departments of Agriculture, Commerce, Health, Education, and Welfare, and Interior; and Environmental Protection Agency; plus other participating agencies.

**13. Type of Report & Period Covered**
Final

**14.**

**15. Supplementary Notes**

**16. Abstracts**

This report is the product of a six month review of the chemicals known as PCBs-- polychlorinated biphenyls--by five Federal agencies, with participation by other agencies. The Interdepartmental Task Force on PCBs had as its goal the coordination of the scientific efforts of the Government aimed at understanding PCBs and the strengthening of the Government's ability to protect the public from actual or potential hazards associated with them. The task force made nine findings, con- clusions, and recommendations, primarily pointing out that PCBs should be restricted to essential or nonreplaceable uses which would minimize the likelihood of human exposure or leakage to the environment. Supplementing the 20-page report are eight appendices detailing current knowledge about various aspects of PCBs, including their use and replaceability; occurrence, transfer, and cycling in the environment; occurrence and sources in food; and PCBs effects on man and animals.

**17. Key Words and Document Analysis. 17a. Descriptors**

*Pollution,
*Chlorine aromatic compounds,
*Biphenyl/chloro,
Environmental surveys,
Insulating oil,
Economic factors,

Government policies,
Toxicology,
Public Health.

**17b. Identifiers/Open-Ended Terms**

**17c. COSATI Field/Group** 13B, 6T

**18. Availability Statement**

**19. Security Class (This Report)**
UNCLASSIFIED

**20. Security Class (This Page)**
UNCLASSIFIED

**21. No. of Pages**
192

**22. Price**
PC $6.00

FORM NTIS-35 (REV. 3-72)

USCOMM-DC 14952-P72

Table of Contents

Page

PREFACE...................................................... 1

FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS.................... 2

I.     PRODUCTION, DISTRIBUTION, AND USE OF PCBs.............. 5

II.    CHEMICAL AND PHYSICAL PROPERTIES AND
       IMPURITIES............................................ 10

III.   BENEFITS, UTILITY, AND ESSENTIALITY................... 11

IV.    OCCURRENCE, TRANSFER, AND CYCLING IN THE
       ENVIRONMENT.......................................... 14

V.A.   BIOLOGICAL EFFECTS ON MAN (METABOLISM, TOXICOLOGY,
       AND RESULTS OF HUMAN EXPOSURES)...................... 17

V. B.  BIOLOGICAL EFFECTS ON ANIMALS OTHER THAN MAN.......... 18

Table of Contents:  Appendices

Page

Contents and Authors........................................... 21

A.  Chemical and Physical Properties of PCBs................... 22

B.  Use and Replaceability of PCBs............................ 41

C.  The Need for Continued Use of PCBs as Electrical
     Insulating Liquids....................................... 75

D.  Occurrence, Transfer, and Cycling of PCBs in the
     Environment.............................................. 83

E.  Occurrence and Sources of PCBs in Food.................... 107

F.  Human Directed Aspects of PCBs........................... 122

G.  Biological Data on PCBs in Animals Other Than
     Man...................................................... 158

H.  Regulatory Action on PCBs................................ 173

Table of Contents (Continued)

Figures

Page

Chapter I

    1.  U. S. Domestic Sales of PCBs by Grade.............   8

    2.  U. S. Domestic Sales of PCBs by Category..........   9


Appendix A

    1-6.  Chromatograms of various representative
        PCBs, according to Armour ........................ 31-36


Appendix F

    1.  Storage of PCB-Derived Material in Tissues
       and Plasma....................................... 140

    2.  Excretion of PCB and PCB-Derived Material
       in Feces and Urine............................... 141

Tables

Chapter I

    1.  PCB Manufacturing and Sales
       Data From Monsanto Industrial Chemicals Co.
       1957 Through 1971................................   6

Chapter III

    1.  Underwriters' Laboratories Flammability
       Ratings.........................................  12

Tables

(continued)                                                          Page

APPENDIX A

    1.  General Physical Properties of the Aroclor
        Clorinated Compounds...............................  26

    2.  Relative Retentions, Mass Spectrometric
        Data on PCB Fractionated Sample...................  30

APPENDIX B

    1.  Typical Properties of Liquids..................... 45-46

    2.  Physical and Other Properties of Lubricating
        Oils, Engine Oils, and Hydraulic Fluids........... 47-50

    3.  High-Temperature Lubricant Specifications..........  56

    4.  Some Properties of Pumping Fluids.................  57

    5.  Decomposition Temperature Ranges of Several
        Chemical Classes..................................  60

    6.  Approximate Maximum Compatibility, phr, of
        Plasticizers With Various Resins..................  61

    7.  General Properties of Some Aroclors (PCB)..........  63

APPENDIX C

    1.  Composition of Different Liquid Chlorinated
        Biphenyls.........................................  77

    2.  Underwriters' Laboratories Flammability Ratings    76

    3.  Alternate Insulating Fluids.......................  80

iv

Tables

(continued)                                                    Page

APPENDIX D

   1.  PCB Manufacturing and Sales
       Data From Monsanto Industrial Chemicals Co.
       1957 Through 1971.................................  85-86

   2.  Concentration of PCBs in Municipal Sewage
       Treatment Plant Outfalls..........................    88

   3.  PCB Concentrations in Industrial Effluents........    89

   4.  Total Estimated Contribution of PCBs to the
       Aquatic Environment...............................    90

   5.  Concentration of PCBs in Sewage Sludges...........    91

   6.  A Sampling of Measured Occurrences of PCBs
       in the Environment................................  93-98

   7.  Accumulation of PCBs by Various Aquatic
       Organisms.........................................   100

APPENDIX E

   1.  Positive Analyses of Random Food Samples..........   111

   2.  Positive Follow-Up Investigational Samples........   112

   3.  Summary of PCB Findings in FDA Total Diet
       Samples...........................................   117

   4.  Objective Samples - CY 1971 For PCBs..............   120

v

Tables

(continued)                                                      Page

APPENDIX F

   1.  Subjective Symptoms Complained by Yusho
      Patients.............................................  126

   2.  Oral Toxicity of Chlorinated Biphenyls..............  127

   3.  Dermal Toxicity of Chlorinated Biphenyls............  128

   4.  Vapor Exposure Toxicity of Chlorinated
      Biphenyls...........................................  129

   5.  Toxicity of Aroclors................................  131

   6.  Pathologic Changes Induced by PCBs..................132-133

   7.  Residues in Tissues of Rats Orally Dosed With
      Aroclor 1254 (500 mg/kg)............................  134

   8.  Storage of Aroclors (In PPM) 24-Hours After Oral
      Ingestion by Stomach Tube...........................  138

   9.  Distribution of PCB-Derived Material Following
      98-Day Exposure to a Dietary Level of 1000 PPM
      Aroclor 1254........................................  139

  10.  Distribution of PCB Levels in Adipose of General
      Population as Shown in Analysis of Human
      Monitoring Survey Samples Since April 15, 1971.......  145

  11.  Experiments to Date Not Included in the Manuscript
      "Polychlorinated Biphenyls:  Distribution and
      Storage in Body Fluids and Tissues of Sherman Rats"-
      A. Curley, V. W. Burse, M. E. Grim, R. W. Jennings
      and R. E. Linder.....................................  150

  12.  Some Biological and Toxicological Effects in the
      PCBs................................................  153

  13.  Possible Future Studies Involving PCBs, Their
      Individual Isomers and Contaminants..................  154

Tables

(continued)                                                    Page

APPENDIX H

    1.  FDA Proposed Temporary Tolerances for PCB
        Residues.........................................   178

PREFACE

On September 1, 1971, representatives of several agencies of the Federal Government established an interdepartmental task force to coordinate the scientific efforts of the Government aimed at understanding the family of chemical compounds known as polychlorinated biphenyls (PCBs), and to strengthen the Government's ability to protect the public from actual or potential hazards from PCBs.  On September 5 it was announced that the task force would "coordinate a government-wide investigation into PCB contamination of food and other products".  On September 13 the task force, made up of qualified specialists from a range of disciplines, held the first of a series of meetings.  Appropriate spokesmen on various problems associated with PCBs were assigned to prepare a series of background papers, drawing on the resources of their own and other agencies.

The task force included operating units of five Executive Branch departments:  Department of Agriculture; Department of Commerce (Assistant Secretary for Science and Technology and National Oceanic and Atmospheric Administration); Environmental Protection Agency; Department of Health, Education, and Welfare (Food and Drug Administration and National Institute of Environmental Health Sciences of the National Institutes of Health); and Department of the Interior (Bureau of Sport Fisheries and Wildlife).

The report which follows represents the results of the task force's review and reflects the position of the operating agencies of the Federal Government which have major responsibilities concerning such chemicals as PCBs in food and in the environment.  The task force had the advantage of some additional sources of information and review on PCBs.  For example, during the course of the study, the National Institute of Environmental Health Sciences sponsored an international scientific meeting on PCBs on December 20-21, 1971, at the Quail Roost Conference Center, Rougemont, North Carolina. One hundred persons--from Government, universities, industry, and the press-- attended.  The proceedings of this conference soon will be published by the Institute.  The task force also met from time to time with a group of scientific advisors from outside the Federal Government, which was already at work prior to September 1971 examining a number of hazardous trace substances, one of which was PCBs.

The individuals who served on the task force included:  Dr. John E. Spaulding and Dr. Harry W. Hays (Department of Agriculture), Dr. Robert W. Cairns and Dr. William Aron (Department of Commerce), Dr. John Buckley (Environmental Protection Agency), Dr. Lawrence Fishbein, John R. Wessel, and Dr. Albert Kolbye (Department of Health, Education, and Welfare), Dr. Lucille Stickel (Department of the Interior), Dr. Edward J. Burger, Jr. (Office of Science and Technology), and Dr. Terry Davies (Council on Environmental Quality).  Many others participated in some of the meetings and lent assistance in a variety of ways including authorship of background papers published as appendices in this report.  The task force is grateful for this assistance.

The task force will continue to assess new information that comes to its attention.

1

FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS

Polychlorinated biphenyls (PCBs) have been used in the United States and elsewhere over the past 40 years, for many industrial and consumer applications.  During the past three years evidence has accumulated to indicate that PCBs are widely dispersed throughout the environment and that they can have adverse ecological and toxicological effects.

The principal uses for PCB fluids are in the electrical industry. PCBs have superior cooling, insulating, and dielectric properties and hence are widely used in various electrical devices.  Transformers and capacitors filled with PCBs can be used in inside locations where failures of oil-insulated equipment would present a potential danger to life and property.  Because PCBs are relatively nonflammable, apparatus containing them is essentially free from the fire and explosion hazards associated with oil-insulated and oil-cooled electric devices.  Stability at high temperatures is another major factor in the attractiveness of these compounds.  The principal advantage of PCBs over substitutes is the relative freedom from flammability in some applications that previously had been plagued by serious fires.  PCBs also give electrical equipment the critical advantages of reliability, long life, and compactness.  PCB impregnated capacitors, for example, are markedly more reliable and long-lived, and 1/6 the size, 1/5 the weight, and 1/4 the cost of comparable oil impregnated capacitors.  Small capacitors with PCBs have a use-life expectancy of 10 to 15 years, and large capacitors 20 to 25 years. PCBs in transformers are replaced only every 25 to 30 years.

PCBs have been discovered to have a widespread distribution in the environment, and some environmental occurrences have been associated with adverse effects on certain forms of animal life.  Beginning in 1971, the Monsanto Company, the sole U. S. producer, has reported taking voluntary actions to reduce the volume of PCB production and to limit its distribution to industries concerned with the manufacture of electrical apparatus.  Similar restrictions have been put into effect by statute in Sweden and voluntarily in Great Britain.

A large use of PCBs had been in carbonless duplicating paper.  This use has been discontinued.  The Food and Drug Administration and the food industry have increased their surveillance to assure that PCBs are not used in food  plants, products, or packaging.

The task force has reviewed all of the available scientific information on various aspects of the PCB problem.  It has found much data that it regards as inadequate and many questions that remain unanswered.  But on the basis of available information, the task force concurs on the following findings, conclusions, and recommendations:

1. <u>PCBs should be restricted to essential or non-replaceable uses</u> <u>which involve minimal direct human exposure since they can have adverse</u> <u>effects on human health.</u>  There currently are no toxicological or ecological data available to indicate that the levels of PCBs currently known to be in the environment constitute a threat to human health, but additional experiments are underway to evaluate the impact of low level, long-term exposure to PCBs.

2. <u>PCBs have been used so widely over such a long period that they</u> <u>are ubiquitous.</u>  Even a total cessation of manufacturing and use of PCBs would not result in the rapid disappearance of the material, and ultimate disappearance from the environment will take many years.  The elimination of non-essential uses and prohibition of discharges from essential uses will result in gradual elimination from the environment.

3. <u>PCBs were first identified as potential food contaminants in 1966.</u> <u>Three principal sources or routes of contamination of food have been identified.</u>  General environmental contamination has resulted in PCB residues in some fresh water fish.  Prohibition of PCB discharges into water will result in the reduction of such residues.  Another route occurs from the presence in food packaging materials of PCB residues, some of which migrate into packaged food.  The FDA has proposed regulations for food packaging materials and foods to deal with this problem.  The third route involves accidental contamination of food from leakage or spillage of PCBs into feed or directly into food.  The dietary intake of PCBs is of low order and does not present an imminent health hazard.  To date, all of the high levels of PCBs encountered in human or animal foods have been associated with accidents, for which Government agencies have exercised necessary regulation and control to minimize the distribution of contaminated foods.

4. <u>The sole domestic producer of PCBs, Government agencies, and key</u> <u>user industries are taking appropriate steps to cut off further introduction</u> <u>of PCBs into the food supply and to reduce the current levels of PCBs as food</u> <u>and environmental contaminants.</u>  The Food and Drug Administration (FDA) has acted, under the authority of the Food, Drug, and Cosmetic Act, to preclude the accidental PCB contamination of food.  It has also proposed a prohibition on the use in food packaging materials of pulp from reclaimed and salvaged fibers that contain poisonous or deleterious substances that may migrate into the food if the contamination by such substances is deliberate or avoidable. It has proposed temporary tolerances for unavoidable PCB residues in food packaging materials and in certain foods.  The Department of Agriculture has acted under the Wholesome Poultry Act and other statutes to prevent accidentally contaminated foods from reaching the market.

The major gap in the regulatory system to deal with PCBs is the absence of any broad Federal authority to restrict use or distribution of the chemical, to control imports, and to collect certain types of information.  The task force believes that such authority is needed.  This authority would be provided by the Toxic Substances Control Act proposed by the Administration and now pending before Congress.

5.  Housekeeping is particularly important in the manufacture, use, and disposal of PCBs.  Under a program of limitation on the sale of PCBs, the electrical industry will continue to be the principal user of PCBs; it, as well as industries now holding inventories of PCBs, have a special responsibility for monitoring and controlling their wastes.  In this connection, the Environmental Protection Agency will restrict industrial liquid discharges of PCBs from PCB users.  To keep levels in fish as low as possible, and in any case below FDA's interim action level of 5 parts per million, concentrations in rivers or lakes from all sources should not exceed 0.01 parts per billion.

6.  The use of PCBs should not be banned entirely.  Their continued use for transformers and capacitors in the near future is considered necessary because of the significantly increased risk of fire and explosion and the disruption of electrical service which would result from a ban on PCB use.  Also, continued use of PCBs in transformers and capacitors presents a minimal risk of environmental contamination.  The Monsanto Company, the sole domestic producer, has reported voluntarily eliminating its distribution of PCBs to all except manufacturers of electrical transformers and capacitors.

Pending passage of the Toxic Substances Control Act, the Federal Government does not have the legal authority to impose restrictions corresponding to the actions reported by Monsanto.  Although some Federal enforcement authority is available, the Federal Government does not have the authority to control PCBs at their source.

7.  Most capacitors presumably have been disposed of in landfills.  PCB containing material buried in soil is not expected to migrate but should remain in place.  In the past, many fluids containing PCBs have been disposed of in sewers.  More appropriate means of disposal such as high-temperature (at least $970^{\circ}$C) incineration must be used instead.

8.  PCBs are manufactured in countries other than the United States.  Importation of PCBs as a chemical or as a component in products remains legally possible because the Toxic Substances Control Act has not yet become law.  Electrical products imported from abroad may contain PCBs.  The task force looks to international agreements to bring about some multi-national understanding on the sale and use of PCBs globally.  Importation of PCBs for uses other than those singled out in the present pattern of voluntary limitations should be avoided by users.

As an additional measure, the United States has asked the Organization for Economic Cooperation and Development (OECD) through its Environment Committee to make a special review of member states' national policies concerning PCBs and also to identify products moving in international trade which contain PCBs.  OECD, whose membership includes all major Western industrialized states plus Japan and Australia, has been giving priority attention to the problem of PCBs over the past year.

9.  More scientific information about PCBs is needed, and several Government agencies are seeking it through research.  The task force recognizes that the scientific basis of much of our knowledge must be

strengthened through research.  The total exposure of a human being to a given substance from all sources--air, water, and food--must be considered, and interactions of PCBs and other substances within and outside the body must be evaluated.  Similar consideration must be given to the other body organisms.

Current scientific knowledge gained from laboratory animal experiments is often inadequate to allow reliable interpretation of the data in terms of possible effects on man.  The scientific basis for interpreting such tests must be improved.

The situation regarding PCBs is not significantly different from the problem of other toxic susbstances which cause concern when they come into contact with man, his food, and his environment.  Continuing vigilance on the part of Government agencies, industry, universities, and many other agencies both within and outside the Government will be necessary to achieve an effective system for assessing and controlling the hazards of toxic substances, including PCBs.

The task force, by reviewing research needs and the present Federal research effort, has helped to insure that these efforts of the agencies are well planned and coordinated.  Certain Government laboratories as well as a number of non-Government scientists recently have embarked on additional research on PCBs, and the results will be communicated to the scientific public completely and promptly through normal channels such as meetings and journals.

I.  PRODUCTION, DISTRIBUTION, AND USE OF PCBS

Polychlorinated biphenyls (PCBs) were first manufactured commercially in 1929.  By virtue of their unusual chemical and physical properties, they achieved widespread use in a variety of applications.  PCBs are now manufactured in Great Britain, France, Germany, the USSR, Japan, Spain, Italy, and Czechoslovakia, as well as in the United States.

In the United States, PCBs have been manufactured by a single producer, the Monsanto Company, and marketed under the tradename "Aroclor".  Table 1 gives a breakdown, by category of use and by type of PCB, of the total U. S. production, domestic sales, and U. S. export sales from 1957 to the present. Figure 1 and Figure 2 summarize these data for the years 1963 through 1971.

Both production and domestic sales of PCBs roughly doubled between 1960 and 1970.  If one assumes a constant rate of growth of domestic sales since 1930, the cumulative sales in North America by 1970 would be of the order of 500,000 tons. (1)  Corresponding data on production and use of PCBs outside the United States are not available.  Current estimates suggest that total U. S. production represents roughly one-half of the total world production.

As can be seen in Table 1, the majority of the PCB material produced in the U. S. was marketed domestically.  Between 1963 and 1971, the proportion of the production which was exported averaged 13 percent.  In 1971, the Monsanto Company reportedly undertook a variety of voluntary restrictions on the distribution of PCBs to various categories of industries.  Both

TABLE 1
PCB MANUFACTURING AND SALES
DATA FROM MONSANTO INDUSTRIAL CHEMICALS CO.
1957 THROUGH 1971
(Thousands of Pounds)

| | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 |
|---|---|---|---|---|---|---|
| TOTAL PRODUCTION (For Domestic Sales)[1] | | | | 37919 | 36515 | 38353 |
| DOMESTIC SALES | 32299 | 26061 | 31310 | 35214 | 37538 | 38043 |

**DOMESTIC SALES BY CATEGORY**

| | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 |
|---|---|---|---|---|---|---|
| Heat Transfer | - | - | - | - | - | 157 |
| Hydraulics/Lubricants | 1612 | 1549 | 2685 | 2523 | 4110 | 3915 |
| Misc. Industrial | 704 | 755 | 1569 | 1559 | 2114 | 1681 |
| Transformer | 12955 | 5719 | 5984 | 7921 | 6281 | 7984 |
| Capacitor | 17028 | 14099 | 16499 | 16967 | 15935 | 15382 |
| Plasticizer Applications[2] | | 3939 | 4573 | 6244 | 9098 | 8924 |
| Petroleum Additives | - | - | - | - | - | - |
| Total | 32299 | 26061 | 31310 | 35214 | 37538 | 38043 |

**DOMESTIC SALES BY PCB GRADE**

| | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 |
|---|---|---|---|---|---|---|
| Aroclor 1221 | 23 | 16 | 254 | 103 | 94 | 140 |
| Aroclor 1232 | 196 | 113 | 240 | 155 | 241 | 224 |
| Aroclor 1242 | 18222 | 10444 | 13598 | 18196 | 19827 | 20654 |
| Aroclor 1248 | 1779 | 2559 | 3384 | 2827 | 4023 | 3463 |
| Aroclor 1254 | 4461 | 6691 | 6754 | 6088 | 6294 | 6325 |
| Aroclor 1260 | 7587 | 5982 | 6619 | 7330 | 6540 | 6595 |
| Aroclor 1262 | 31 | 184 | 359 | 326 | 361 | 432 |
| Arcolor 1268 | - | 72 | 102 | 189 | 158 | 210 |
| Total | 32299 | 26061 | 31310 | 35214 | 37538 | 38043 |

NOTE: (1)  Production amounts prior to 1960 are not available.
      (2)  Amounts for plasticizer applications prior to 1958 are not available.

TABLE 1 (cont.)

|  | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | Prospect 1972 |
|---|---|---|---|---|---|---|---|---|---|---|
| U.S. PRODUCTION | 44734 | 50833 | 60480 | 65849 | 75309 | 82854 | 76387 | 85054 | 40471 | 25-30 m |
| DOMESTIC SALES (LBS.) | 38132 | 44869 | 51796 | 59078 | 62466 | 65116 | 67194 | 73061 | 37635 | 25-30 m |
| U.S. EXPORT SALES | 3647 | 4096 | 4234 | 6852 | 8124 | 11231 | 10624 | 13651 | 9876 | ? |

U.S. DOMESTIC SALES BY
CATEGORY

|  | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | Prospect 1972 |
|---|---|---|---|---|---|---|---|---|---|---|
| Heat Transfer | 582 | 929 | 1237 | 1766 | 2262 | 2529 | 3050 | 3958 | 3480 | - |
| Hydraulics/Lubricants | 3945 | 4374 | 4616 | 4258 | 4643 | 5765 | 8039 | 7403 | 1643 | - |
| Misc. Industrial | 1528 | 1692 | 1841 | 1779 | 1426 | 1283 | 1079 | 1627 | 578 | - |
| Transformer | 7290 | 7997 | 8657 | 8910 | 11071 | 11585 | 12105 | 13828 | 11528 | 25-30 m |
| Capacitor | 15606 | 19540 | 23749 | 28884 | 29703 | 29550 | 25022 | 26708 | 17305 | 25-30 m |
| Plasticizer Applications | 9181 | 10337 | 11696 | 13481 | 13361 | 14404 | 16460 | 19537 | 3102 | - |
| Petroleum Additives | - | - | - | - | - | - | 1439 | - | - | - |

U.S. DOMESTIC SALES
BY PCB GRADE

|  | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | Prospect 1972 |
|---|---|---|---|---|---|---|---|---|---|---|
| Aroclor 1221 | 361 | 596 | 369 | 528 | 442 | 136 | 507 | 1476 | 1600 | 300 |
| Aroclor 1232 | 13 | 13 | 7 | 16 | 25 | 90 | 273 | 260 | 211 | 300 |
| Aroclor 1242 | 18510 | 23571 | 31533 | 39557 | 43055 | 44853 | 45401 | 48588 | 21000 | 4000 |
| Aroclor 1248 | 5013 | 5238 | 5565 | 5015 | 4704 | 4894 | 5650 | 4073 | 261 | - |
| Aroclor 1254 | 5911 | 6280 | 7737 | 7035 | 6696 | 8891 | 9822 | 12421 | 5800 | 6000 |
| Aroclor 1260 | 7626 | 8535 | 5831 | 5875 | 6417 | 5252 | 4439 | 4890 | 1750 | 600 |
| Aroclor 1262 | 414 | 446 | 558 | 768 | 840 | 720 | 712 | 1023 | - | - |
| Aroclor 1268 | 284 | 190 | 196 | 284 | 287 | 280 | 300 | 330 | - | - |

7



FIGURE I. US DOMESTIC SALES OF PCBs BY GRADE   The uppermost curve represents the total sale

From Nisbet, I.C.T., and Sarofim, A.F. (I)



FIGURE 2. US DOMESTIC SALES OF PCBs
by Category   (The uppermost curve represents the total sales.)

From Nisbet, I.C.T., and Sarofim, A.F. (1)

9

production and sales figures for 1971 were roughly half of those for 1970, when these volumes were at their peak (Table 1 and Figures 1 and 2). Projections for 1972 indicate an even lower volume.

Prior to 1971, about 40 percent of the PCB material in the United States was used in applications where containment was difficult and losses into the environment were probable. These uses included plasticizers, hydraulic fluids and lubricants, surface coatings, inks, adhesives, pesticide extenders, and microencapsulation of dyes for carbonless duplicating paper. The remaining 60 percent of domestic sales was used mainly in electrical applications (transformers and capacitors). In 1971, this fraction is expected to have reached approximately 90 percent of the total use, only about half of the total use in 1970.

In terms of the grade or family of PCB manufactured, the lower chlorinated species have generally made up the majority of the products produced. From the figures in Table 1 it can be seen that Aroclor 1242 and grades with lower percentages of chlorination characteristically composed one half or more of the total production between 1963 and 1970.

The largest categories of use of PCBs have been in capacitors and transformers and in certain "plasticizer" applications including carbonless duplicating paper. A large percentage of the production of Aroclor 1242 went into these three categories of products. (2) The major uses for PCBs prior to 1970 (in the order of importance as a reflection of the volume of material used) were:

    Capacitors
    Plasticizer applications
    Transformer fluids
    Hydraulic fluids and lubricants
    Heat transfer fluids

## II.  CHEMICAL AND PHYSICAL PROPERTIES AND IMPURITIES

### Chemical and Physical Properties of PCBs

Theoretically, there are 210 possible PCB compounds, but only about 100 are likely to occur in commercial products. The degree of chlorination determines the chemical and physical properties of the Aroclors; the first two digits of the numbered Aroclor represent the molecular type, the last two digits the average weight percent of chlorine. Their physical state thus varies from colorless, oily liquids to more viscous and increasingly darker liquids to, in the higher series, yellow and then black resins. The PCBs are not readily biodegradable. They resist breakdown by water, acids, and alkalis and have boiling points ranging from 278 to 475°C.

### Analytical Techniques

Whereas in the past it was difficult to identify PCBs in the presence of other organochlorine compounds such as DDT and DDE, they can now be separated from interfering compounds and identified and measured by means of thin layer and gas liquid chromatography at levels less than 1 part

per million in food and at significantly lower levels in air and water.
Confirmation of their presence and molecular structure is possible by mass
spectrometry. Various chromatographic columns and GLC detectors have been
most useful in the analyses. Increased precision of residue detection in
biological materials has also been made possible through the choice of
chlorine specific detectors such as the microcoulometric detectors.

## Contaminants and Impurities

The starting materials used in synthesis of PCBs determine to a large
degree the type of impurity or contaminant in the commercial product. The
contaminant variation, of course, renders some divergence in the LD 50
values or other toxicologic response of the PCBs. Fractionated samples of
some PCBs of foreign manufacture have shown them to contain as contaminants
the tetra- and pentachlorodibenzofurans, the hexa- and heptachloronaphtha-
lenes. Further work is needed to ascertain whether additional impurities or
contaminants are present in the various U. S. and foreign PCB products. Also,
variance in biological response to the various PCB products should be corre-
lated with analytical data obtained on the actual or likely presence of con-
taminants.

## III.  BENEFITS, UTILITY, AND ESSENTIALITY

The task force reviewed the several categories of uses to which PCBs
had been put in the past to determine what was known of their utility and to
ascertain if alternate or substitute materials were available or whether any
of the present applications were essential.

The four major types of applications examined were:

1. Dielectric fluids for capacitors and transformers.
2. Industrial fluids for hydraulic, gas turbine, and
   vacuum pump uses.
3. Heat transfer fluids.
4. Plasticizers and miscellaneous uses.

This review of utility was undertaken by the National Bureau of Standards.
The review was materially aided by information from the National Industrial
Pollution Control Council and from certain professional independent testing
and evaluation associations.

A major value of the PCB liquids is that those with four or more substi-
tuted chlorines per molecule are nonflammable as are their decomposition pro-
ducts, both vapors and arc-formed gaseous products. Thus they can be used as
fluids at temperatures up to $700^{\circ}F$ without the danger of explosions and fire.
The major disadvantage of the PCBs is their toxicity and environmental contami-
nation. The other comparable class of non-flammable fluids is the fluoro-
carbons, which typically have a lower vapor pressure and lower boiling point
than the chlorinated compounds.

Electrical Uses

PCBs are used in fluids (known as askarels) for electrically insulating and cooling transformers when the transformers are used in or near buildings. Being virtually free of fire and explosion hazards, PCBs can be used where failures of oil-insulated transformers would present a potential danger to life and property. PCBs also are superior to oils in reliability, in making small equipment possible, and in assuring long life and reliability to equipment. Table 1 shows the flammability ratings of two PCBs compared to five other common materials.

Table 1

Underwriters' Laboratories Flammability Ratings

| Fluid | Flammability Rating |
|-------|---------------------|
| Ether | 100 |
| Gasoline | 90-100 |
| Ethyl Alcohol | 60-70 |
| Kerosene (100° F.P.) | 30-40 |
| Mineral Oil | 10-20 |
| Aroclor 1242 and MCS 1016 | 2-3 |

PCBs are used in transformers wherever fire protection is particularly important--for about 5 percent of all transformers.

Most of these transformers are located inside public, commercial, or industrial buildings--or on the roof tops of, or in close proximity to, such buildings--and require no special enclosures other than those necessary to prevent accidental hazardous mechanical or electrical contact of persons with the equipment.

The amount of Aroclor used in various types of transformers ranges from 40 to 500 gallons (516 to 6,450 pounds) with an average of about 235 gallons (3,032 pounds). During 1968, the last complete "normal" year for the electrical industry, the total amount of PCBs used in new transformers or as replacement fluid was approximately 1.3 million gallons (8.4 thousand tons).

The only present alternatives to Aroclor-insulated transformers are mineral oil-insulated transformers or dry-type transformers (either those open to the atmosphere or those that are gas-filled and sealed). Mineral oils are the preferred fluids when fire does not create a hazard. Dry transformers also can be used when space is available to install them. Fluorocarbon liquids require a special transformer design.

PCBs are used in more than 90 percent of the electric utility (large power) type and smaller industrial type capacitors made today. They are needed for safety, reliability, and long life, and to achieve sizes compatible with equipment and installation requirements.

Almost 80 million PCB-impregnated capacitors are manufactured annually, most of them for first-time use. The principal types are high voltage power capacitors used primarily for power factor correction in the distribution of electric power; low voltage power capacitors installed in industrial plants at the load (typically large motors); ballast capacitors to improve the efficiency of lighting systems; and small industrial capacitors for power factor improvement in such equipment as air conditioning units, pumps, fans, etc.

Capacitors used in lighting and air conditioning applications contain 0.0005 to 0.09 gallons of PCB per unit. The largest power capacitors contain about 6.7 gallons of askarel. The National Electrical Code requires that any installation of capacitors in which any single unit contains more than 3 gallons of combustible liquid shall be in a vault like that required for transformers. During 1968, the last complete "normal" year for the electrical industry, the amount of PCBs used in capacitors was approximately 14.4 thousand tons.

Possible alternatives to PCB-impregnated capacitors are capacitors impregnated with mineral oil or certain other liquids. Flammable fluids in capacitors used in buildings are not allowed by insurance companies and building codes.

If codes did allow flammable materials in this use, replacement of PCBs in capacitors and transformers would require considerable time and money for re-engineering, manufacture, and application of substitute equipment, and lack of availability of PCBs for this equipment would cause a major and lengthy disruption in the nation's electrical system.

Industrial Applications

PCBs have been useful in hydraulic systems where leakage onto hot metal surfaces could cause fire, but substitute fluids are available. Gas turbines require lubrication at high temperatures. PCBs can be used but tend to be corrosive. Phosphate ester lubricants seem better in this respect. Chemical stability is more important than non-flammability for high temperature lubricants. PCB fluids are useful in diffusion booster pumps, but non-flammability is not especially important for diffusion pump liquids, and alternative liquids are available.

Heat Transfer Materials

Flammable heat transfer fluids present a fire hazard if they leak into a furnace or onto hot surfaces. The use of PCBs prevents this danger. In some cases water is a suitable substitute at moderately high temperatures, and other satisfactory heat transfer fluids are commercially available and in use.

Plasticizers

The PCBs are good plasticizers for use with adhesives, textiles, surface coatings, sealants, and copy paper. In some cases the PCBs act as fire retardants. There are no unique properties of PCBs for plasticizer uses, and equally effective alternatives are generally available (e.g., phosphate esters are often used as fire retardants).

IV.  OCCURRENCE, TRANSFER, AND CYCLING IN THE ENVIRONMENT

Given the diversity of uses of PCBs and their chemical characteristics (greater stability in the higher chlorine species), it is not surprising that the residues are widespread.  While satisfactory quantitative estimates of the contribution of various pathways into the environment are not possible with existing data, there are enough data to be certain that PCBs do reach the environment at least from the following sources:

-- Open burning or incomplete incineration (at usual temperatures) of solid wastes, municipal and industrial.  Incineration at 2000°F or above for two seconds will destroy PCBs, but poorly operated incinerators or open burning may result in PCBs being released to the atmosphere unchanged.

-- Vaporization from paints, coatings, plastics, etc. (Nisbet and Sarofim, 1) estimate that as much as 20 percent may be vaporized.

-- Municipal and some industrial sewers (PCBs present in treated as well as untreated wastes).

-- Accidental spills or improper wastes disposal practices.

-- Formerly, direct application to the environment as ingredients of pesticides or as carriers for pesticides (such uses of PCBs are now prohibited).

-- Dumping of sewage sludge, municipal and industrial solid waste, and dredge spoil at sea.

-- Sewage sludges disposed of on land.

-- Migration from surface coatings (paints, etc.) and packaging materials into foods and feeds.

Probably the largest amounts of PCBs circulating in the environment reach it through industrial and municipal discharges to inland and coastal waters.

The recommendation by the task force that "more scientific information about PCBs is needed" is illustrated by the sparsity of knowledge about PCBs in the environment.  Only general statements can be made about how PCBs reach the environment, how they reach target organisms, and how much is present.

Nisbet and Sarofim (1) estimate that the total loss of PCBs into the U. S. environment over the last 40 years would approach 30,000 tons to the atmosphere, 60,000 tons to water and 300,000 tons to dumps.  Of this total, remaining residues might be 20,000 tons from the air (which would be distributed on land or water), 30,000 tons in water, and perhaps 250,000 tons in dumps.

Thousands of environmental and biological samples have been analyzed for the presence of PCBs. One or more of the PCB compounds have been detected in all environmental media, and in many organisms.

## Water

The water environment is probably the principal sink and transport mechanism for PCBs. Calculations based on measured occurrences in municipal and industrial outfalls, in the receiving waters, and in the downstream reaches of the waterways demonstrate transport through the aquatic system. Measured residues in fishes from various environments suggest accumulations at the downstream ends of the drainageways.

There are few data on removal, disappearance, and sequestering of the substances in soils or bottom sediments of rivers, lakes, estuaries, or the ocean.

## Organisms Other Than Man

PCBs being, like many of the organochlorine insecticides, fat soluble, are stored in the lipids of animals. Also like the chlorinated hydrocarbon insecticides, they resist metabolic changes, and tend to be concentrated at succeedingly higher levels in animals higher in the food chain. The higher chlorine PCBs are the most stable.

## Occurrence and Sources of PCBs in Food

The identification of PCBs as a potential food contaminant was first reported in 1966. Subsequent investigations, including the development of analytical procedures for PCBs in foods and their incorporation in Federal programs for monitoring the nation's food and feed supply for pesticide residues and other chemical contaminants, established several sources from which foods may become contaminated with PCBs.

## Environmental Contamination of Food

PCB residues in fresh water fish appear to be widespread geographically as a result of the environmental contamination of lakes and streams. Depending upon the location of sampling and the species of fish, PCB levels generally range from 1 to 10 parts per million. Foods of animal origin, such as meat, poultry, eggs, and milk contain, in some instances, low background levels of PCBs that may be attributable to environmental contamination.

## Industrial Accidents

The widespread industrial uses of PCBs have resulted in a number of identified isolated accidents involving the direct contamination of animal feeds, which, in turn, caused human food to become contaminated.

-- Poultry and eggs became contaminated as a result of the leakage of PCB heat transfer fluid during the pasteurization of fish meal (poultry feed component).

15

-- PCB residues in milk have resulted from the use of PCB in certain coatings on the inside walls of silos, which, in turn, contaminated the dairy feed silage.

-- The use of spent PCB transformer fluid as a herbicide spray vehicle allegedly contaminated dairy cattle grazing areas thereby causing residues in milk.

-- The grinding of bakery products along with their PCB-containing wrappers for use as poultry feed is suspected to have caused contamination of fowl.

These incidents, as well as others during the past several years, represent localized sources of contamination. Federal, State, and industry actions prevented most of the contaminated foods from being marketed.

## Food Packaging

A significant percentage of food paper packaging materials contains PCBs and has resulted in the migration of low levels to the packaged food. This source of food contamination was identified in 1971. The origin of PCBs in packaging materials is not fully understood. Recycled waste paper containing PCB carbonless "carbon" paper. is the prime source of PCB in paperboard product. Virgin paper products, however, have also been shown to contain PCB residues, probably as a result of the paper manufacturing processes. Data on current production of food packaging materials indicate that the levels are decreasing and are controllable so that the potential for PCB contamination of packaged foods can be minimized.

## Dietary Intake

National monitoring data, and in particular FDA's total diet studies, indicate that the human dietary intake of PCBs is of a low order. For example: the dietary intake expressed as mg/kg body weight/day, and based on food consumption approximately twice as high as the normal diet, was less than 0.0001 in FY 1971 and 0.0001 in the first-half of FY 1972. As a point of reference, from 1965 to 1970 dietary intake of DDT was 0.0007 mg/kg body weight/day. Other investigations further disclose that except for unavoidable background levels in certain foods, the PCB contamination of food can be significantly reduced or eliminated through appropriate controls.

## Man and the Ecosystem

In air and water away from immediate sources of waste discharge, levels of PCBs are low -- a few micrograms per cubic meter (parts per trillion; ppt) in air and less than a part per billion (ppb) in fresh water; soil or bottom sediments contain a few parts per billion, up to several hundred parts per million (ppm) near some industrial outfalls; from tenths of a ppm to tens of ppm in fish and up to hundreds of ppm in some fish and birds near the top of the food chain. To illustrate these relationships, 1/8 of an inch is about

one trillionth of the distance to the moon; and a part per million is about 5 steps on a walk from Washington to San Francisco.

Man, who is at the top of a food chain, may also have PCB residues in his body fat. Analyses of tissue residues from 688 persons from three States showed two-thirds to have detectable residues, but only one-third contained residues of 1 part per million or more.

PCBs have been shown to accumulate in fish and aquatic invertebrates to levels of 75,000 times that present in the water, and to be accumulated from concentrations as low as 0.06 parts per billion (the lowest concentration for which experimental data are available). Thus, to keep levels in fish as low as possible, and in any case from reaching the 5 parts per million established by FDA as an interim action level for safety as food, concentrations in water should be less than 0.07 part per billion, or to allow some safety factor, 0.01 ppb. This level in water should be sufficiently low that fish and shellfish are not themselves adversely affected.

Existing data suggest that the principal route of PCBs through the environment is from waste streams into receiving waters, downstream movement in the waterways in the water and on sediments, accumulation from the water by aquatic organisms, and transfer to birds and mammals (including man) through residues in fish that are eaten.

Another route to man is through migration of residues to foods from PCB containing packaging materials. A third route to man may have been absorption through the skin from handling carbonless carbon paper. These exposures are being rapidly diminished since PCBs are no longer used in carbonless carbon paper. Presumably most of the PCB residues in paper made from waste paper also came from used carbonless carbon paper, which is no longer used in making food packaging material.

V.A.  BIOLOGICAL EFFECTS ON MAN (METABOLISM, TOXICOLOGY, AND RESULTS OF HUMAN EXPOSURES)

Human beings occasionally have been exposed to high levels of PCBs. Some exposure has been the result of occupational experience or of accidental concentrations in food as in the accidental contamination of rice oil in Japan ("Yusho" episode). As far as can be determined, the number of exposed persons in these cases has been limited. Another source of contamination and exposure (although at a lower level) has been fish containing PCBs.

Samples of human fat have been examined to a limited extent for the presence of PCBs. As a result of this limited sampling, it has been concluded that some persons carry a body burden of PCB in their fat tissue. In contrast to the ubiquity and levels of DDT and its metabolite, DDE, in humans in this country, the current levels of PCBs do not appear to be as uniform in distribution. At the levels in which they are found, PCBs do not appear to present an imminent hazard.

17

The acute toxicity of commercial PCBs in experimental animals appears to be low. In the case of the human exposure with the Yusho episode, the average dose to that exposed population was calculated as 2 gm. From this incident, it was estimated that the minimum dose necessary to produce positive clinical effects was 0.5 gm.

With a sufficiently high dose it is possible to distinguish a number of toxic actions of PCBs and their contaminants in mammals. Alterations in the functioning of the liver have been observed in a number of species, and these are attributed to PCBs. It is likely that other conditions, such as chloracne (severe skin eruptions), liver damage, and hydropericardium (accumulation of fluid in the sac which surrounds the heart) may be caused by a contaminant, chlorinated dibenzofuran.

The limited mammalian chronic studies of the Monsanto Company indicate no evidence for carcinogenicity. The possibilities of embryotoxicity and mutagenicity, however, are poorly studied and, hence, are ill-defined.

Because of the possibility of human exposure to PCBs, the task force recommends the following additional studies:

1. Toxicological evaluation of a select number of representative, purified PCB isomers as well as purified trace contaminants such as the chlorinated dibenzofurans.

2. Definitive mammalian elaboration of the kinetics, absorption, distribution, metabolism, and excretion of the technical PCBs as well as a number of key isomers and the chlorinated dibenzofurans.

3. Elaboration of the subcellular and intracellular actions of the technical PCBs as well as a number of representative isomers and chlorinated dibenzofurans.

4. More definitive epidemiological studies of the PCBs with both more representative population sampling and standardization on the basis of lipid content of the tissues.

V.B.   BIOLOGICAL EFFECTS ON ANIMALS OTHER THAN MAN

The significance of PCBs to wild animals depends primarily upon the sublethal physiological effects of these substances rather than upon their lethal toxicity. They have accumulated in all portions of the natural environmental complex in a manner predictable from their high solubility in fat and their resistance to degradation.

PCBs can be lethally toxic to some fish and aquatic invertebrates when concentrations in the water are parts per billion or less. They are metabolized and excreted very slowly by these organisms.

18

They are only moderately toxic to birds and mammals; lethal levels are similar to those of DDE. PCBs may have contributed to direct mortality of some adult birds in the field, but not to an extent to affect populations.

In sublethal exposure, PCBs are physiologically active and induce enzyme activity. Direct effects on reproduction have been shown for chickens, but not for ducks, quail, or doves. Some studies tentatively suggest the possibility of subtle behavioral effects and of interactions with disease organisms or other environmental chemicals.

Full evaluation of actual or potential effects in the environment is hampered by the complex nature of the mixtures that compose PCBs, and by the inclusion of contaminants in these mixtures. As experimental studies have been conducted with the unaltered products, as sold, the results may not properly reflect the effects of the components as they exist in the environment.

Although fully conclusive data are not available, the evidence for toxic and physiological effects indicates that the PCBs must be viewed as potential problems at present environmental levels.

FOOTNOTES

1.  Nisbet, I.C.T., and A.F. Sarofim, "Rates and Routes of Transport of PCBs in the Environment".  Paper delivered at International Scientific Meeting on PCBs sponsored by the National Institute of Environmental Health Sciences, and held at the Quail Roost Conference Center, Rougemont, North Carolina, December 20-21, 1971.  (Environmental Health in Perspective (in press) 1972.)

2.  Data supplied by the Monsanto Company.

## APPENDICES

Page

### Contents and Authors

A.  Chemical and Physical Properties of PCBs                    22
        H. F. Kraybill
        Food & Drug Administration
        Department of Health, Education, and Welfare

B.  Use and Replaceability of PCBs                             41
        Martin G. Broadhurst
        National Bureau of Standards
        Department of Commerce

C.  The Need for Continued Use of PCBs as Electrical
    Insulating Liquids                                         75
        Electrical and Nuclear Sub-Council
        National Industrial Pollution Control Council
        Department of Commerce

D.  Occurrence, Transfer, and Cycling of PCBs in the
    Environment                                                83
        John L. Buckley
        Environmental Protection Agency (with assistance
        of Edward Grenning, EPA)

E.  Occurrence and Sources of PCBs in Food                    107
        John E. Spaulding
        Department of Agriculture
        John R. Wessel
        Food & Drug Administration
        Department of Health, Education, and Welfare

F.  Human Directed Aspects of PCBs                            122
        Lawrence Fishbein
        National Institute of Environmental Health Sciences
        Department of Health, Education, and Welfare

G.  Biological Data on PCBs in Animals Other Than Man         158
        Lucille F. Stickel
        Bureau of Sport Fisheries and Wildlife
        Department of the Interior

H.  Regulatory Action on PCBs                                 173
        Terry Davies
        Council on Environmental Quality
        Executive Office of the President

## APPENDIX A

### Chemical and Physical Properties of PCBs

### Table of Contents

|      |                                                                   | Page  |
|------|-------------------------------------------------------------------|-------|
| I.   | Chemical and Physical Characteristics                             | 23    |
| II.  | Problems in Analytical Chemistry - Comparison of Methods          | 27    |
| II.1 | Separation                                                        | 27    |
| II.2 | Quantitation                                                      | 29    |
| III. | Contaminants, Impurities, or Other Chemical Moieties in PCBs      | 37    |

### Tables

| 1 | - General Physical Properties of the Aroclor Chlorinated Compounds          | 26 |
| 2 | - Relative Retentions, Mass Spectrometric Data on PCB Fractionated Sample   | 37 |

### Figures

| 1-6. | Chromatograms of various representative PCBs, according to Armour | 31-36 |

.

.

.

## Chemical and Physical Properties of PCBs

### I.   Chemical and Physical Characteristics

The PCBs (trade name Aroclors in the United States, unknown in Soviet Union, Phenoclor in France, Colphen in Germany, and Kanachlor in Japan) are manufactured in the United States primarily by Monsanto Chemical Company. There are also suppliers in Europe and Japan.  Because of their unique chemical and physical properties the PCBs have been widely used in paints, electrical transformers, condensers, non-inflammable oils, adhesives, plasticizers, heat transfer systems, hydraulic fluids, caulking materials, printing inks, and many other uses where the nonflammability and heat resistance properties are useful.  Monsanto Chemical Company, reacting to the concern about extensive environmental contamination by the Aroclors, have recommended discontinuance and curtailed uses in equipment or products which inadvertently lead to contamination of the environment (food products, potable water supplies, and as an air pollutant).  Presumably the history of the polychlorinated biphenyls started in 1930 when an industrial use of non-flammable oils was introduced for electrical transformers, condensers, and paint.  It was probably not until the mid-sixties that an awareness of the environmental contamination came about with the realization that after 40 years use of the Aroclors, there was as extensive a problem of contamination as with the organochlorine pesticide DDT.  Swedish scientists drew attention to the fact that PCB has been found in fish and birds in their surveillance in 1966, and soon this alerted investigators in other countries to the problem.  Surveillance of total diets by FDA failed to report any PCB in fruits and vegetables.

Perhaps the accumulation of PCBs in environmental substrates or living organisms can be associated with the particular chemical and physical properties of these series of synthetic chlorinated aromatic compounds.  For example, the nonenvironmental degradability or biodegradability accounts for it as a residue in many media and for its persistence.  Like DDT, closely related structurally, it will enter the organism, be stored in the depot fat, and thus be transferred through the food chain at increasing concentrations.  The basic structure of PCBs is shown below where x represents any number of possible positions for chlorination leading to about 210 possible combinations, of which 102 are probable. (Widmark, 1), who made this calculation in developing



criteria for these limitations, noted that the criteria were based on compounds containing five to eight chlorine atoms per molecule and the number of chlorine atoms per ring differing by not more than one.

The Aroclors may consist of chlorinated biphenyls, chlorinated terphenyls, or a mixture of these compounds.  Invariably, although a specific numbered Aroclor may represent a molecular type and degree of chlorination or weight percent of chlorine, the product is a mixture of compounds in a series such as 1200, 2500, 4400, and 5400.  The first two digits represent the molecular type,

and the last two digits give the weight percent of chlorine.  For example:

| 1200 | - | chlorinated bipheynls |
| 2500 | - | blend of chlorinated biphenyls and chlorinated triphenyls (75:25) |
| 4400 | - | blend of chlorinated biphenyls and chlorinated triphenyls (60:40) |
| 5400 | - | chlorinated triphenyls |

Thus Aroclor 1242 would be a chlorinated biphenyl containing 42 percent chlorine.  These biphenyls produced by Monsanto range from 21 to 68 percent chlorine.  To refer back to the existence of many possible isomers, it is of interest that Aroclor 1260 would show the presence of 11 isomers; five containing six chlorine atoms, five containing seven chlorine atoms, and one containing eight chlorine atoms (2).  Bagley, et al, (3) studying Aroclor 1254, observed 18 distinct compounds. However, as previously stated, the number of compounds present or identified by mass spectrographic studies is much less than theoretically deduced.

The polychlorinated biphenyls which are chemically inert were described in the literature back in 1881 by Schmidt and Shultz (4) but achieved by Swann Company in 1930 and fully developed for industrial use in that year.  During the 40-year era, 1930-1970, it was discovered that Aroclors could be used to extend the effectiveness or lethality of organochlorine insecticides such as chlordane, aldrin, and dieldrin in pesticidal formulations, thus enhancing the possibilities for proliferation into the environment (5).  Additionally, there were indications that PCB had a synergistic effect on lindane (6).

The Aroclors, as previously stated, are chemically inert, making them ideally suited for certain industrial uses.  They are not hydrolyzed by water and resist alkalis, acid, and corrosive chemicals.  Since they are not volatile, their boiling points range from 278 C for Aroclor 1221 to 451°C for Aroclor 1268.  They are stable to long heating and can be distilled at ordinary pressure without any carbonization or decomposition.  As might be expected, since they are insoluble in aqueous media, they are quite soluble in hydrocarbon solvents.  It is believed that PCBs are more stable than DDT and metabolites and, accordingly, resistant to biodegradability or biological decomposition.  The proximity of the aromatic rings probably accounts for the lack of degradation of transformation as with DDT, which has an ethane linkage intervening the aromatic nuclie.

PCBs and formulations thereof have a wide range in viscosity and physical state, from colorless mobile-like oily characteristics to yellow-green clear mobile oil, to light yellow viscous oil, to light yellow soft sticky resin, to white powder, to light yellow clear brittle resin, to yellow transparent sticky resin, to clear yellow-amber brittle resin, to a black opaque brittle resin.  Other properties such as low solubility in water and high dielectric constants make them versatile for industrial uses.  Many of these

PCB preparations have strong adhesive properties, and it is this use in bonding of paper and cardboard in certain packages for food, plus reuse of printing paper in manufacture of grayboard, that has led to a few problems of contamination of certain food products. A rather complete compilation of these properties is listed in the attached table from a report by Monsanto Company.

Table 3

GENERAL PHYSICAL PROPERTIES OF THE

AROCLOR CHLORINATED COMPOUNDS

| | Aroclor 1221 Colorless mobile oil | Aroclor 1232 Practically colorless mobile oil | Aroclor 1242 Practically colorless mobile oil | Aroclor 1248 Colorless to light yellow-green, clear, mobile oil | Aroclor 1254 Light yellow viscous oil | Aroclor 1260 Light yellow soft sticky resin |
|---|---|---|---|---|---|---|
| Form................................ | | | | | | |
| Color............................... | 50 Max. (APHA) | 50 Max. (APHA) | 50 Max. (APHA) | 50 Max. (APHA) | 50 Max. (APHA) | 50 Max. (APHA) |
| Acidity - Maximum (mgm. KOH per Gm.)....... | 0.014 | 0.014 | 0.010 | 0.010 | 0.010 | 0.014 |
| Average Coefficient of Expansion....cc/cc/°C | 0.00071 (15°-40°C) | 0.00073 (25°-100°C) | 0.00068 (25°- 65°C) | 0.00070 (25°-65°C) | 0.00066 (25°-65°C) | 0.00067 (20°-100°C) |
| Typical Density<br>  Specific Gravity........................<br>  Pounds per gallon - 25°C (77°F).......... | 1.182-1.192 (25°/15.5°C) 9.85 | 1.270-1.280 (25°/15.5°C) 10.55 | 1.381-1.392 (25°/15.5°C) 11.50 | 1.405-1.415 (65°/15.5°C) 12.04 | 1.495-1.505 (65°/15.5°C) 12.82 | 1.555-1.566 (90°/15.5°C) 13.50 |
| Distillation Range - ASTM D-20 (Mod.)<br>  Corr. °C................................ | 275°-320° | 290°-325° | 325°-366° | 340°-375° | 365°-390° | 385°-420° |
| Evaporation Loss - % - ASTM D-6 Mod.<br>  163°C................................5 hrs.<br>  100°C................................6 hrs. | - 1.0 to 1.5 | - 1.0 to 1.5 | 3.0 to 3.6 0.0 to 0.4 | 3.0 to 4.0 0.0 to 0.3 | 1.1 to 1.3 0.0 to 0.2 | 0.5 to 0.8 0.0 to 0.1 |
| Flash Point - Cleveland Open Cup........ °C<br>                                        F | 141°-150° 286°-302° | 152°-154° 305°-310° | 176°-180° 348°-356° | 193°-196° 379°-384° | None | None |
| Fire Point - Cleveland Open Cup........ °C<br>                                      °F | 176° 349° | 238° 460° | None* | None | None | None |
| Pour Point - ASTM D-97................. °C<br>                                      °F | Crystals at 1°C<br>Crystals at 34°F | -35.5° -32° | -19° 2° | -7° 19.4° | 10° 50° | 31° 88° |
| Softening Point - ASTM E-28............. °C<br>                                        F | - - | - - | - - | - | - | - |
| Refractive Index - D-line - 20°C........... | 1.617-1.618 | 1.620-1.622 | 1.627-1.629 | 1.630-1.631 | 1.639-1.641 | 1.647-1.649 |
| Viscosity - Saybolt Universal 210°F (98.9°C)<br>Sec. (ASTM - D-88) | 30-31 | 31-32 | 34-35 | 36-37 | 44-48 | 72-78 |
|                             130°F (54.4°C) | 35-57 | 39-41 | 49-56 | 73-80 | 260-340 | 3200-4500 |
|                             100°F (37.8°C) | 38-41 | 44-51 | 82-92 | 185-240 | 1800-2500 | - |

*NONE indicates-"No fire point up to boiling temperature

| | | | | | | |
|---|---|---|---|---|---|---|
| Oral LD50-rats (approx.) - mg/kg | 3980○ | 4470○ | 8650○ | 11,000* | 11,900* | 10,000** |
| Skin MLD - rabbits - mg/kg | > 2000○ | >1260○ | ⩾ 794○ | ⩾ 794* | ⩾ 1260* | ⩾1260** |
| administered | <3160○ | <2000○ | <1260○ | <1260* | <2000* | <2000** |

○Undiluted **administered as 50% soln. in corn oil # 331/3% in corn oil 20% soln. in corn oil.   ### 10% soln. in corn oil.

| Aroclor 1262 Light yellow sticky clear resin | Aroclor 1268 White to off-white powder | Aroclor 4465 Light-yellow, clear, brittle resin | Aroclor 5442 Yellow Transparent sticky resin | Aroclor 5460 Clear, Yellow-to-amber, brittle resin | Aroclor 2565 Black, opaque brittle resin |
|---|---|---|---|---|---|
| 50 Max. (APHA) | 1.5 Max. NPA (molten) | 2 Max. NPA (molten) | 2 Max. NPA (molten) | 2 Max. NPA (molten) | - |
| 0.014 | 0.05 | 0.05 | 0.05 | 0.05 | 1.4 |
| 0.00064 (25°-65°C) | 0.00067 (20°-100°C) | 0.00061 (25°-65°C) | 0.00123 (25°-99°C) | 0.00179 (25°-124°C) | 0.00066 (25°-65°C) |
| 1.572-1.583 (90°/15.5°C) 13.72 | 1.804-1.811 (25°/25°C) 15.09 | 1.670 (25°/25°C) 13.91 | 1.470 (25°/25°C) 12.24 | 1.670 (25°/25°C) 13.91 | 1.734 (25°/25°C) 14.44 |
| 395°-425° | 435°-450° | 230°-320° at 4 mm. Hg. | 215°-300° at 4 mm. Hg. | 280°-335° at 5 mm. Hg. | - |
| 0.5 to 0.6 / 0.0 to 0.1 | 0.1 to 0.2 / 0.0 to 0.06 | 0.2 to 0.3 / 0.0 to 0.02 | 0.2 / 0.01 | 0.03 / 1.5 to 1.7 (at 260°-5 hrs.) | 0.2 to 0.3 / - |
| None | None | None | 247° 477° | None | None |
| None | None | None | >350° ≯662° | None | None |
| 35°-38° 99° | - | - | 46° 115° | - | - |
| - | 150° to 170° (hold pt.) 300° to 338° (hold pt.) | 60° to 66° 140° to 151° | 46° to 52° 115° to 126° | 98° to 105.5° 208° to 222° | 66° to 72° 149° to 162° |
| 1.6501-1.6517 | - | 1.664-1.667 | - | 1.660-1.665 | - |
| 86-100 | - | 90-150 (260°F or 130°C) | 300-400 | - | - |
| 600-850 (160°F or 71°C) | - | - | - | - | - |
| - | - | - | - | - | - |
| 11,300** | 10,900** | 16,000** | 10,600** | 19,200# | 6,310## |
| ≯1260** | ≯2510### | 2000** | ≯1260** | ≯7490# | ≯2000## |
| <3160** | | <3160** | <2000** | - | < 3160 |

## II.  Problems in Analytical Chemistry - Comparison of Methods

### II. 1  Separation

One of the primary and early problems in the identification of the polychlorinated biphenyls (PCBs) was that of possible interference in the GLC determination of organochlorine pesticides, where the PCB occurred along with the pesticide residue.  During 1969 and 1970, various investigators worked on methods for separating PCB from pesticides (7-14).  An excellent treatment of the subject of PCB as a contaminant in the environment, as related to its detection in the presence of other compounds, is covered by Jensen (15).

Jensen (15), in his review, has shown that some of the earlier studies of DDT and DDE in human fat by GLC must have been inordinately high.  He first identified some GLC peaks in wildlife in 1964-66 that were not reconcilable but later identified chromatograph peaks from human fat that were not attributable to DDT or metabolites of DDT, which were more nearly comparable to peaks ascribed to PCB.  The possibility that these peaks could be attributed to naturally occurring constituents in fish eaten by man was discarded when it was suggested that these same peaks could come from environmental pollutants.

To further establish the then uncertain composition of the chemicals causing the false DDT peaks, Jensen (15) separated out one of the chemicals by GLC and subjected this fraction to mass spectrometry.  The mass spectrometry data showed compounds with molecular weights of 324, 358, 392, and 426.  The molecular weight differences or differences of 34 mass units suggested one less chlorine atom per position on a carbon atom.  In essence, through calculation, he deduced that these unknown chemicals could only be polychlorinated hydrocarbons, in this case having 5, 6, 7, and 8 chlorine atoms in the molecule.  He verified his conclusion by introducing a synthetic or known PCB into the mass spectrometer.   He also found that PCB standard chromatogram matched those with the same retention times as observed in various samples he analyzed, i. e., eagles, fish, or other wildlife.

It is interesting to point out that failure to recognize such interferences led to spurious results and data and obviously led to the overestimation of DDT in our environment, in man, in wildlife, and aquatic organisms.  Jensen (15) referred to PCB as a new pollutant, but, as stated earlier, PCB was with us in the environment since 1930 and thus it would be an old pollutant only recently correctly identified by appropriate analytical chemistry.

In earlier work in the identification of some organochlorine pesticides such as p,p'-DDT; o,p-TDE (DDD), lindane, dieldrin, aldrin, heptachlor, and lindane, some unidentified spots and peaks in TLC and GLC interfered with the detection of these pesticidal chemicals.  Jensen (15) in his work extracted the compounds from biological samples and, by appropriate cleanup of some contaminants, identified the pesticides and PCBs by thin layer and gas liquid chromatography followed by mass spectrometry.  In 1964, Jensen used TLC to separate the fat soluble chlorinated hydrocarbons from the rest  of the sample.

27

For pesticide analysis, the common detector is the electron capture detector. For sensitivity, one can determine levels at the picogram range. However, this detector, not specific for chlorine, also gives an answer for oxygen containing compounds. Although the response here is much lower, this can be counter balanced if the level of oxygen containing impurity is some-what higher. This system has certain inherent disadvantages in that two different compounds can have the same retention time and thus be detected as one compound or the recorded peak does not need to contain chlorine since, as indicated above, the detector is not that specific (15). However, by using different columns with variant properties, one can inject a sample into the instrument and thus secure a good separation.

To further demonstrate whether a compound which is responsible for a certain peak contains chlorine, one can concentrate the sample and analyze by a less sensitive chlorine specific detector such as the microcoloumetric detector. This, therefore, enhances the specificity in this residue analysis.

When Jensen (15) analyzed human fat for DDT by use of two columns, he was able to separate from human fat the two "DDT" peaks into four peaks. Two of these peaks were similar to those for o,p and p,p'-DDT, but two of the peaks were unidentified. As indicated earlier, he thought these peaks were due to naturally occurring components, which would be found in the fish consumed, such as pike. He was able to rule out this premise by treating the sample with alcoholic KOH and $H_2SO_4$ which would chemically alter DDT but not the more stable or inert polychlorinated biphenyl. Jensen simultaneously noted that samples of pike from a certain region, containing the then unidentified component, were correlated or associated with an area of extreme pollution. Similarly, eagles that fed on pike showed this unidentified component in their tissue. The compound in the eagles had the same retention time as the pike, thus confirming that this was a problem of biological magnification rather than the mere occur-rence of a natural biochemical entity.

Another speculation was that metabolites of DDT could explain the appear-ance of unidentified peaks. Interestingly enough, these same peaks were found in an eagle sample collected in 1943 (prior to use of DDT in Sweden), thus im-plying that the DDT metabolites were not the potential unknowns. In addition, mercurials were considered, but the occurrence in water, fish and pheasants did not correlate or show a consistent pattern.

A method for the separation of polychlorinated biphenyls from DDT and its analogs has been developed by Armour and Burke of FDA (16). Identification by means of a combination of high resolution gas chromatography and mass spectro-metry has been carried out by three independent laboratories in Sweden (17), Holland (2) and the United States (3) in addition to those named above.

There is a need to measure PCBs at extremely low levels of the order of 1 part in 10 or less. Accordingly, the method must be both specific and highly sensitive. Hence gas chromatography, using electron capture detection, has been extensively used with occasional identification and structure con-firmation by gas chromatography mass spectrometry. This involves such steps as (a) sample preparation, (b) extraction of PCBs, (c) removal of interferences, (d) concentration, and (e) final gas chromatography and measurement.

Some biological samples require more extensive pretreatment than for water or effluents from industrial plants. The measurement of PCB concentration of effluents is a simple procedure involving chromatogram of sample and then chromatograms of standard samples developed from known PCBs. For more accurate analysis, calibration graphs can be developed from known specific peaks in the standard samples (15).

In the following charts (Figures 1-6) some chromatograms of the various representative chlorobiphenyl Aroclors are presented according to Armour (18).

Some additional points might be made relevant to separation and quantitation of PCBs. First of all, in separation, the methods used prior to quantitation of residues in samples containing PCBs and chlorinated hydrocarbons fall essentially into two categories: (a) those which necessitate destruction or alteration of one or more of the compounds and (b) those which do not. Peakall and Lincer (19) have described in detail the procedures used for separation.

Briefly, the first group requires nitration $(HNO_3 + H_2SO_4)$ treatment at $0^{\circ}C$ for 5 minutes, which destroys or alters many of the organochlorine pesticides; thus PCB is left unaffected along with lindane and BHC. Some workers such as Armour and Burke (1) reported that complex chromatograms resulted after nitration, which could not be related to the unreacted DDT-PCB mixture. Thus, nitration was not pursued as a practical means of separating DDT and PCB for further analyses.

Saponification with alcoholic NaOH or KOH will dehydrochlorinate some pesticides such as Perthane, Toxaphene, DDD and DDT to their respective olefinic compounds (20).

Perhaps the more desirable technique allows for special separation of many chlorinated hydrocarbon pesticides from PCB. This involves using various columns and solvents. Another procedure is to use a series of differing polarity columns in the gas chromatograph at the time of determination (21).

II.2  Quantitation

Koeman, et al (2) measured residues in Japanese quail by using one of the peaks in a phenachlor DP6 mixture as standard. Risebrough (22) quantitated relative levels of PCBs by assuming that each PCB compound produced the same peak height with the electron capture detector as the same amount of weight by p,p'-DDE. After adding the heights of the individual peaks, the total was multiplied by a factor derived from measurements of standard solutions with EC and MC detectors. Jensen and co-workers (23) reported concentrations of PCB as the sum of all PCB components and based the estimation on several detection systems such as mass spectrometry and EC and MC detectors. In spite of all these techniques, these investigators consider the method approximate and correct only within a factor of 2.

There are other modifications of techniques, but with all the quantitation methodology available, relative estimates of concentrations of PCB are

GAS CHROMATOGRAPHIC CONDITIONS

Figures  1 - 6
Columns:   (1)  10% DC-200 on Chromosorb W HP

        (2)  15% QF-1/10% DC-200 on Chromosorb W HP

            6 ft x 4mm id.

            $200^{o}C$

            120 ml $N_2$/min.

Detector:   electron capture (tritium)

            $200^{o}C$

            one nanogram heptachlor epoxide causes one half
              scale recorder deflection



Figure 1.

Aroclor 1221

10% DC-200

Aldrin                    pp'DDT

31



Figure 2.
A.  Aroclor 1242
10% DC-200

B.  Aroclor 1248
10% DC-200



Figure 3.
A.   Aroclor 1254
10% DC-200

B.   Aroclor 1260
10% DC-200

C.   Aroclor 1262
10% DC-200

TIME(MINUTES)

33



Figure 4.
Aroclor 1221
15% QF-1/10% DC-200

Aldrin

pp'DDT



Figure 5.
A. Aroclor 1242
15% QF-1/10% DC-200

B. Aroclor 1248
15% QF-1/10% DC-200

TIME(MINUTES)



Figure 6.
A.   Aroclor 1254
15% QF-1/10% DC-200

B.   Aroclor 1260
15% QF-1/10% DC-200

C.   Aroclor 1262
15% QF-1/10% DC-200

TIME(MINUTES)

only approximate.  At such time, when one is able to synthesize the
individual PCB components commonly found in the environment and identify
them in terms of individual peaks, then the estimation remains, as stated,
a relative concentration.

However, for most biological assessment work, the correct order of
magnitude and accurate relative amounts of PCB provide the requisite in-
formation for this purpose.

## III.  Contaminants, Impurities, or Other Chemical Moieties in PCBs

In the analysis of the polychlorinated biphenyls, one encounters a
problem similar to that of the polychlorophenols and 2,4,5-T in that certain
contaminants or impurities prevail.  These impurities arise from the basic
starting materials or compounds used in the synthesis and also from the pro-
cessing conditions used in the chlorination procedures.  In this respect,
the series of compounds identified through GLC and mass spectrometry are
somewhat similar in nature to the spectrum of dioxins found in working with
chlorinated phenols, hexachlorophene, 2,4,5-T and related synthetic organic
chemicals.

It has been noted in the bioassay of various Aroclors for toxicity,
usually testing on chickens, that there was a variance in toxicity of cer-
tain PCB preparations.  Since the occurrence of lesions resembled those of
chick edema in birds fed PCB, this prompted a comparative study between
three compounds, Phenoclor DP6, Clophen A60, and Aroclor 1260 by Vos et al
in 1970 (24).  In this study, the specific PCBs were fractionated, analyzed,
and bioassayed using the chick embryo assay.

These studies revealed the presence of certain polar compounds which
are present as impurities in the various PCBs and thus explain the variance
in toxicity of certain commercial PCB preparations.  In Table 2 some of the
retentions and mass spectrometric data of some of the peaks identifying the
presence of some dibenzofurans, chlorinated napthalenes, and associated
chlorinated biphenyls are indicated, proving the presence of impurities.

Table 2
Relative Retentions, Mass Spectrometric Data on PCB Fractionated Sample

| Peak No. | Relative Retention | Mass Nos. and No. of Cl atoms per mol | Identity of Compound |
|----------|--------------------|---------------------------------------|----------------------|
| 1 | 1.40 | 304 (4 Cl) | Tetrachlorodibenzofuran |
| 2 | 1.58 | 332 (6 Cl) | Hexachloronapthalene |
| 3 | 1.74 | 358 (6 Cl)<br>392 (7 Cl) | Hexachlorobiphenyl<br>Heptachlorobiphenyl |
| 4 | 2.42 | 338 (5 Cl)<br>392 (7 Cl) | Pentachlorodibenzofuran<br>Heptachlorobiphenyl |
| 5 | 3.48 | 366 (7 Cl) | Heptachloronapthalene |

Thus far, the dibenzofurans, the chlorinated napthalenes and chlorinated dipehnyls appear to be the major contaminants or impurities detected in various PCB samples. It is not unlikely that other chemical moieties will be characterized as further identification work proceeds. These contaminants arise, as previously indicated, by method of manufacture and the procedure for distillation of PCB, in which NaOH can be used. Through this NaOH treatment at elevated temperatures, sequentially polychlorohydroxy-biphenyls are produced and then, through loss of hydrochloric acid, the dibenzofuran derivatives result (25).

The chlorinated napthalenes are far less toxic than the chlorinated dibenzofurans (26). Thus, one might expect, with the varying ratios of impurities with variant toxicities in different PCB samples assayed for biological effects and toxicity, that the end result will depend on such factors in examining various commercial PCB preparations.

Case 3:23-cv-30099   Document 1-4   Filed 09/29/23   Page 50 of 193

FOOTNOTES

bibliography
1.   Widmark, G. 1968 - OECD Report - Sweden.

2.   Koeman, J. J., Ten Noeverde Brauv, M. C. and de Vos, R. H. (1969) Nature 221 1126-28.

3.   Bagley, G. E., Reichel, W. I. and Cromartie E. (1970) J. Assoc. Office, Analytical Chemistry 53, 251-261.

4.   Schmidt, H. and Schultz, G. (1881).  Ann Chem. 207, 338-344.

5.   Sullivan, W. N. and Hornstein, I. (1953) J. Econ. Entomol 46, 158-159.

6.   Tsao Ching Hsi, Sullivan, W. N. and Hornstein, I (1953) J. Econ. Entomol 46, 882-884.

7.   Laboratory Information Bulletin, FDA FSCS/ACFC No. 918, July 1, 1969, Armour, J. and Burke, J.

8.   Laboratory Information Bulletin, FDA FSCS/ACFC No. 918A, July 23, 1969, Armour, J. and Burke, J.

9.   Laboratory Information Bulletin, FDA FSCS/ACFC No. 918B, Sept. 30, 1969, Davenport, J. E.

10.  Laboratory Information Bulletin, FDA FSCS/ACFC No. 918C, Oct. 13, 1969, Armour, J. and Burke, J.

11.  Laboratory Information Bulletin, FDA FSCS/ACFC No. 918D, Jan. 14, 1970, Armour, J. and Burke, J.

12.  Laboratory Information Bulletin, FDA FSCS/ACFC No. 918E, Mar. 11, 1970, Armour, J. and Burke, J.

13.  Laboratory Information Bulletin, FDA FSCS/ACFC 1157, June 17, 1970, Westfall, J. E. and Fehringer, N. V.

14.  Armour, J. and Burke, J. JAOAC 53, 761-768 (1970).

15.  Jensen S. (1970) PCB Conference, Nat'l. Swedish Environment Protection Board, Research Secretariat, Dec. 1970, Solna, Sweden.

16.  Armour, J. and Burke, J. (1970), IAOAC, July Edition.

17.  Widmark, G. (1967), JAOAC 50, 1069.

18.  Armour, J. (1970) FDA Laboratory Information Bulletin No. 918F FSCS/ACFC, pp. 1-17.

19.  Peakall, D. B. and Lincer, J. L. (1970) Bio Science 20, No. 17,
pp. 958-964.

20.  Archer, T. E. and Crosby, D. (1966), Bull Environ Contam Toxicol 1,
70-75.

21.  Simmons, J. H. and Tatton, J. (1967) J. Chromatogr. 27, 253-255.

22.  Risebrough, R. W. (1969), Chemical Fallout, G. C. Berg and M. W. Miller (Ed.).

23.  Jensen, S., Johnels, G. A., Olsson, J. and Otterlind, G. (1969),
Nature 224, 250.

24.  Vos, J. G., Koeman, J. J., Van der Maas, H. L., Ten Noeverde Brauw, M. C.,
and DeVos, R. H. (1970), Fd. Cosmet. Toxicol 8, 625-633.

APPENDIX B

Use and Replaceability of PCBs

Table of Contents

                                                                    Page

I.    Dielectric Fluids                                              43

      A.  Capacitors                                                 43
          1.  Advantages and Disadvantages of PCB
              in Capacitors.
          2.  Replaceability of PCB in Capacitors.
          3.  Extent of Capacitor Use.
      B.  Transformers                                              51
          1.  Advantages and Disadvantages of PCB
              in Transformers.
          2.  Replaceability of PCB Transformers.
          3.  Extent of Transformer Use.

II.   Industrial Fluids For Hydraulic, Gas Turbine,
      and Vacuum Pump Uses.                                          53

      A.  Hydraulic

      B.  Gas Turbines

      C.  Vacuum Pump Applications

III.  Heat Transfer Applications                                     58

      A.  Advantages and Disadvantages of PCBs as Heat
          Transfer Fluids.

      B.  Replaceability of PCBs as Heat Transfer Fluids.

IV.   Plasticizer and Miscellaneous Uses.                           59

      A.  Adhesives

      B.  Textile Coatings

      C.  Surface Coatings

      D.  Sealants

      E.  Printing

      F.  Fire Retardant and Flame-Proofing Compositions.

      G.  Miscellaneous Applications.

41

APPENDIX B

## Use and Replaceability of PCBs

### Table of Contents  (Continued)

| | | Page |
|---|---|---|
| V. | Summary ........................................... | 66 |

### Tables

| 1. | Typical Properties of Liquids......................... | 45-46 |
|---|---|---|
| 2. | Physical and Other Properties of Lubricating Oils, Engine Oils, and Hydraulic Fluids............... | 47-50 |
| 3. | High-Temperature Lubricant Specifications............. | 56 |
| 4. | Some Properties of Pumping Fluids.................... | 57 |
| 5. | Decomposition Temperature Ranges of Several Chemical Classes..................................... | 60 |
| 6. | Approximate Maximum Compatibility, phr, of Plasticizers With Various Resins..................... | 61 |
| 7. | General Properties of Some Aroclors (PCB)............ | 63 |

APPENDIX B

Use and Replaceability of PCBs

I.  DIELECTRIC FLUIDS

Dielectric (electrically insulating) liquids are important to the electrical industry for filling agents or impregnants in transformers, capacitors, and other devices.  Besides their electrical functions, the liquids may also be used for cooling and arc quenching functions.  Detailed discussions of dielectric fluid applications are available (1-4).

A.  CAPACITORS

Generally, industrially important capacitors use liquid impregnated cellulose paper as a dielectric.  The required properties of the liquid are:

1.  Non-flammability (important for preventing fires, particularly in indoor use).
2.  Dielectric constant matching that of paper.  A good match reduces electric field inhomogeneities, increases dielectric strength and lifetime, and allows decrease in capacitor size.
3.  Low dissipation factor (reduces energy loss and destructive heating in a capacitor).
4.  High dielectric strength (prevents breakdown and allows decrease in capacitor size).
5.  High chemical stability (increases capacitor lifetime and stabilizes its performance).
6.  Low vapor pressure (increases physical stability).
7.  Inert decomposition products in an electric arc (prevents explosion or corrosion following breakdown).
8.  Low toxicity of the material and its decomposition products.
9.  Low cost.

1.  Advantages and Disadvantages of PCB in Capacitors

The PCB capacitor liquids, commonly called askarels, are mixtures of chlorinated biphenyls and chlorinated benzenes.  Several standard mixtures are specified by ASTM (5).  The askarel capacitor liquids and their decomposition products are non-flammable.  Thus their use in capacitors greatly reduces fire and explosion hazards.  This characteristic permits economies where safety codes require fireproof enclosures for capacitors containing flammable liquids.

The dielectric constant of the askarels is high compared to other common dielectric liquids. Doubling the dielectric constant of the dielectric allows a reduction by half in the area of the capacitor electrodes, and a significant saving in the cost of construction and installation. The dielectric constant of askarels closely matches that of the capacitor paper.

43

The askarels are adequate with regard to dissipation factor and dielectric strength and have good chemical stability and low vapor pressure. The breakdown products, in particular HCl, have the advantage of being non-flammable, but are highly corrosive. This dictates the use of special corrosion resistant materials inside the capacitors.

The major disadvantage of the askarels is their suspected toxicity. In ordinary capacitor usage the askarels are used in closed systems to prevent contamination from moisture. This practice also prevents the askarels from reaching the environment. However, when electrical failure occurs, sealed capacitors can leak and are ordinarily discarded.

## 2.  Replaceability of PCB in Capacitors

Capacitors can be made dry or with gas dielectrics. Dry capacitors have inferior electrical strength to liquid-filled capacitors and, for comparable performance, must be made larger.

The major disadvantage of alternative capacitor liquids is their flammability. When comparing flash point data, as in Table 1, askarel flash points comparable to those of other capacitor liquids are sometimes listed. ASTM states that these are not true flash points but are pseudo-flash points which differ noticeably from the flash obtained on combustible materials, and such a flash point is not indicative of a fire hazard (5). The requirement of non-flammability for most capacitor uses is critical, and capacitors with flammable liquids are forbidden in many cases by the National Electrical Code (6). In other cases replacement of askarel capacitors with flammable capacitors requires use of fireproof installations (6).

The fluorocarbons are one group of non-flammable liquids which are used for some dielectric applications (1). The ones listed in Table 2 have low dielectric constants and could not directly replace askarels without increasing capacitor size. The fluorocarbons have low toxicity but the decomposition products may be toxic (1). They are generally more volatile than askarels and are considerably more expensive. The fluorocarbons are a possible replacement for PCB liquids for capacitor use, but no fluorocarbon liquid is known to be available and acceptable for this purpose.

Besides the problem of flammability, possible PCB replacement liquids generally lack either a sufficiently high dielectric constant to keep capacitor size down or a sufficiently high dielectric strength. For example (see Table 1) the silicones have the disadvantage of a low dielectric constant whereas the organic esters often have poor dielectric strength. Some silicones deteriorate rapidly under electric arcing (7).

The acceptance of a PCB substitute is a complex process involving not only users but also various regulatory groups. In most of the electrical industry, regulation is non-governmental, and the primary regulatory influence comes from Underwriters Laboratories, who test products and decide on their suitability (8). In addition, control over electrical materials is

TABLE 1



Reproduced from best available copy.

### TYPICAL PROPERTIES OF LIQUIDS

| | Mineral Oil | | | | Polybutenes | | | Askarels | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Uninhibited transf. oil | Capacitor oil | Pipe cable oil | Heavy cable oil | Pipe cable liquid | Paper impregnant | Capacitor liquid | | | | | |
| Viscosity, SUS, 25°C | | | | | 1,200* | 8,000* | 300,000* | | | | | |
| 37.8°C | 58.2* | 103* | 763* | 2365* | | | | 40-42 | 44-51 | 82-92 | 185-240 | 1800-2500 |
| 99-100°C | | 38* | 60* | 101* | 63* | 176* | 2,200* | 30-31 | 31-32 | 34-35 | 36-37 | 44-48 |
| Viscosity, cs, 25°C | | | | | | | | | | | | |
| 37.8°C | 9.79 | 21 | | | | | | 4.6 | 6.9 | 17.2 | 45.3 | 46.4 |
| 99-100°C | | 3.5 | 10 | 21 | | | | <1.8 | <1.8 | 2.5 | 3.2 | 6.14 |
| Flashpoint open cup, °C | 146^b | 154.4^b | 196.1^b | 243.3^b | 154^b | 160^b | 252^b | 146.1^17 | 153.3^17 | 182.2^17 | 192.8^17 | None |
| Acidity, mgr. KOH/gm | 0^z | 0^z | 0^a | 0^a | 0.01^i | 0.01^i | 0.01^i | 0.010 max | 0.010 max | 0.010 max | 0.010 max | 0.010 max |
| Pour point, °C | −45.6^c | −45.6^c | −26.1^c | −17.8^c | −34^c | −23^c | 1.7^c | 1.1 | −35.5 | −19.0 | −7.0 | 10.0 |
| Specific gravity, 15.6°C | 0.898^b | 0.907^d | 0.928^d | 0.926^d | 0.862^o | 0.870^o | 0.905^o | | | | | |
| 25°C | | | | | | | | 1.18 | 1.26 | 1.38 | 1.45 | 1.54 |
| Coef. of expan., cc/cc/°C | 0.00063 | | | | 0.00078 | 0.00076 | | 0.00071 | 0.00073 | 0.00068 | 0.00070 | 0.00066 |
| Thermal conduc., (gm-cal/sec)(cm²)(°C/cm) | 0.00031^m | 0.00031^m | 0.00030^m | 0.00030^m | | | | 0.067 | 0.063 | 0.058 | 0.057 | 0.054 |
| (BTU/hr)(ft)(°F) | 0.076^n | 0.076^n | 0.072^n | 0.072^n | | 0.062^i | 0.062^i | | | | | |
| Boiling point at 760 mm, °C | | | | | | | 275.0 | 290.0 | 325.0 | 340.0 | 365.0 |
| Volatility, weight loss | | | | | | | | | | | | |
| Dielectric strength, kv/.1" (0.254 cm) | 32.5^e | >30^e | >30^e | >30^e | >35^ff | >35^ff | >35^ff | >35 | >35 | >35 | >35 | 35 |
| Dielectric constant, 60 Hz | | | | | | | | 4.5 | 5.7 | 5.8 | 5.6 | 5.0 |
| 10^3 Hz, 25°C | | | | | | | | | | | | |
| 10^6 Hz | | | | | 2.14^fg | 2.16^fg | 2.22^fg | | | | | |
| Dissipation factor, 60 Hz | 0.001^fn | 0.001^fn | 0.001^fn | 0.001^fh | 0.0005^fn | 0.0005^fn | 0.0005^fn | | | | | |
| 10^3 Hz, 100°C | | | | | | | | 0.001 | 0.001 | 0.001 | 0.001 | 0.001 |
| 10^6 Hz | | | | | | | | | | | | |
| Volume resistivity, ohm-cm | | | | | >1x10^14 pg | >1x10^11 pg | >1x10^11 pg | >5x10^13 | >5x10^12 | >5x10^13 | >5x10^13 | >5x10^13 |

## TYPICAL PROPERTIES OF LIQUIDS—continued

| | Fluorocarbons | | | Silicones | | | Dielectric Grade Castor Oil | Glyceryl Tri-acetoxy-Stearate | Organic Esters | | | | Ethylene Glycol | Silicate Ester Base Fluid |
| | $(C_4F_9)_3N$ | °n=1/n=5 | $C_6F_{16}O$ | | | | | | Butyl Stearate | Butyl Sebacate | Butyl Naphth-enate | Tetra Hydro-furfuryl Oleate | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Viscosity, SUS, 25°C | | | | | | | | | | | | | | |
| 37.8°C | | —/35 | | 360 | 720 | 180 | | | 48 | 46 | | 61 | | |
| 99-100°C | | | | 137.9 | | | | | | | | | | |
| Viscosity, cs, 25°C | 2.59 | | 0.82 | 10.5 | 100 | 200 | 500 | | | | | | | 12.2 |
| 37.8°C | 1.80 | —/2.7 | 0.64 | | 80 | 160 | 400 | | 7 | 6 | | 10 | | |
| 99-100°C | 0.48 | —/0.88 | 0.30 | | 29 | 58 | 148 | 98 | | | | | | 3.95 |
| Flashpoint, open cup, °C | | | | | >30 | >315 | >325 | 291 | | 167.8 | 175.0 | | 203.9 | 116 | 187.8 |
| Acidity, mgm KOH/gm | | | | | | | | | | | | | | 0.15 max |
| Pour point, °C | —50.0 | —154/—84 | —100.0 | —90 | —55 | —52.7 | —50.0 | —23 | 4.4 | 21.7 | —10.0 | | —17.8 | <—59.5 |
| Specific gravity, 15.6°C | 1.89 | 1.57/1.82 | 1.79 | | 0.970 | 0.971 | 0.973 | 0.959 | 0.995 | | | | | |
| 25°C | 1.88 | 1.54/1.79 | 1.77 | 0.940 | | | | | | | | | 1.1154 | 0.887 |
| Coef. of expan., cc/cc/°C | .0012 | .00084/.00036 | .0016 | 0.00095 | .00097 | 0.00097 | 0.00097 | 0.00066 | 0.00066 | | | | 0.00062 | .000863 |
| Thermal conduc., (gm-cal/sec)(cm²)(°C/cm) | | | | 0.00034 | | 0.00037 | | | | | | | .00063 | .000327 |
| (BTU/hr)(ft)(°F)(ft) | 0.049 | 0.070/0.049 | 0.081 | | 0.086 | 0.087 | 0.088 | 0.103 | 0.103 | | | | | 0.080 |
| Boiling point at 760 mm, °C | 177.8 | 40.8/224.2 | 102.2 | | | | | | | | | | 196-206 | >371.1 |
| Volatility, weight loss | | | | 31% | 1% | <2% | | | | | | | | |
| Dielec. strength, kv/.1" (0.254cm) | 35 min | 28/50 | 35 min | 35 | 35 | 35 | .35 | | | | | | | 27 |
| Dielectric constant, 60 Hz | 1.90 | 3.02/2.45 | 1.86 | 2.7 | | | | 3.74 | 3.57 | 3.3 | 4.4 | 3.1 | 4.3 | |
| 10⁵ Hz | 1.89 | 3.02/2.45 | 1.84 | | 2.75 | 2.75 | 2.75 | | | | | | | 2.65 |
| 10⁶ Hz | 1.90 | | 1.87 | 2.7 | 2.75 | 2.75 | 2.75 | | | | | | 41 | 2.65 |
| Dissipation factor, 60 Hz | <0.0005 | <0.00006 | .00015 | | | | | 0.06 | 0.0097 | 0.01 | 0.01 | 0.016 | 0.019 | |
| 10⁵ Hz | <0.0005 | <0.00006 | <0.0005 | | <0.0001 | <0.0001 | <0.0001 | | | | | | | 0.0336 |
| 10⁶ Hz | <0.0005 | | <0.0005 | .00001 | | 0.0005 | | | | 0.00013 | 0.00015 | 0.0013 | 0.00039 | 0.0042 |
| Volume resistivity, ohm-cm | 3x10¹¹ | —/>4x10¹⁴ | 6x10¹¹ | 1x10¹³ | >1x10¹⁴ | >1x10¹⁴ | >1x10¹⁴ | 9x10¹⁰ | 6.3x10¹⁰ | 5x10¹² | | 1x10¹² | <1x10¹¹ | 9x10¹⁰ |

F:CFCF₂O)₂CHFCF₃

* CF₃


Reproduced from best available copy.

a   ASTM D446
b   ASTM D92
c   ASTM D97
d   ASTM D1250
e   ASTM D877. Suitability of D877 for high viscosity oils such as cable oils and polybutenes listed in table has not been determined.
f   ASTM D924
g   ASTM D974
h   Weight loss on a 15 gm sample in a 50 m beaker at 150° for 24 hrs.
i   ASTM D664
j   ASTM 1169
k   Weight loss after 48 hrs. at 200°C

l   100°F
m   0°C
n   —8°C
o   ASTM D287
p   ASTM D257
q   23°C
r   80°C
s   100°C
t   Hz unknown
u   100 Hz
v   ASTM D149
w   10³Hz
x   ASTM D150no
y   Askarels have true flash point.

96

Table 2

Physical and Other Properties of Lubricating Oils, Engine Oils, and Hydraulic Fluids

| Fluid | Chemical Class or Compound | Viscosity, cs 100°F | 210°F | Specific Gravity (Water=1) | Flash Point °F | Fire Point °F | Autoignition[a/] Temperature °F | Decomposition Temperature °F |
|---|---|---|---|---|---|---|---|---|
| | | Mineral Oils | | | | | | |
| MIL-2190 | Mineral Oil | 32.2 | 5.8 | 0.86 | ~450 | -- | 665(5) | -- |
| Harmony 44 (Gulf) | " " | 87.6 | 9.8 | 0.88 | ~460 | -- | 680(5) | -- |
| MLO-5731 | " " - Naphthenic | -- | -- | -- | -- | -- | -- | 640(28) |
| MLO-7277 | " " " | -- | -- | -- | -- | -- | 464(50) | 725(30) |
| MLO-60-294 | " " - Paraffinic, deep dewaxed | 14 | 3.15 | 0.88 | 385 | 430 | 700(27) | ~620(30) |
| Mobil DTE-103 | Mineral Oil | 124 | 8.74 to 10.2 | 0.92 | 390 | -- | 702, 675(50) | -- |
| MIL-H-6083B | " " | -- | -- | -- | 255 | -- | 470(50) | -- |
| MIL-H-5606A | " " | -- | -- | -- | -- | -- | 437(4) | -- |
| MIL-O-5606(Esso Univis J-43) | " " | -- | -- | -- | 195 | 225 | 437(2) | -- |
| | | Glycols and Water Glycols | | | | | | |
| Ethylene Glycol | Glycol | 8.7 | -- | -- | 240 | -- | 856(38) | -- |
| Propylene Glycol | " | 19.6 | -- | -- | 230 | 235 | 835(38) | -- |
| Ethylene Glycol + 50% Water | Water-Glycol | 2.2 | -- | -- | -- | -- | 903(38) | -- |
| Houghto-Safe 271 | " " | ~43 | ~16(150°F) | 1.045 | -- | -- | 767(5) | -- |
| " " 520 | " " | 43.2 | 25.1(130°F) | 1.075 | -- | -- | -- | -- |
| " " 620 | " " | 43.2 | 29.8(150°F) | 1.055 | -- | -- | -- | -- |
| Nyvac 20(Mobil) | Water-Glycol and additives | 41 | -- | 1.07 | -- | -- | 750(51) | -- |
| Irus 902 (Shell) | Water-Oil Emulsion | 97.4 | 51 | 0.93 | -- | -- | 709(51) | -- |
| Ucon 50HB-260 | Polyalkylene Glycol | 56 | -- | -- | 455 | 500 | 743(38) | -- |
| Ucon 50HB-280-X | " " | -- | -- | -- | 500 | 600 | 743(20) | -- |
| Ucon LB-60 | " " | 10.7 | -- | -- | 310 | 325 | 653(38) | -- |
| Ucon LB-400-X | " " | -- | -- | -- | -- | -- | 752(20) | -- |
| | | Phosphate Esters | | | | | | |
| Houghto-Safe 1010 | Triaryl Phosphate Ester | 18.2 | 3.9 | 1.20 | 505 | 670 | >1200(51) | -- |
| " " 1055 | " " " | 13.0 | 8.0 | 1.145 | 505 | 680 | 1020,830(50) | -- |
| " " 1115 | " " " | 32.2 | 4.1 | 1.165 | -- | 680 | >1200(51) | -- |
| " " 1120 | " " " | 49.8 | 5.0 | 1.15 | 485 | 690 | 1020(5) | -- |
| " " 1130 | " " " | 62.8 | 6.0 | 1.145 | 490 | 680 | >1200(51) | -- |

47

Table 2 (Cont)

| Fluid | Chemical Class or Compound | Viscosity, cs | | Specific Gravity (Water=1) | Flash Point °F | Fire Point °F | Autoignition[2/] Temperature °F | Decomposition Temperature °F |
|---|---|---|---|---|---|---|---|---|
| | | 100°F | 210°F | | | | | |
| | | Phosphate Esters (Cont) | | | | | | |
| MIL-H-19457(Type 1) | Triaryl Phosphate Ester | -- | -- | -- | -- | -- | 1040(19) | -- |
| Tricresyl Phosphate | "        "        " | 38.3 | 4.48 | 1.17 | 470 | -- | 1110(12) | 680(48) |
| Trioctyl Phosphate | Trialkyl Phosphate Ester | -- | -- | 0.926 | 405 | -- | 545(13) | ~380(28) |
| Trihexyl Phosphate | "        "        " | -- | -- | -- | -- | -- | 549(12) | -- |
| Pydraul AC | Phosphate Ester-Chlorinated Hydrocarbon | 88.8 | 5.0 | 1.36 | 450 | 745 | 1148(5) | -- |
| Pydraul F-9 | "        " | 50.9 | 5.9 | 1.285 | 430 | 675 | 1100(51) | -- |
| Cellulube 220 (Shell S.F.R.) | Phosphate Ester | 43.4 | 4.9 | 1.145 | 455 | 665 | 1038(5) | -- |
| Pydraul 150 (Monsanto) | "        " | 30.5 | 7.9 | 1.125 | 380 | 470 | 975(51) | -- |
| Skydrol | "        " | -- | -- | -- | 360 | 470 | >1300(51) | -- |
| | | Mono- and Dibasic Acid Esters | | | | | | |
| Plexol 201 | Di-2-hexyl Sebacate | 12.7 | 3.31 | 0.912 | 420 | 450 | -- | -- |
| Plexol 244 | Di-isooctyl Adipate | 9.64 | 2.77 | 0.926 | 400 | 445 | 712(12) | -- |
| Plexol 273 | Di-isodecyl Adipate | 14.5 | 3.56 | 0.920 | 425 | 460 | -- | -- |
| Plexol 79 | Polyester | 1,250 | 108 | 1.023 | 540 | 620 | -- | -- |
| MIL-L-7808 (O-60-18, Esso 4040) | Sebacate-adipate Diester | 12.1 | 3.1 | -- | 437 | 460 | 728, 486(7) | 490(26) |
| MIL-L-7808 (H-1026) | Di-2-ethylhexyl Sebacate | 12.58 | 3.3 | -- | -- | -- | 755(50) | 575(15) |
| MIL-L-9236B (O-60-7, TP-653B) | Trimethylol Propane Ester | 15.1 | 3.4 | -- | 430 | 475 | 738, 491(7) | ~650(24) |
| MIL-L-9236 (O-60-27) | "        "        " | 14.8 | 3.45 | -- | 435 | 485 | -- | -- |
| MIL-L-9236 (O-60-23) | "        "        " | 15.99 | 3.62 | -- | 470 | 525 | -- | -- |
| MIL-L-9236 (O-61-17) | "        "        " | 15.78 | 3.59 | -- | 490 | 535 | -- | -- |
| MIL-L-9236B | "        "        " | 16 | 3.2 | 0.97 | 425 | 510 | >800(51) | ~650(24) |
| MLO-54-581 (Texaco, TL-2456) | Diester | -- | -- | -- | 435 | 475 | 734(2) | -- |
| TP 653B (Hey.Newport) | Trimethylol Propane Ester | -- | -- | ~0.97 | -- | -- | 705, 507(50) | -- |
| P/O (Esso 4275) | Polyester | -- | 8.94 | 0.951 | 510 | -- | 711, 500(50) | -- |
| MLO-60-50 | Trimethylol Propane Ester | -- | -- | -- | -- | -- | -- | 748(30) |
| Trimethylolpropane Tri-pelargonate | "        "        " | -- | -- | -- | -- | -- | -- | 606(26) |
| | | Silanes | | | | | | |
| MLO-54-408C | Tetra Dodecyl Silane | 34.58 | 6.37 | -- | 555 | 625 | 775(17) | 658(15) |
| MLO-56-280 | Diphenyl di-n-dodecyl Silane | 37.2 | 6.2 | -- | 530 | 580 | 690(17) | >680(15) |
| MLO-56-578 | Octadecyl trioctyl Silane | 27.5 | 5.76 | -- | 520 | 590 | 790(17) | -- |

181

Table 2 (Cont)

| Fluid | Chemical Class or Compound | Viscosity, cs 100°F | Viscosity, cs 210°F | Specific Gravity (Water=1) | Flash Point °F | Fire Point °F | Autoignition[2] Temperature °F | Decomposition Temperature °F |
|---|---|---|---|---|---|---|---|---|
| | | | **Silanes (Cont)** | | | | | |
| MLO-56-582 | Octadecyl tridecyl Silane | 33.9 | 6.8 | -- | 545 | 595 | 750(17) | -- |
| MLO-56-610 | Dodecyl tridecyl Silane | 26.4 | 5.6 | -- | 535 | 575 | 750(17) | -- |
| MLO-56-611 | Didodecyl dioctyl Silane | 23.1 | 5.0 | -- | 520 | 555 | 750(17) | -- |
| MLO-57-9 | Tetra undecyl Silane | 29.26 | 6.11 | -- | 545 | 600 | 760(17) | -- |
| | | | **Silicates and Silicones** | | | | | |
| Tetra (2-ethylhexyl)Silicate | Ethyl hexyl Silicate | -- | -- | -- | -- | -- | -- | 638(28) |
| Oroil B.F.1 | (2-ethylhexyl) Silicate | -- | -- | -- | -- | -- | ~570(12) | -- |
| Oronite 8200 | Silicate Ester | 31.75 | 11.14 | -- | 385 | 440 | 716(2) | -- |
| Oronite 8515 | " " | 24.3 | 8.11 | -- | 390 | 450 | 710(50) | -- |
| MLO-54-645 | 85% Oronite & 15% Plexol | -- | -- | -- | 340 | 455 | 716(2) | -- |
| MLO-54-540 (Monsanto OS-45) | Silicate Ester | -- | -- | -- | 325 | 430 | 703(2) | -- |
| MLO-54-856 (Hollingshead, 72073C) | " " | -- | -- | -- | 315 | 440 | 716(2) | -- |
| Versilube F-50 | Silicone | 52 | 16 | 1.045 | 550 | 640 | 900(51) | ⩾600(51) |
| Versilube F-44 | " | 55 | 17 | 1.045 | 550 | 640 | 900(51) | ⩾600(51) |
| Dow Corning 190 | Polymethyl Siloxane | 22.6 | -- | -- | 240 | -- | 860(38) | -- |
| Dow Corning 400 | Polymethyl Siloxane | 10.9 | -- | -- | 255 | 280 | 610(38) | -- |
| Dow Corning 500 | Polyethyl Siloxane | 44.9 | -- | -- | 470 | -- | 900(38) | -- |
| Dow Corning 550 | Silicone | 65 to 87 | -- | 1.065 | 600 | -- | -- | 740(28) |
| Dow Corning 700 | Poly (methyl, phenyl) Siloxane | 2.8 | -- | -- | 305 | 325 | 940(38) | -- |
| Dow Corning 710 | Methyl Phenyl Silicone | 220 | -- | 1.112 | 520 | -- | -- | 583(15) |
| MLO-59-98 | 50% Methyl Phenyl Silicone (DC 250) plus 50% TNP Adipate Tetracoproate | 61.8 | 13.5 | -- | -- | -- | -- | 625(30) |
| | | | **Halogenated Silicones and Hydrocarbons** | | | | | |
| MLO-53-446 (GE 81406) | Chlorinated Silicone | -- | -- | -- | 580 | 710 | 786(2) | 514(15) |
| MLO-59-287 (GE F-50) | Chlorophenyl Methyl Silicone | -- | -- | -- | -- | -- | -- | 630(30) |
| Fluorolube F-S | Polytrifluorochloroethylene | 5 | -- | 1.86 | -- | -- | ~1205(12) | ⩾620(51) |
| Pydraul A-200 | Chlorinated Hydrocarbon | 49.8 | 5.0 | 1.42 | 350 | 680 | 1200(51) | -- |
| Arochlor-1248 | Tetrachlorodiphenyl | 43.0 | 3.2 | 1.41 | 300 | None | ~1105(12) | -- |
| Arochlor-1242 | Trichlorodiphenyl | 17.7 | -- | -- | 350 | 633 | 1230(30) | -- |
| Arochlor-1254 | Chlorinated Hydrocarbon | -- | -- | -- | -- | -- | ~1085(12) | -- |

Table 2 (Cont)

| Fluid | Chemical Class or Compound | Viscosity, cs 100°F | 210°F | Specific Gravity (Water=1) | Flash Point °F | Fire Point °F | Autoignition[2] Temperature °F | Decomposition Temperature °F |
|---|---|---|---|---|---|---|---|---|
| | | | Aromatic Ethers | | | | | |
| OS-124 (Monsanto, 5P4E) | 5 Ring Polyphenyl Ether | 363 | 13.1 | 1.20 | 550 | 660 | 1112(50) | ≥830(30) |
| HCS-293 (Monsanto) | Aromatic Ether | 25.2 | 4.13 | 1.19 | 428 | 518 | 914(50) | 675 |
| MLO-59-692 (Monsanto) | Bis (phenoxyphenoxy) Benzene | -- | -- | -- | -- | -- | -- | 942(30) |
| mm-4P4E | Bis(m-phenoxyphenyl) Ether | 60.9 | 5.98 | -- | 465 | -- | 1095(17) | ~835(17) |
| pp-4P3E | Bis(p-phenoxyphenyl) Ether | 2.83(300°F) | 1.51(400°F) | -- | 516 | 585 | 1040(17) | ~335(15) |
| mmm-5P4E | m-Bis(m-phenoxyphenoxy) Benzene | 332 | 12.7 | -- | 540 | 660 | 1050(17) | 870(17) |
| 5P4E | Bis(phenoxyphenoxy) Benzene | 380 | 13.4 | -- | 560 | 660 | 1130, 1030(7) | 870(26) |
| pppp-6P5E | Bis [p-(p-phenoxyphenoxy)phenyl] Ether | 4.20(400°F) | 1.55(600°F) | -- | 635 | -- | 1030(17) | 773(15) |
| | | | Phosphonitriles | | | | | |
| MLO-63-24 | Hexaphenyltriphosphonitrile | -- | -- | -- | --- | -- | | 910(30) |
| MLO-63-25 | Phenoxy base Triphosphonitrile | -- | -- | -- | -- | -- | -- | 905(30) |
| K488 (Olin Matheson) | Tetrameric Octylfluoroamyl Phosphonitrilate | -- | -- | -- | -- | -- | 900(19) | -- |
| | | | Miscellaneous Oils | | | | | |
| Lard oil | | -- | -- | <1 | 395 | -- | 833(47) | -- |
| Linseed oil | | -- | -- | 0.95 | 435 | 535 | 820(47) | -- |
| Lube oil, cylinder | | -- | -- | <1 | -- | 535 | 783(47) | -- |
| "    "  , light machine | | -- | -- | <1 | 318 | 370 | -- | -- |
| "    "  , spindle | | -- | -- | <1 | 169 | 200 | -- | -- |
| Menhaden oil | | -- | -- | 0.927 | 435 | -- | 828(47) | -- |
| Mineral seal oil | | -- | -- | -- | 170 | 255 | -- | -- |
| Olive oil | | -- | -- | 0.91 | 437 | -- | 826(47) | -- |
| Palm oil | | -- | -- | 0.92 | 421 | -- | 650(47) | -- |
| Pine oil | | -- | -- | 0.86 | 172 | 175 | -- | -- |
| Rapeseed oil | | -- | -- | 0.915 | 325 | 550 | 836(47) | -- |
| Rosin oil | | -- | -- | 0.98-1.1 | 266 | -- | 648(47) | -- |
| Soybean oil | | -- | -- | 0.925 | 540 | -- | 833(47) | -- |
| Tung oil | | -- | -- | 0.94 | 552 | -- | 855(47) | -- |
| Turkey-red oil | | -- | -- | -- | 476 | -- | 833(47) | -- |
| S.A.E. No. 10 lube oil | | -- | -- | -- | 340 | 380 | 720(20) | -- |
| S.A.E. No. 60 lube oil | | -- | -- | -- | 480 | 620 | 770(20) | -- |

50

1/ Autoignition and decomposition temperature data from references cited in parentheses. Viscosity, specific gravity, flash point, and fire point data mainly from vendor's literature.

2/ Ignition evidenced by visible flame except for underlined values where sudden pressure rise was used. Bureau of Mines data (Refs 2, 4, 5, 7, and 50) were obtained using reaction vessels ≥200 cc. Values listed for other references were determined in reaction vessels ≤125 cc.

exercized through companies which insure against fire, utilities which supply electrical power, and building codes.

## 3. Extent of Capacitor Use

Almost all industrial capacitors contain PCBs.  In 1968 95 percent of the U. S. production of capacitor liquids (2.46 million gallons) were PCBs (9).  Two important types of capacitors are phase correction capacitors on power lines and ballast capacitors for fluorescent lighting.  Non-ballast industrial capacitors produced in 1967 had a value of $112 million (10), and fluorescent lamp ballast capacitors produced that year numbered 21.7 million units with a value of $15.5 million (10).  In 1970 there were 50.9 million ballast units produced with a value of $163 million (11).  These ballast units are in extensive use inside buildings where non-flammability is important.

Phase correction capacitors are necessary on power circuits to correct for the inductive loading of much electrical power equipment.  The amount of phase correction capacitance is ordinarily specified in kilovolt amperes of reactive current or kvars.  Most power capacitors are rated at from 1/2 to 25 kvars so that the number of capacitors is very roughly the kvar value divided by 10 (12).  As examples of the extent of power capacitor use, TVA has 2-1/4 million kvars (13), and a power company serving suburban New Jersey has 3.6 million kvars on their power lines with 1/2 million kvars on order (14).  The value of these capacitors is roughly $5 per kvar (14).  More than 20 million kvars of power capacitors were produced in 1970 (16).

The procurement lag for these capacitors is 1-1/2 to 3 years, and estimates for redesigning new systems range from 3 to 10 years, according to power company representatives to ASTM Committee D-27 (14,15).  Extensive re-designing is anticipated if distribution capacitors were required to use presently available non-PCB liquids.  Askarel capacitors have been developed to the point that failures are considered negligible (13, 15).

Several private sources reported extensive efforts to find replacements for PCB capacitor fluids, but none reported having a good substitute.

## B.  TRANSFORMERS

Most power transformers contain a liquid to electrically insulate and remove heat from the core and windings.  The properties required of these liquids are:

1. Non-flammability (required for indoor use and desirable in remote location use).
2. High dielectric strength (prevents breakdown and allows transformer size reduction).
3. Low viscosity (promotes convective heat transfer).
4. High chemical stability (allows higher temperature operation and reduces degradation of the transformer).

51

5. Compatibility with other materials
6. Inert decomposition products (reduces fire danger and damage to other materials following breakdown).
7. Low toxicity of the liquid and its decomposition products.
8. Low cost.

## 1. Advantages and Disadvantages of PCB in Transformers

The PCB transformer liquids, commonly called askarels, are mixtures of chlorinated biphenyls and chlorinated benzenes. Several standard mixtures for transformers (differing from the capacitor askarels) are specified by ASTM (17). These liquids are used to overcome the fire and explosion hazards present with transformer oils. For most power transformer applications where occasional explosions and fires do not endanger life and property, mineral oils are still preferred. However, for distribution transformers which are located near congested areas and in buildings, askarel and dry-type transformers are required by electrical codes (6). Other advantages of the askarels include: 1. their superior chemical stability, which eliminates the sludge formation common in mineral oils, 2. a high dielectric strength, which reduces electrical failures, and 3. suitable viscosity.

The disadvantage of the transformer askarels include: 1. a poorer resistance to impulse voltages and production of highly corrosive HCl during arcing, 2. a tendency to damage common insulating solids inside the transformer, 3. probable toxicity, and 4. higher cost (about $1.80 per gallon compared to $.25 per gallon for mineral oil (15, 18).

## 2. Replaceability of PCB in Transformers

Askarel transformers cost about 1.3 times as much as oil transformers, and dry types cost about 1.5 times as much as oil transformers. Thus most users prefer to use the oil type where possible. This preference for oil transformers accounts for the fact that 96 percent of transformer liquids in use in 1968 were mineral oil (9). However, fire underwriters will not accept the use of oils, silicones, and other flammable liquids for indoor transformers. Dry-type transformers can be used indoors, but are generally larger in size, require more copper and iron, and are somewhat more expensive, as shown above. Dry-type transformers could possibly replace askarel transformers in many cases.

No currently available liquid which will replace askarels in existing transformers is known. Possibly, non-flammable fluorocarbons could be developed as a suitable fluid, similar in important properties to the askarels. Fluorocarbons are currently in use as convective and evaporative dielectric coolants. One main disadvantage of the fluorocarbons is their high volatility and high cost (about 40 times the cost of oil and 6 times the cost of askarels (18) ).

## 3. Extent of Transformer Use

In 1967, 1.7 million liquid-immersed distribution transformers of 500 kva and smaller, valued at $350 million, were produced (10). These include askarel-filled transformers placed under streets to serve 1 - 4 city buildings. These transformers can fail and cause fire damage if filled with a

flammable liquid.  An annual report on such failures is compiled by the
Edison Electric Institute (19).

II.  INDUSTRIAL FLUIDS FOR HYDRAULIC, GAS TURBINE, AND VACUUM PUMP USES

A.  HYDRAULIC

Hydraulic fluids are liquids used as force transmitters (20, 21).
The characteristics of a good hydraulic fluid are (20):

1.  High lubricity (lowers heating and increases lifetime of moving
components).
2.  Stability (increases lifetime of use).
3.  Appropriate viscosity and high viscosity index (24).
4.  Low pour point (necessary for material to flow at low temperatures
(25).
5.  Compatibility (prevents interactions with other components, for
example, rubber seals).
6.  Good heat transfer (reduces local heating and large temperature
gradients).
7.  High bulk-modulus (important for extreme pressure applications).
8.  Low volatility (necessary to prevent malfunctioning due to "vapor
lock").
9.  Low foaming.
10.  Low thermal expansion.  Aside from the implication of a more con-
stant volume over a wide temperature  range, a low thermal expansion implies
a high viscosity index and the constancy of certain other properties with
respect to temperature.
11.  Good demulsibility.
12.  Inhibitor (necessary to prevent oxidation of metals or rusting).
13.  Good fire resistance (very important in high temperature environments).
14.  Low density (desirable in transportation, particularly airborne,
applications).
15.  Good dielectric properties (reduces arcing or short circuiting should
the fluids come in direct contact with electrical components).
16.  Non-toxicity (reduces the danger to human beings from rupture of
hydraulic equipment or improper disposal and to maintenance personnel during
transfer of these fluids).

Since most commercial hydraulic fluid mixtures are proprietary, it is
difficult to obtain information with respect to their composition.  The results
from inquiries with respect to PCB content have been somewhat contradictory.
No definite knowledge is available that PCBs are present in commercial hydrau-
lic fluids.  Since composition specifications of these fluids are usually not
available to the public, PCB content should be established by chemical analysis.

PCBs are useful in hydraulic fluids as lubricating additives in extreme
pressure applications (26) and as pour point depressants.  Although it is true
that the pour point of oils may be lowered by extensive dewaxing, the use of
additives is much cheaper.  There are other inexpensive additives which are
often used for these applications and which appear to be adequate.  For

example, TCP (tricresyl phosphate) is chemically stable as an additive in lubricants, and, although quite toxic, it is more biodegradable than the PCBs.

An important requirement for many applications of hydraulic fluids is good heat and fire resistance (27). Table 2 (28) gives the ignition characteristics for a large number of lubricants; however, in view of the propriety stated earlier, there is no detailed specification of the compositions of those fluids which are given the brand names. PCBs have excellent fire resistance characteristics. The flash and fire points given in the literature for the pentachlorobiphenyls are attributed to the burning of residual contaminants (29). At very high temperatures, however, PCBs with higher chlorine content may emit phosgene (a very toxic gas) in the presence of oxygen. (No evidence is available that high chlorine content PCBs are being used here).

Aircraft hydraulic fluids are an example of an application where excellent heat and fire resistance are necessary in view of moderately high operating temperatures and frequent accidents involving ruptured hydraulic components in the proximity of hot metallic surfaces. Also the fiberglas acoustic blankets in the jet engines become soaked with leaking hydraulic fluid within as little as one year of use (30). Fire resistance in phosphate ester type hydraulic fluids has been related to PCB content (31). Phosphate ester hydraulic fluids have been used extensively for commercial aircraft (32). According to one manufacturer, no PCBs are currently being incorporated in these fluids. PCBs have been assumed to be useful as "snuffers" in that they tend to extinguish a fire supported by other constituents.

The market value of used phosphate ester type hydraulic fluids is sufficiently high that they are being recycled (33). The recycled products are said to satisfy the same specifications as the uncycled fluids.

Considerable research is being done in connection with fire resistant hydraulic fluids for military aircraft. Some of the hydraulic fluids being tested do not contain PCB additives, but do contain TCP. It is possible that under appropriate processing, PCBs may be replaced by TCP and perhaps certain other additives to obtain satisfactory lubrication.

In naval applications current research includes development of water based hydraulic fluids (34), which would not contain PCBs. The boiling points of these fluids are too low to permit their use in aircraft.

It is possible that PCBs are also used in phosphate ester and other halogenated hydraulic fluids for industrial applications at high temperatures. The requirements here are similar to, but not as stringent as, those for aircraft hydraulic systems.

B.  GAS TURBINES

The characteristics of a good gas turbine lubricant are similar to those of hydraulic fluids except for the additional requirement of lubricity at high rates of shear (35). Particular emphasis is placed on heat resistance, high

viscosity index, low pour point, and oxidation and foaming resistance.
Sample U. S. and U. K. military specifications are given in Table 3 (36).
Usually, dibasic acid esters containing appropriate additives meet the
above requirements.  In the case of the turboprops, the same lubricant is
usually used for both the turbine and prop-drive gear.

PCBs would seem to be useful as additives in gas turbine lubricants,
but there is no evidence that PCBs are currently used for this purpose.
Research along these lines has been done, and there is some indication
that some PCBs have on occasion been added to gas turbine lubricants.
The objection to PCBs and other chlorinated hydrocarbons is that they
tend to be corrosive at the high temperatures reached in gas turbines.
This corrosion is accelerated by decomposition of the PCBs and the forma-
tion of hydrochloric acid at high temperatures.  The corrosiveness of PCBs
is a major deterrent against their use in these lubricants.  TCP also has
the desirable property of reacting with metallic surfaces at high tempera-
tures to form a protective coating.

Jet engines are run for approximately 18,000 hours (37) between over-
hauls.  The lubricants are not usually changed during this period; however,
the appropriate "oil level" is maintained at frequent intervals.  Immediately
before engine overhaul the lubricant is drained and discarded.  Unlike the
situation with respect to hydraulic fluids used in commercial aircraft, there
appears to be no general recycling facility for gas turbine lubricants (37).
As a result of their increase in acidity and viscosity during use, recycling
of gas turbine fluids would demand expensive redistillation and reblending.

C.  VACUUM PUMP APPLICATIONS (22, 23)

Both mechanical and diffusion pump applications require fluids of one
highly fractionated component.  Accordingly, additives generally are not used.
However, PCBs are used in pure form as a diffusion pump oil in commercial
applications.

The characteristics (38) of a good diffusion pump fluid are:

1.  Relatively high vapor pressure at operating temperatures.
2.  Low vapor pressure at room and lower temperatures.  (The vapor pres-
sure imposes a lower limit on the ultimate vacuum).
3.  Heat resistance (prevents cracking or molecular degradation at
operating temperatures).
4.  Narrow vapor pressure range and freedom from contaminants such as
absorbed gases and liquids with higher vapor pressures.  (This requirement
often implies the necessity of a narrow fraction).
5.  Oxidation resistance (important because air may enter a diffusion
pump during operation either accidentally or through slow leakage).
6.  Nonhydroscopic (absorbed water increases pump maintenance and may
contaminate the vacuum system).
7.  Compatibility (must be compatible with pump and vacuum system
components).
8.  Stability in the presence of the vapor being pumped.

Some of the pertinent properties of many diffusion pump fluids are given
in Table 4 (39).  The stability, oxidation resistance, appropriate vapor pres-
sures, and, in particular, the relatively low cost of PCBs make them a desirable
choice for many industrial applications.  Although the ultimate vacuum using

Table  3

High-Temperature Lubricant Specifications

| | MIL-L-9236 B | MIL-L-27502 | DERD 2497 |
|---|---|---|---|
| Viscosity, cs at 500°F | – | 1.0 min | – |
|     400°F | 1.0 min | – | 2.0 min |
|     210°F | – | Report | 8.5 max |
|     100°F | Report | Report | – |
|     –30°F | – | 13,000 max | – |
|     –40°F | – | – | 13,000 max |
| Viscosity stability test temp | –65°F | –30°F | –65°F |
|   Vis change in 3 hr | 6% max | 6% max | – |
|   Vis after 3 hr, cs | 21,000 max | 13,000 max | – |
|   Vis after 72 hr, cs | 24,000 max | 17,000 max | – |
|   Vis at –40°F after 12 hr | – | – | Report |
| Shear stability at 212°F | – | – | ± 2% KV/210°F |
| Pour point, °F | –75 max | –40 max | – |
| Flash point, °F | 425 min | 500 min | 500 min |
| Spontaneous ignition temp, °F | 750 min | Report | 752 min |
| Vapor pressure at 500°F, mm Hg | – | 5.0 max | – |
| Evaporation loss test temp | 400°F | 500°F | 392°F |
|   % Loss 6-1/2 hr at 29.9" Hg | 15 max | 10 max | Report |
|   % Loss 6-1/2 hr at 5.5" Hg | – | Report | – |
| Specific heat, BTU/lb/°F at 100°F | – | 0.35 min | – |
| Specific heat, BTU/lb/°F at 500°F | – | 0.45 min | – |
| Rubber swell, 72 hr | 12–25% at 400°F | 12–25% at 500°F | – |
| Rubber swell, 168 hr | – | – | 15–25% at 158°F |
| Foaming sequence 1-2-3, max vol | 100–25–100 ml | 100–25–100 ml | 100–25–100 ml |
| Foaming collapse time, max, min | 5–3–5 | 5–3–5 | 5–3–5 |
| Gear scuff at 165°F % reference | 56 min (8 sides) | 100 min (8 sides) | – |
| Gear scuff at test temp, % reference | Report (400°F) | Report (500°F) | 100 min (392°F) |
| Gear fatigue, hr to failure | Report (400°F) | Report (500°F) | (Ref. oil at 230°F) |

56

Table 4

Some Properties of Pumping Fluids

57

| Fluid | Proprietary names | Chemical nature | Molecular weight | Specific gravity (room temp.) | Flash point (open °C) | Viscosity (centistokes) at 20°C | Approx. pour point (or freezing point) °C | Approx. boiling point at 1 torr °C | Estimated true vapour pressure (torr) |
|---|---|---|---|---|---|---|---|---|---|
| Apiezon A | As under 'fluid' | Paraffinic hydrocarbons | 414 | 0·872 | 218 | 69 | −12 | 190 | $10^{-8}$ (20°C) |
| Apiezon B | " " | " " | 468 | 0·873 | 235 | 100 | −12 | 220 | $5 \times 10^{-9}$ (20°C) |
| Apiezon BW | " " | " " | 472 | | | | | 225 | $\sim 10^{-7}$ (20°C) |
| Apiezon C | " " | " " | 574 | 0·880 | 265 | 295 | −9·5 | 255 | $4 \times 10^{-8}$ (20°C) |
| Apiezon G | " " | " " | 445 | 0·873 | 232 | 86 | −12 | 210 | $2 \times 10^{-7}$ (20°C) |
| Apiezon FW | " " | " " | 380 | | | | | 165 | $5 \times 10^{-6}$ (20°C) |
| Convoil 10 | " " | " " | 250 | 0·91 | 191 | 147 | −23 | 150 | $6–7 \times 10^{-5}$ (20°C) |
| Convoil 20 | " " | " " | 400 | 0·86 | 218 | 120 | −8·9 | 195 | $2–3 \times 10^{-7}$ (20°C) |
| Di-$n$-butyl phthalate | | $C_6H_4(COOC_4H_9)_2$ | 278 | 1·044 | 159 | 19 | −71 | 102 | $1·5 \times 10^{-5}$ (20°C) |
| Di-2-ethyl hexyl phthalate | Octoil | $C_6H_4(COOC_8H_{17})_2$ | 391 | 0·983 | 196 | 75 | −52 | 204 | $10^{-7}$ (20°C) |
| Di-2-ethyl hexyl sebacate | Octoil-S, Narcoil-20, Viacoil-20 | $C_8H_{16}(COOC_8H_{17})_2$ | 427 | 0·912 | 209 | 24 | −56 | 215 | $10^{-6}$ (20°C) |
| Di-nonyl phthalate | Narcoil-40, Viacoil-40 | $C_6H_4(COOC_9H_{19})_2$ | 419 | 0·973 | 215 | | | 215 | $10^{-7}$ (20°C) |
| Tri-cresyl phosphate | — | $(CH_3C_6H_4)_3PO_4$ | 368 | 1·17 | 240 | 105 | | 219 | $5 \times 10^{-8}$ (25°C) |
| Tri-xylenyl phosphate | — | $[(CH_3)_2C_6H_3]_3PO_4$ | 414 | 1·14 | 243 | 160 | | 245 | |
| Glycerol | — | $(CH_2OH)_2CH(OH)$ | 92 | 1·26 | | 1180 | | 123 | $5·6 \times 10^{-3}$ (15°C) |
| Mixed chlorinated diphenyls | Aroclor 1248, Convaclor 8, Clophen A-40 | Approx. $C_{12}H_6Cl_4$ | 292 | 1·45 | 193 | 400 | −7 | 137 | $1·5 \times 10^{-4}$ (20°C) |
| Mixed chlorinated diphenyls | Aroclor 1254, Edwards Booster fluid A, Narcoil-10, Viacoil-10, Convaclor-12, Clophen A-50 | Approx. $C_{12}H_5Cl_5$ | 326 | 1·54 | none | ~6000 | 10 | 150 | $8 \times 10^{-8}$ (20°C) |
| Silicone D.C. or M.S.702 | As under 'fluid' | Methyl polysiloxanes | 530 | 1·071 | 194 | 38 | −40 | 173 | |
| Silicone D.C. 703 | " " | } $(CH_3)_3SiO[(CH_2)_2SiO]_2(CH_3)_3Si$ | 570 | 1·039 | 227 | 40 | −36 | 206 | |
| Silicone D.C. or M.S. 704 | " " | Tetraphenyl tetramethyl trisiloxan | 484 | 1·066 | 216 | 47 | −38 | 223 | $10^{-8}$ (20°C) |
| Silicone D.C. or M.S. 705 | " " | Pentaphenyl trimethyl trisiloxane | 546 | 1·095 | 243 | 170 (25°C) | −15 | 254 | $5 \times 10^{-10}$ (25°C) |
| Convalex 10 or V.R.T. fluid E | " " | Mixed 5-ring polyphenyl ethers | 447 | 1·198 | 288 | 2500 (25°C) | 4·5 | 285 | $1·3 \times 10^{-9}$ (25°C) |
| Mercury | — | Hg | 200·6 | 13·6 | — | 1·15 | −38·9 | 127 | $1·1 \times 10^{-3}$ (20°C) |

PCBs is limited by their relatively high vapor pressure at low temperatures, their use at high boiler pressures makes possible operation with poor force vacuums. Hence they are useful as booster pump fluids. In this respect the vapor pressure-temperature properties are closely matched by amyl phthalate.

Except for certain applications where alternative liquids may be incompatible with the vapors being pumped, the advantage of using PCBs diffusion pump oils appears to be mostly an economic one. Other fluids may often be preferable through considerable more costly. TCP is used as a commercial diffusion pump fluid and is also inexpensive. Its vapor pressure (49) is lower than that of the PCBs making it less desirable in booster pumps, but in many applications TCP may be a suitable replacement. PCB diffusion pump oils can be decomposed after use by incineration. This service is available mainly for disposal of Askarel transformer fluids containg PCBs.

III. HEAT TRANSFER APPLICATIONS

Heat transfer fluids are used to absorb thermal energy from a source and by cooling or changing phase, deliver heat to a place of utilization. The reverse process, using a fluid as a coolant, requires similar fluid properties. Summaries of heat transfer fluids and applications are available (41, 42). The properties required of heat transfer fluids are (41) as follows:

1. Suitable density and expansion coefficient.
2. High heat capacity or heat content (increases amount of heat transferred during cooling or phase change).
3. High heat conductivity (increases heat transfer).
4. Low viscosity (necessary for fluid flow through system).
5. Physical stability (will not have unpredictable phase or property changes).
6. Chemical stability (will not degrade, oxidize, etc.).
7. Radiolytic stability (will not suffer damage from radiation if present).
8. Low cost.
9. Low surface tension (reduces fluid flow and heat transfer between fluid and surroundings).
10. Low corrosion (reduces damage to metal parts of the system).
11. Low flammability (reduces fire and explosion danger).
12. Low toxicity.

Electrical properties, refractive index, appearance and odor may be considered for some applications.

A. ADVANTAGES AND DISADVANTAGES OF PCBs AS HEAT TRANSFER FLUIDS

The main advantage of the PCBs as heat transfer fluids is their fire resistance. This property if of primary importance where there is a possibility that fire from high temperature leakage could endanger life and property. The other advantages of PCBs are low pour points and viscosities and good thermal stability up to 600°F. PCBs are relatively inert and have excellent electrical properties, which makes them valuable for cooling transformers. The cost is relatively low. Disadvantages of PCBs include possible

58

toxicity, a tendency to decompose to form highly corrosive HCl, a lower decomposition temperature than some alternate liquids (43) and relatively poor radiation resistance (44).

## B. REPLACEABILITY OF PCBs AS HEAT TRANSFER FLUIDS

Increased risk from fire and explosion is a major disadvantage with most PCB replacement fluids. Other non-flammable fluids are: 1. fluorocarbons, which have low toxicity, high thermal stability, and in spite of high cost are used as convective or evaporative coolants (1), 2. water, which is quite corrosive, has a high temperature limit of 374°C and requires extremely expensive high pressure systems for its use above the atmospheric boiling temperatures and 3. molten salts and metals which, because of their resistance to radiation damage, are useful in reactor applications.

Several liquids are more stable at high temperatures than the PCBs. Table 5 (42) shows the decomposition point range of liquids in a variety of chemical classes. Few of these liquids are non-flammable, however, as can be seen from Table 2. The phosphate esters, silanes, and aromatic ethers have high fire points (around 600°F), but they are flammable and it is not clear how high the fire point must be for a fluid to be safe in a high temperature system, especially in the event of leakage into a furnace. The details of specific heat transfer applications are necessary to evaluate the suitability of PCB replacement fluids.

## IV. PLASTICIZER AND MISCELLANEOUS USES +

A plasticizer is a material incorporated in a plastic to increase its workability and flexibility (45,46). The addition of a plasticizer may lower the melt viscosity and flow temperature (increasing the ease with which the plastic can be made to flow),or lower the elastic modulus (making the plastic softer) (46). Plasticizers are generally non-volatile liquids or low-melting solids. A major requirement of a plasticizer is that it have high compatibility* (mixes will to form a homogenous composition with useful properties) (42) with the material being plasticized. Figures are given in Table 6 for the compatibility of some common plasticizers with some common synthetic thermosetting or thermoplastic resins (45). Other properties which are important when considering plasticizers are specific gravity, refractive index, color, odor, moisture sensitivity, vapor pressure (volatility), boiling range, stability (to light and heat) toxicity and cost (47). Of course, the properties of the final plasticized material are of prime importance. Certain plasticizers provide formulations with specific properties such as:

1. phthalate esters - general purpose.
2. adipates and ozelates - low temperature flexibility.
3. highly aromatic esters - fast processing, strain and extraction resistance.
4. epoxies - heat stabilization during processing.
5. phosphate esters and PCBs - fire retardant materials.

+ The information in this section about specific uses was obtained from Chemical Abstracts (1928-1969) and patent claims. The Task Force has no knowledge whether or not specific applications are in current production or use.
* Note that the term "compatibility", used here, has a meaning very different from its use earlier in this appendix. In the earlier case, compatibility meant that two materials could coexist without either being affected by the other. The present meaning is quite the opposite.

Table 5   (42)

| Decomposition Point Range (°F) | Chemical Class |
|---|---|
| Over 800 | Unsubstituted Polyaromatic compounds<br>Unsubstituted Polyphenyl ethers<br>Unsubstituted Aromatic amines<br>Unsubstituted Aryl silicates<br>Unsubstituted Aryl silanes<br>Unsubstituted Aryl borates |
| 700-800 | Lower alkylaromatic ethers<br>Aromatic phosphates<br>Aromatic sulfones<br>Aromatic ketones<br>Silicones<br>Halo-substituted aromatic ethers<br>Halo-substituted polyphenyls (including PCB's) |
| 600-700 | Alkyl borates<br>Alkyl silicates<br>Higher alkylaromatic ethers<br>Highly refined mineral oils<br>Fluorinated esters<br>Neopentylpolyol esters |
| 500-600 | Sebacate esters<br>Methyl aryl esters<br>Aliphatic tertiary amides |

Table 6.  Approximate Maximum Compatibility, phr[+], of Plasticizers with Various Resins

| | Phthalates | | | | | | Adipates | | Phosphates | | | | Phthalyl glycolates | | | Polyesters | | | | | | Ep-oxides | Sulfon-amides | | Miscellaneous | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dimethyl | Dibutyl | Di-2-ethylhexyl | Diisodecyl | Dicyclohexyl | Butyl benzyl | Di-2-ethylhexyl | Diisodecyl | Triphenyl | Tricresyl | 2-ethylhexyl diphenyl | Tri-2-ethylhexyl | Tributoxy ethyl | Methyl phthalyl ethyl glycolate | Butyl phthalyl butyl glycolate | Santicizer[a] 405 | Santicizer[a] 409 | Flexol[b] R-2H | Paraplex G-25 | Paraplex C-54 | Paraplex G-62 | | N-ethyl-o-p-toluene-sulfonamide | o,p-Toluene-sulfonamide | Chlorinated biphenyl | HB-40[a] | Polyethylene glycol di-2-ethylhexoate |
| poly(vinyl chloride) | 100 | 100 | 100 | 100 | 30 | 100 | 100 | 50 | 20 | 100 | 100 | 100 | 60 | 20 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 40 | 1 | 35 | 40 | 100 |
| poly(vinyl acetate) | 100 | 100 | 1 | 1 | 50 | 100 | 1 | 1 | 80 | 40 | 50 | 1 | 40 | 100 | 100 | 75 | 100 | 11 | 11 | 33 | 1 | | | | 100 | 50 | 25 |
| poly(vinylidene chloride) | 50 | 75 | 25 | 10 | 20 | 75 | 15 | 10 | 20 | 75 | 75 | | 50 | 75 | 75 | 10 | 25 | | | | | | | | 50 | 20 | 50 |
| polystyrene | 100 | 100 | 50 | 100 | 20 | 100 | 100 | 25 | 20 | 15 | 50 | 100 | 30 | 30 | 1 | 50 | | | | | | | | | 20 | 10 | 100 |
| ethylcellulose | 100 | 100 | 100 | 100 | 50 | 100 | 100 | 100 | 30 | 70 | 100 | 100 | 50 | 75 | 75 | 10 | 33 | 1 | 1 | <11 | 100 | | 1 | | 60 | 75 | 100 |
| cellulose nitrate | 60 | 100 | 100 | 100 | 50 | 100 | 35 | 35 | 75 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 80 | 50 | 100 | 80 | 50 | 100 | 100 | 10 | 100 | |
| cellulose acetate | 80 | 25 | 1 | 1 | 1 | 10 | 1 | 1 | 35 | 15 | 20 | <11 | 10 | 100 | 50 | 1 | 1 | 1 | 1 | 1 | | | | 1 | 90 | 30 | 1 |
| cellulose acetate butyrate | 100 | 100 | 50 | 50 | 20 | 100 | 25 | 50 | 50 | 30 | 80 | <25 | 25 | 100 | 50 | 100 | 100 | 1 | 1 | 100 | 1 | | 25 | 50 | 50 | 30 | |
| chlorinated rubber | 25 | 100 | 33 | 100 | 20 | 80 | 100 | 100 | 50 | 100 | 100 | 100 | 100 | 86 | 50 | 50 | 100 | 100 | | | | | 50 | 25 | 100 | 100 | |
| high styrene–butadiene copolymer | 20 | 50 | 50 | 50 | 20 | 50 | 20 | 20 | 20 | 50 | 50 | 50 | 50 | 15 | 25 | 25 | 25 | | | | | | | | 50 | 25 | |
| protein-based plastics | 20 | 20 | 1 | 1 | 1 | 10 | 1 | 1 | 10 | 30 | 25 | | 10 | 20 | 40 | 1 | 1 | | | | | | | 1 | 50 | 40 | 1 |
| shellac | 5 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 10 | 30 | 1 | 1 | | | | | | | | 1 | 40 | 60 | 1 |
| acrylic resins | 100 | 70 | 25 | 25 | 25 | 75 | 10 | 1 | 25 | 25 | 100 | 100 | 25 | 60 | 70 | 1 | 1 | 1 | | | | | 1 | | 25 | 25 | 10 |
| polyamides | 1 | 25 | 25 | 20 | 10 | 25 | 25 | 25 | 15 | 1 | 20 | | 1 | 1 | | | | | | | | | | 1 | 50 | 25 | 25 |
| polyesters | 5 | 20 | 20 | 15 | 20 | 20 | 1 | 1 | 10 | 20 | 20 | 20 | 5 | 20 | 5 | 10 | 10 | 5 | | | | | | | 10 | 5 | 25 |
| epoxy resins | 1 | 25 | 1 | 1 | 10 | 25 | 1 | 1 | 25 | 25 | 25 | | 1 | 1 | | | | | | | | | | 1 | 50 | 50 | 1 |
| phenolic resins | 25 | 50 | 25 | 25 | 25 | 50 | 25 | 25 | 50 | 50 | 50 | 50 | 50 | 50 | 15 | 25 | | | | | | | | | 50 | 50 | 25 |
| alkyd resins | 25 | 70 | 25 | 25 | 25 | 50 | 50 | 25 | 50 | 70 | 70 | 50 | 70 | 70 | 20 | 25 | 25 | | | | | | | | 25 | 25 | 15 |
| melamine formaldehyde resins | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | 1 | 50 | 80 | 1 |
| polyurethan | 25 | 25 | 25 | 25 | 10 | 25 | 15 | 15 | 10 | 25 | 25 | 25 | 25 | 10 | 15 | | | | | | | | | | 20 | 10 | 25 |
| nitrile and neoprene rubber | 100 | 100 | 50 | 33 | 50 | 100 | 20 | 33 | 50 | 55 | 40 | | 50 | 50 | 50 | 25 | 50 | | | | | | 33 | | 50 | 50 | 50 |

61

[a] Trademark Monsanto Co.
[b] Trademark Union Carbide Corp.
[c] Trademark Rohm and Haas Co.

[+] parts per hundred

PCBs are attractive as plasticizers because of their high compatability factor. They have been made with a wide range of properties, as shown in Table 7 (48). The PCBs are permanently thermoplastic, chemically stable, non-oxidizing, non-corrosive, have excellent solvating powers, and are fire resistant (48, 49). They are not normally attacked by acids, alkalines, or water. They are insoluble in water, glycerol, and glycols, and are soluble (at the lower chlorine contents) in organic solvents (48).

The main disadvantages of PCBs are their possible toxicity, and relatively high cost.

## A.  ADHESIVES

An adhesive is a substance capable of holding materials together by surface attachment (51, 52). The major types of plasticized resin adhesives are emulsion, hot-melt, delayed tack, solution, pressure-sensitive and adhesive primers and coatings. Almost every thermoplastic resin is used individually or in resin blends as a hot melt adhesive. This necessitates a wide range of plasticizers. Of special value are the solid plasticizers. They plasticize the resin while hot and while the bond is being formed, but solidify at lower temperatures to overcome the problem of excessive softness (53). Among those solid plasticizers used are: o,p-toluenesulfonamide, N-cyclohexyl-p-tolunesulfonamide, triphenyl phosphate, and diphenyl phthalates. The more resinous chlorinated polyphenyls would also be included in this category. Hot melt adhesive compositions based on phenolic resins are used in brake linings, clutch faces, and grinding wheels. Reactive plasticizers, such as the toluenesulfonamides, are employed because they improve the flow properties by reducing the viscosity of the phenolic resins (54). They help the resin wet the fillers and abrasives. Chlorinated polyphenyls and aryl phosphates (non-reactive plasticizers) also improve flow properties of phenolic resins prior to curing as well as imparting some flame proofing characteristics to the composition. PCBs have also been used in laminating adhesive formulations involving polyurethanes and polycarbonates (55-57) to prepare safety and acoustical glasses. The laminates have improved strength and resistance to delamination over a broad temperature range, and improved sound-absorption and energy dissipation properties.

Polyarylene sulfides, treated with chlorinated biphenyls, are employed to laminate ceramics and metals (58, 59). An ethylene-propylene copolymer blended with PCB has been used in a hot melt adhesive having improved toughness and resistance to oxidative and thermal degradation. It has excellent adhesion to polyethylene films (60). Similar adhesives, used to bond polyethylene to itself or other plastics, were prepared from styrene, alpha-methylstyrene or methylmethacrylate (61) Washable wall coverings and upholstering materials, made from films of polyvinyl chloride, are claimed to be improved by the addition of PCB to the adhesive formulation (62). PCBs can also be applied in the preparation of polyvinyl alcohol adhesive compositions which are used to manufacture envelopes (63), in self-adhering films (64), and in preparation of coatings of pressure-rupturable capsules for adhesive tape (65).

## B.  TEXTILE COATINGS

A textile coating for ironing board covers can be formed from a mixture of chlorinated biphenyl, cellulose acetobutyrate, and aluminum metal particles (66). PCBs also can be used as a de-lustering agent for rayons (67, 68). Poly-alpha-olefins, (i. e., polypropylene) films, when coated with a mixture of PCBs, UV

Table 7.  General Properties of Some Aroclors (PCB)

| Material | Form and color | Specific gravity | Distillation range,[a] °C (corr) | Flash point,[b] °C | Fire point,[c] °C | Pour point,[d] °C | Softening point,[e] °C | $n_D^{20}$ | Viscosity,[f] sec | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 37.8°C | 98.9°C |
| Aroclor 1221[g] | colorless, mobile oil | 1.182–1.192 (25/15.5°C) | 275–320 | 141–150 | 176 | crystals at 1°C | | 1.617–1.618 | 38–41 | 39–31 |
| Aroclor 1232 | almost colorless, mobile oil | 1.270–1.280 (25/15.5°C) | 290–325 | 152–154 | 238 | −35.5 | | 1.620–1.622 | 44–51 | 31–32 |
| Aroclor 1242 | almost colorless, mobile oil | 1.381–1.392 (25/15.5°C) | 325–366 | 176–180 | none | −19 | | 1.627–1.629 | 82–92 | 34–35 |
| Aroclor 1248 | yellow-green tinted, mobile oil | 1.405–1.415 (65/15.5°C) | 340–375 | 193–196 | none | −7 | | 1.630–1.631 | 185–240 | 36–37 |
| Aroclor 1254 | light yellow, viscous oil | 1.495–1.505 (65/15.5°C) | 365–390 | none | none | 10 | | 1.639–1.641 | 1800–2500 | 44–48 |
| Aroclor 1260 | light yellow, soft, sticky, resin | 1.555–1.566 (90/15.5°C) | 385–420 | none | none | 31 | | 1.647–1.649 | | 72–78 |
| Aroclor 1262 | light yellow, sticky, clear resin | 1.572–1.583 (90/15.5°C) | 395–425 | none | none | 35–38 | | 1.6501–1.6517 | | 86–100 |
| Aroclor 1268 | white to off-white powder | 1.804–1.811 (25/25°C) | 435–450 | none | none | | 150–170[h] | | | |
| Aroclor 1270 | white crystalline powder | 1.944–1.960 (25/25°C) | 450–460 | none | none | | 249–300[h] | | | |
| Aroclor 4465 | transparent, yellow, brittle resin | 1.670 (25/25°C) | 230–320 (4 mm Hg) | none | none | | 60–66 | 1.664–1.667 | | 90–150 (130°C) |
| Aroclor 5442 | yellow, transparent, sticky resin | 1.470 (25/25°C) | 215–390 (4 mm Hg) | 247 | >350 | 46 | 46–52 | | | 300–400 |
| Aroclor 5460 | clear, yellow-to-amber, brittle resin | 1.670 (25/25°C) | 280–335 (5 mm Hg) | none | none | | 98–105.5 | 1.660–1.665 | | |
| Aroclor 2565 | black, opaque, brittle resin | 1.734 (25/25°C) | | none | none | | 66–72 | | | |

[a] ASTM D-20 (modified). [b] Cleveland open cup. [c] Cleveland open cup; none indicates no fire point up to boiling temperature. [d] ASTM D-97. [e] ASTM E-28. [f] Saybolt Universal, ASTM D-88. [g] Last two digits indicate approximate chlorine content, ie, Aroclor 1221 contains about 21% chlorine. [h] Hold point on solidification.

63

light absorbers, and antioxidants show increased stabilization to oxidative degradation on exposure to sunlight and weathering (69, 70). Polyamide (nylon-type) yarns were found to be flame proofed when treated with PCB (71). Chlorinated biphenyls can also be used as ingredients in some sealing formulations employed to waterproof canvas (48).

## C. SURFACE COATINGS

In paints and varnishes, the hard resinous PCBs impart increased hardness to films, and the softer resins give flexibility (48). The role of these materials is similar to the oil, except that they do not oxidize and lose flexibility on aging. In nitrocellulose lacquers, PCBs either alone or in combination with other plasticizers and resins impart increased weatherability, luster, adhesion, and decreased burning rates (48, 72).

Some comparison studies have been made recently on the effects of various plasticizers upon the overall properties of paints and varnishes made from acrylic latexes (73). Films plasticized with tricresyl phosphate (TCP) had better stability, tensile strength, and adhesion than did film plasticized with dibutyl phthalate or PCB (73). For varnishes prepared from polyvinyl chloride formulations, and plasticized with either di-butyl phthalate or PCB, the films plasticized with PCB had better overall properties with or without pigments ($TiO_2$) (74).

PCB and other plasticizers can be used in combination with poly (organosiloxanes) to prepare film casting solutions. These polymeric films could be employed in electrical coatings, insulating tapes, and protective lacquers (75-77).

Plastic vessels, i. e. bottles, manufactured from polyethylene, polyvinyl chloride, polyvinylidene chloride or similar resins coated with an epoxy lacquer (which contains PCB) make the vessels pliant, impervious, and resistant to aromas, acids, and alkalis (78).

Paints at atomic energy installations are needed for (a) contaminated areas, (b) tolerance to high energy radiation, and (c) to meet clean condition standards. Paints for (a) should be glossy and smooth and should not transmit contaminants. For this purpose, the vinyl polymers are preferred over epoxy lacquers. The best plasticizers for use in this area are claimed to be the PCBs (79). The extent, if any, of their use in this application is unknown.

The PCBs are usually compatible with epoxy resins, and they give good final hardness and impact resistance equal to the unmodified resin (80). They also aid in the acceptance by the resin of larger amounts of fillers. Epoxy resins in combination with PCB can be used as protective coatings for metals, i.e., encapsulating electrical capacitors (81), for ferrite magnet cores (82) (used in computers), for corrosion resistant resistors (83), for pigmented metal coatings (84, 85) for winter camouflage coatings (86), and for pipes and blocks (87).

D. SEALANTS

Sealing and caulking compositions include a wide range of compounds which can be used to seal joints or voids against water and water vapor, air and other gases, dust, sound, vermin, heat and cold (88). Specialized applications require resistance to certain chemicals or atmospheric environments. PCBs can be used as plasticizers in the formulation of putties from copolymers or ethylene-vinyl acetate or styrene (89). The products are non-hardening, and resistant to moisture and frost and show good weatherability A **non-sticky**, non-hardening putty was also prepared from polysulfide mixtures which employs PCB as the plasticizer. This putty gave good bonding to building materials and had good extrudability and shape retention (90). Elastic pavement or concrete sealing compositions, used for traffic markings, were prepared from coal-tar-polysulfide mixtures which are plasticized with PCB (91). A sealant, effective for concrete and asphalt applications, can be formulated from a mixture of polysulfide, chlorinated rubber, and polyiso-cyanate, and plasticized with PCB (92).

E. PRINTING

Chlorinated biphenyls have been employed as part of the formulations used to prepare pressure-sensitive record (93, 94) and colored copying papers (95, 96, 102, 103). They have been used to coat papers used in thermographic duplicating processes (97-101) as well as in xerographic transfer processes (104, 105). Solvent-free printing on polyolefin plastics can be accomplished by heating a mixture of low molecular weight material, chlorinated biphenyl or terpene resin, and suitable pigments and dyes. Durable prints can be made on the surface of the polyolefin at the time of their thermoplastic shaping (106). Printing plates, hard enough for high quality letterpress printing, and sufficiently flexible for use as flexographic plates, can be prepared from compositions containing a liquid resin such as epoxy, polyester, urethan, acrylic or vinyl with an excess of curing agent and PCB as the plasticizer (107). The extent, if any, of current uses of PCBs in printing application is unknown.

F. FIRE RETARDANT AND FLAME-PROOFING COMPOSITIONS

When PCBs are used as plasticizers, they impart a certain degree of non-flammability to the objects as described previously. However, for increased effectiveness in flame retardant applications, the PCBs can be admixed with various metal oxides. Some flame retardant compositions based upon these mixtures are: polyolefin yarns (108); organopolysiloxane sealants (109); thermoplastic poly (hydroxylethers) (110); fireproof panels made from starch which can be used for doors, floors, ceilings, and partitions (111); poly-amides (112); and in fireproof fiberboards (113). Rigid polyurethane foams (114-116) and hardboard compositions (117), when treated only with PCBs do not show any significant increase in flame retardance.

G. MISCELLANEOUS APPLICATIONS

The wide range of chemical and physical properties exhibited by the PCBs (see Tables 6 and 7) make them desirable for an assortment of miscellaneous uses. Some of the more interesting and non-conventional uses are as follows:

1. Catalyst carrier for polymerization of olefins(118).

2. Conversion of water-permeable soil to a non-permeable state. Soil is made non-permeable by applying to the soil a composition consisting of an ethoxylene-based resin, polyamide, camphor, and PCB as plasticizer. The composition has a density greater than water, and it hardens under water. It can be applied to river banks, where it flows down the bank, and after hardening, prevents penetration of water (soil erosion-retardant) (119).

3. Combined insecticide and bactericide formulations. The composition contains aldrin or dieldrin, naphthalene hydrocarbons, malathion, methoxychlor, lindane, chlordane, terpineol, and chlorinated biphenyl as active agents (120).

4. Inhibitors of microbial growth in enamel clay formulations (121).

5. Plastic sound insulating materials for railway cars (122).

6. Plastic (PVC) decorative articles which give the impression of internal scintillation (123).

7. Increasing the density of carbon plates by impregnation with PCB (124).

8. Graphite electrodes with low thermal expansion coefficients and high bending strengths (125).

9. Increasing the coke yield from coal pitch. The coke is very hard, dark, and brilliant (126).

10. As a metal quencher or tempering agent for steel, alloys, and glass (127, 128).

11. As an aid to fusion cutting of stacked metallic plates without adherence. The cutting is done with an electric arc or oxy-gas torch (129).

We find no evidence that PCBs are indispensable to a particular plasticizer or miscellaneous application. In most of the formulations and compositions cited, there were usually alternative plasticizers included in the citation (see Table 6) which did not appear to be detrimental to the application.

V. SUMMARY

The major value of the PCB liquids is that those with four or more substituted chlorines per molecule are non-flammable as are their decomposition products. Thus they can be used as fluids at temperatures up to 700°F without the danger of explosions and fire. The major disadvantage of the PCBs is their possible toxicity danger. The other comparable class of non-flammable fluids are the fluorocarbons which typically have a lower vapor pressure and lower boiling point than the chlorinated compounds.

PCBs are used in fluids (known as askarels) for electrically insulating and cooling transformers when the transformers are used in or near buildings. Mineral oils are the preferred fluids when fire does not create a hazard. Dry transformers can also be used but are larger and more expensive. Fluorocarbon liquids require a special transformer design. Fluorescent light ballast capacitors and phase correction capacitors utilize the high dielectric constant of the PCBs to effect significant reduction in capacitor size and cost. Few suitable fluids have a comparably high dielectric constant. Flammable fluids are not allowed by insurance companies and building codes in capacitors used in buildings. Replacement of PCBs in capacitors and

66

transformers would require considerable time and money for reengineering, manufacture, and application of substitute equipment.

PCBs are useful in hydraulic systems where leakage onto hot metal surfaces could cause a dangerous fire. Hydraulic fluids can also be made with phosphate esters which are toxic and which will burn at high temperatures. Replacement of PCBs in some hydraulic systems could increase loss of life due to fire. Gas turbines require lubrication at high temperatures. PCBs can be used but tend to be corrosive. Phosphate ester lubricants seem better in this respect. Chemical stability is more important for high temperature lubricants than is non-flammability. PCB fluids are useful in diffusion booster pumps to produce moderately high vacuums with relatively poor fore vacuums. Non-flammability is not especially important for diffusion pump liquids, and with a few possible exceptions alternative liquids are available.

Flammable heat transfer fluids present a fire hazard if they leak into a furnace or onto hot surfaces. The use of PCBs can prevent this danger. In some cases water is a suitable substitute at moderately high temperatures. Other heat transfer fluids are commercially available and in use. Replacement of PCBs is satisfactory in some, but may be dangerous in other heat transfer uses.

The PCBs are good plasticizers for use with adhesives, textiles, surface coatings, sealants, and copy paper. In some cases the PCBs act as fire retardants. There are no particularly unique properties of PCBs for plasticizer uses, and equally effective alternatives are generally available (e.g. phosphate esters are often used as fire retardants). The extent of current use, if any, in such applications has not been determined.

FOOTNOTES

1. Directory/Encyclopedia Issue, Insulation/Circuits, Vol. 17, No. 7, June/July (1971), p 17.

2. Encyclopedia of Chemical Technology, 2nd Edition (1964).

3. Dielectric Materials and Applications, A. R. von Hippel, ed. Technology Press of MIT and John Wiley and Sons, Inc. N. Y. (1954), pp 156, 189, 211, 221.

4. Insulating Materials for Design and Engineering Practice, F. M. Clark, John Wiley and Sons (1962).

5. Astm D2233-70 Standard Specification for Chlorinated Aromatic Hydrocarbons (Askarels) for Capacitors, American Society for Testing and Materials, Phil. Pa.

6. National Electrical Code Handbook 10th Ed., 1957 McGraw-Hill.

7. Insulating Materials for Design and Engineering Practice, F. M. Clark, John Wiley and Sons, p 246, (1962).

8. Chemical and Engineering News, October 18, 1971, p 16.

9. National Industrial Pollution Control Council Report on the Use and Disposal of Electrical Insulating Liquids, U. S. Government Printing Office, Washington, D. C., June, 1971.

10. 1967 Census of Manufactureres, Commerce Publication MC67 (2)-36A, Electrical Measurement and Distribution Equipment.

11. Fluorescent Lamp Ballasts, Summary for 1970 Commerce Publication Series MQ-36C(70)-5, September (1971).

12. Dielectric Materials and Applications, A. R. von Hippel, ed. Technology Press of MIT and John Wiley and Sons, Inc., N. Y. (1954) p 197.

13. Private communication. L. E. Smith, Special Engineer Transmission Maintenance and Test Branch, Tennessee Valley Authority, Chattanooga, Tenn.

14. Private communication. Herbert C. Erdman, Public Service Electric and Gas Co., Maplewood, N. J.

15. Private communication. Earl Morrison, Chief Chemist. Los Angeles Department of Power and Water, Los Angeles, California.

16. Private communication. Anthony J. Nesti, National Electrical Manufactureres Assoc., 155 E. 44th St., N. Y. N. Y. 10017.

17. ASTM D2283-71 Standard Specification for Chlorinated Aromatic Hydrocarbons (Askarels) for Transformers, American Society for Testing and Materials, Philadelphia, Pa.

18. Private communication. E. L. Raab, Manager, Insulation Systems Section, Power Distribution Div., General Electric Co., Pittsfield, Mass.

19. Report on Power Transformer Troubles, 1969, Edison Electric Institute Publication No. 71-20, (1971).

20. "Introduction to Hydraulic Fluids", R. E. Hatton, Rheinhold Publishing Co. (1962).

21. "Synthetic Lubricants", R. C. Gunderson and A. W. Hart, Rheinhold Publishing Co. (1962).

22. W. Espe, Materials of High Vacuum Technology, Vol. 3, Pergamon Press, (1968).

23. "High Vacuum Pumping Equipment", B. D. Power, Rheinhold Publishing Co. (1966).

24. Viscosity index. A high V. I. means a low viscosity-temperature coefficient.

25. The pour point is related to the lowest temperature a liquid can be poured from a container. ASTM D 97-66 Standard Method of Test for Pour Point, American Society for Testing and Materials, Phila., Pa.

26. Boundary lubricant additives cling to metal surfaces facilitating good lubrication at high pressures. See ref. 21, pp 14-21.

27. "Fire Resistance of Hydraulic Fluids" ASTM Special Technical Publication No. 406 (1966).

28. "Review of Ignition and Flammability Properties of Lubricants", J. M. Kuchta and R. J. Kato, Bureau of Mines Technical Report AFAPL-TR-67-126 (1968).

29. ASTM D901-70 Standard Methods of Testing Askarels. Secs. 18, 19.

30. National Bureau of Standards Report of Tests No. TG 10210-2158: FR 3695.

31. See for example: Ref. 21, p 133.

32. Reference 21, Chapter 4.

33. Phosphate ester type hydraulic fluids are being recycled by: Eppi Precision Products, 227 Burlington Ave., Clarendon Hill, Ill.

34. See for example: A. M. Dobry, E. A. Glass, and A. Zletz, "Improved Non-flammable Hydraulic Fluid", Bureau of Ships Report M67-14 (1967).

35. Ref. 21, Chapter 5.

36. Ref. 21, P 235.

37. Private communication, R. K. Crothers Maintenance Division, Federal Aviation Administration.

38.  Ref. 22, Chapter 18.

39.  Ref. 23, p 66.

40.  Ref. 22, pp 352-353.

41.  W. J. Danziger, "Heat Transfer Media Other Than Water", Encyclopedia of Chemical Technology, 2nd Ed., Vol. 10, pp 846-861 (1965).

42.  Paul L. Geiringer, Heat Transfer Media, Rheinhold Publishing Co., N. Y. (1962).

43.  Ralph L. LeMar, "Thermal Stability of High Temperature Fluids and Fluid Intermixtures" U. S. Army Weapons Command Technical Report DA#1C024401A108 (1967).

44.  L. Mandelcorn and R. L. Miller, "Radiation Resistance of Capacitors - Dry and Impregnated" paper # E-9, Conference on Electrical Insulation and Dielectric Phenomena NAS-NRC (1971).

45.  J. R. Darby and J. K. Sears, "Plasticizers", Encyclo. Poly. Sci. and Tech., 10, 275 (1969).

46.  ASTM D 883-69a Standard Nomenclature Relating to Plastics, Amer. Soc. For Testing and Materials, Phila., Pa.

47.  Gene Wilde and David Press, "Plasticizers", Modern Plastics Encyclo., 45, 428 (1968).

48.  H. J. Hubbard, "Chlorinated Biphenyls and Derivatives", Encyclo. of Chem. Tech., 5, 291 (1964).

49.  R. H. Mosher, "The Technology of Coated and Processed Papers", Remsden Press Division, N. Y. p 368 (1952).

50.  Ref. 49, p 240.

51.  ASTM D 907-70 Standard Definitions of Terms Relating to Adhesives, Amer. Soc. for Testing and Materials, Phila. Pa.

52.  Irving Skeist "Adhesive Compositions" Encyclo. Poly. Sci. and Tech., Vol. 1, Interscience Publishers, N. Y. p 482 (1964).

53.  Ref. 49, p 286.

54.  ibid, p 292

55.  V. E. Hamilton and J. M. Roseland, S. African. 67 04,865 (McDonald Douglas Corp.) (1968).

56.  ibid, Fr. 1,519,535, (1968).

57.  Brit. Patent 1,148,047 (Douglas Aircraft Co.) (1969).

58.  Harry Smith, U. S. Patent 3,395,132, (Dow Chemical Co.) (1968).

59.  David A. Frey, U. S. Patent 3,380,951 (Dow Chemical Co.) (1968).

60.  T. P. Flanagan, U. S. Patent 3,220,966 (National Starch and Chemical Co.) (1965).

61.  R. P. Cox, J. L. Wagner, and R. J. Sere, U. S. Patent 3,117,000 (E. I. Dupont de Nemours) (1969).

62.  P. Ruckstuhl, Ger. (East) Patent 40,927 (1965).

63.  P. Prumier and J. Duthu, Fr. Patent 1,482,172 (1967).

64.  P. Ruckstuhl, Ger. (East) Patent 37,967 (1965).

65.  H. J. Eichel, U. S. Patent 2,988,461 (National Cash Register Co.) (1961).

66.  H. G. J. Velthoven and H. J. Wienjes, Neth. Patent 109,025 (1964).

67.  Emil Kline, U. S. Patent 2,077,699 (E. I. DuPont de Nemours) (1937).

68.  ibid, U. S. Patent 2,077,700.

69.  G. Listner, U. S. Patent 3,458,471 (Johnson and Johnson Co.) (1969).

70.  ibid, U. S. Patent 3,277,046 (1966).

71.  Brit. Patent 1,133,050 (E. I. DuPont de Nemours) (1968).

72.  R. J. Jenkins and R. N. Foster, Ind. Eng. Chem. 23, 1362-1365 (1931).

73.  N. V. Maiorova, M. I. Karyakina, V. A. Kargin, Z. Ya. Berestneva, L. P. Malysheva, Lakokrasoch. Mater. IKh Primen, 3, 17-19 (1969).  (Cf. C.A. 71, 62325j 1969).

74.  S. V. Yakubouich, N. Ya. Gicbkova, V. A. Zubchuk, and P. V. Kozlov Lakokrasoch.  Mater. IKh Primen 4, 46 (1966).  (C.A. 65, 18820f, 1966).

75.  D. P. Spalding, Fr. Patent 1,353,506 (Compagnie Francaise Thomson-Houston) (1964).

76.  Brit. Patent 1,020,053 (General Electric Co.) (1966).

77.  D. P. Spalding, U. S. Patent 3,288,743 (General Electric Co.) (1966).

78.  E. Kamp and Karl Jahn, U. S. Patent 3,393,087 (Monsanto Co.) (1968).

79.  H. Wells (Atomic Energy Res. Establishment, Harwell, England) J. Oil Color Chemists Assoc. 48, (1) 28 (1965).

80.  Ref. 49, p 293.

81.  Francis J. Whilby, Brit. Patent 1,138,976 (Standard Telephone and Cables, Ltd) January 1966.

82.  Robert S. Haines and Thomas J. Walsh, U. S. Patent 3,279,945 (IBM Corp) October 1966.

83.  Theo A. Tielens and Jan Kunnen, U. S. Patent 3,109,754 (North American Phillips Co.) November 1963.

84.  Fritz F. Freitay, Herman H. Malter, and Lothar Kluth, U. S. S. R. Patent 157,031, September 1963.

85.  Margarete K. Heimholtz and Waltraud H. E. Helmholtz, Ger. Patent 1,156,922, November 1963.

86.  Fr. Patent 1,358,684 (Kommanditbolaget Svenske Fargindustri Lundin and Co.) April 1964.

87.  Irvin J. Steltz, Ger. Patent 1,279,262, October 1968

88.  Charles T. Rairdon, "Sealants" Encyclo. Poly. Sci. and Tech., Vol. 12, p 418 (1970) Interscience Publishers, N. Y.

89.  Societe Civille Fiorillo, Fr. Patent 1,402,991, June 1965.

90.  Thiokol Chem. Corp. Neth. Patent Appl. 6,606,349, November 1966.

91.  J. M. Pachuta, Fr. Patent 1,566,413 (Thiokol Chem. Corp.) May 1969.

92.  Edward G. Millen, Fr. Patent 1,521,788 (Thiokol Chem. Corp.) May 1969.

93.  Barret K. Green and Robert W. Sandburg, U. S. Patent 2,548,364-5 (National Cash Register Co.) (1951).

94.  ibid, U. S. Patent 2,548,366 (1951).

95.  S. Kimura, T. Kobayashi, S. Ishige, Fr. Patent, 1,545,545 (Hodogaya Chem. Co., Ltd.) November 1968.

96.  A. Corredor Garcia, Span. Patent 345,298,November 1968.

97.  Brit Patent 1,047,512 (Minnesota Mining and Mfg. Co.) November 1966.

98.  Richard Owen, U. S. Patent 3,315,598 (3M Co.) April 1967.

99.  Buck Stricklin, U. S. Patent 3,360,367 (3M Co.) December 1967.

100.  Martin Hepher, Brit. Patent 986,053 (Kodak, Ltd.) March 1965.

101.  A. G. Gulko, U. S. Patent 3,404,994, October 1968

102.  S. Ancar, Brit. Patent 1,025,757, April 1966.

103.  R. Oda, H. Fuju, H. Moriga, and S. Dotani, U. S. Patent 3,389,007, June 1968.

104.  Brit. Patent 1,149,265 (Xerox Corp) April 1969.

105.  B. B. Jacknow, J. H. Moriconi, and F. M. Palermiti, S. African Patent 6,803,560 (Rank Xerox, Ltd.) January 1969.

106.  Hans J. Lenz, Ger. Patent 1,199,290 (Hoechst Fabweke) August 1965.

107.  Daniel L. Goffredo, U. S. Patent 3,269,308, August 1966.

108.  Brit. Patent 1,126,478 (Johnson and Johnson Co.) September 1968.

109.  Charles A. Berridge, U. S. Patent 3,154,515 (General Electric Co.) October 1964.

110.  R. H. Snedeker, U. S. Patent 3,405,199 (Union Carbide Co.) October 1968.

111.  D. Lurie, Fr. Patent 1,529,506, June 1968.

112.  W. F. Busse, U. S. Patent 3,418,267 (E. I. DuPont de Nemours) December 1968.

113.  R. G. Quinn, U. S. Patent 2,030,653 (International Paper Co.) February 1936.

114.  H. Picchota, Kunstoff-Rundschau, $\underline{12}$ (4), 191 (1965).

115.  Paul E. Burgess, Jr., Carlos J. Hilado, and William R. Proops, Space Mil. Appl. Cell. Plast. Syst. Annu. Conf. Cell. Plast. Div., Soc. Plast. Ind., 12th, 1967, 3-C-1-3-C-10.

116.  Carlos J. Hilado, Paul E. Burgess, Jr., and William R. Proops, J. Cell. Plast. $\underline{4}$ (2), 67 (1968).

117.  T. Hirata, H. Abe, and Y. Fukui, Ringyo Shikenjo Kenkyu Hokoku, 1967, No. 200 155. Cf C. A. $\underline{70}$ 12779u (1969).

118.  H. W. Coover, Jr., and N. H. Shearer, Belg. Patent 652,653 (Eastman Kodak Co.) December 1964.

119.  Hans Schumann, Ger. Patent 1,298,458 (Deutsche Solvay-Werke) June 1969.

120.  Rene Michael, Fr. Patent 1,532,115, July 1968.

121.  H. T. Kemp, Jr., T. L. Statler, and E. E. Muellar, Mitt. Ver. Deut. Emailfachleute $\underline{14}$ (5), 45 (1966).

122.  Rolf Bremer, Eberhard Rheinhold, and Hermann Fiebig, Ger. (East) Patent 66,712, May 1969.

123.  Belg. Patent 696,820 (Establishment Marechal) October 1967.

124.  Brit. Patent 1,159,220 (Sigri Elektrograpit) December 1967.

125.  R. B. Trask, and Mark J. Smith, Fr. Patent 1,520,177 (Air Reduction Co.) April 1968.

126.   Fr. Patent 1,299,634, July 1962.

127.   Neth. Patent Appl. 6,411,169 (Monsanto Co.) March 1965.

128.   ibid, 6,401,474 (Monsanto Co.) August 1964.

129.   K. Sato, U. S. Patent 3,468,726, September 1969.

APPENDIX C

The Need For Continued Use of PCBs As Electrical Insulating Liquids

## Table of Contents

|  |  | Page |
|---|---|---|
| I. | How are PCBs Used by the Electrical Industry? | 76 |
| II. | The Need for PCBs in Transformers | 76 |
|  | A. Mineral oil-insulated transformers |  |
|  | B. Dry-type transformers |  |
| III. | The Need for PCBs in Capacitors | 79 |
|  | A. Mineral Oil |  |
|  |     1. Size |  |
|  |     2. Reliability and life |  |
|  |     3. Safety |  |
|  | B. Other Liquids |  |
|  |     1. Castor Oil |  |
|  |     2. Dibutyl sebacate |  |
|  |     3. Silicone Fluids |  |
| IV. | Environmental Protection | 81 |

## Tables

| 1. | Composition of Different Liquid Chlorinated Biphenyls | 76· |
|---|---|---|
| 2. | Underwriters' Laboratories Flammability Ratings | 77 |
| 3. | Alternate Insulating Fluids | 80 |

The Need For Continued Use of PCBs As Electrical Insulating Liquids

I.  HOW ARE PCBs USED BY THE ELECTRICAL INDUSTRY? (1)

The principal use of PCB fluid in the electrical industry is in transformers and capacitors (both large and small) as an insulator and coolant.

> Transformers are devices for converting electrical power from one voltage and current level to another, and the conducting parts of these devices must be separated from each other by a suitable insulating medium.
>
> Capacitors are devices for storing electrical energy through the physical separation of charged metal surfaces by an insulating medium.

Because of the nonflammability (Table 1) of Aroclors (the trade name of Monsanto), their vapors, and their arc-formed gaseous products, transformers filled with PCBs are relatively free of fire and explosion hazards and may be used in locations where failures of oil-insulated transformers would present a potential danger to life and property.  In addition to improving the safety aspect of capacitors, Aroclors also have the advantages of reliability, long life, and small size.

Table 1

Underwriters' Laboratories Flammability Ratings

| Fluid | Flammability Rating |
| --- | --- |
| Ether | 100 |
| Gasoline | 90-100 |
| Ethyl Alcohol | 60-70 |
| Kerosene (100$^\circ$ F.P.) | 30-40 |
| Mineral Oil | 10-20 |
| Aroclor 1242 and MCS 1016 | 2-3 |

II.  THE NEED FOR PCBs IN TRANSFORMERS

PCBs are used in transformers wherever fire protection is particularly important -- for about 5 percent of all transformers.

Most of these transformers are located inside public, commercial, or industrial buildings; on the roof tops of such buildings or in close proximity to such buildings, and require no special enclosures other than necessary to prevent accidental hazardous mechanical or electrical contact of persons with the equipment. See Table 2 for some liquid chlorinated biphenyls.

TABLE 2

Composition of Different Liquid Chlorinated Biphenyls

| Components – given as % – | Monsanto Aroclors | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 1221 | 1232 | MCS 1043 | 1242 | MCS 1016 | 1248 | 1254 | 1260 |
| Chlorine | 21 | 32 | 32 | 42 | 42 | 48 | 54 | 60 |
| Biphenyl | 14.8 | | .04 | .02 | .02 | | | |
| Mono-chlorobiphenyl | 56.5 | | 22.2 | .72 | .93 | | | |
| Di-chlorobiphenyl | 26.9 | ~ 55 | 74.4 | 15.6 | 19.4 | | | |
| Tri-chlorobiphenyl | 1.42 | | 3.3 | 54.5 | 64.5 | | | |
| Tetra-chlorobiphenyl | .06 | | | 22.5 | 15.0 | ~ 55 | | |
| Penta-chlorobiphenyl | | | | 6.7* | .16* | | 60 | |
| Hexa-chlorobiphenyl | | | | | | | | 70 |

*Includes higher than penta-chlorinated isomers.

77

The amount of Aroclor used in various types of transformers ranges from 40 to 500 gallons (516 to 6,450 lbs.) with an average of about 235 gallons (3,032 lbs.).  During 1968, the last complete "normal" year for the electrical industry, the total amount of PCBs used in transformers was approximately 1.3 million gallons (8.4 thousand tons).

The only present alternatives to Aroclor-insulated transformers are mineral oil-insulated transformers or dry-type transformers (either those open to the atmosphere or those that are gas-filled and sealed).

A.   MINERAL OIL-INSULATED TRANSFORMERS

1.  If one disregards safety considerations, there are no technical reasons why mineral oil-insulated transformers could not be directly substituted for PCB insulated transformers.  The size of the unit would be unchanged; the weight and cost would be less.

2.  But one cannot disregard safety considerations, which are often embodied in legal codes.  Obviating the safety hazards involves serious economic and space constraints, that would occur either by the use of protective vaults, or use of insulated buses (with the transformer located outdoors).  Either solution, if space is available, could cost $5,000--$50,000 per transformer.

B.   DRY-TYPE TRANSFORMERS

In most locations, dry-type transformers (either those open to the atmosphere or those that are gas-filled and sealed) could not be directly substituted for PCB-insulated transformers.  There are several restrictions to such a direct substitution:

1.  The reliability of dry-type transformers is less than that of comparably rated liquid-insulated transformers.  An Edison Electric Institute survey of failures in network transformer banks showed a 7 percent per year failure rate for dry-type units compared to 0.2 percent for liquid-insulated units.

2.  Furthermore, liquid-insulated transformers have a much greater overload capability.  Many liquid-insulated units can sustain a 100 percent overload for 8 hours and a 200 percent overload for 2 hours.  These transformers are able to maintain continuity of electrical service during periods of temporary malfunction of related equipment.

3.  Some dry-type transformers are larger by 10 to 30 percent than comparably rated liquid-insulated units, and most are expensive.

4.  Dry-type transformers are noisier by 5-10 db than are liquid-insulated transformers.

5.  Open dry-type transformers, which are cheaper than sealed dry-type transformers, cannot be used in certain corrosive or hazardous atmospheres, e.g., on furnaces or on electrostatic precipitators near hot stacks.

Clearly there is no substitute for PCB-filled transformers where fire protection is required.

78

III.     THE NEED FOR PCBs IN CAPACITORS

PCBs are used in more than 90 percent of the electric utility (large power) type and smaller industrial type capacitors made today. They are needed for safety, reliability and long life, and to achieve sizes compatible with equipment and installation requirements.

The principal types of PCB-impregnated capacitors and their applications are high voltage power capacitors used primarily for power factor correction in the distribution of electric power; low voltage power capacitors installed in industrial plants at the load (typically large motors); ballast capacitors to improve the efficiency of lighting systems; and small industrial capacitors for power factor improvement in such equipment as air conditioning units, pumps, fans, etc. Almost 80 million such capacitors are manufactured annually, most of them for first-time use.

Capacitors used in lighting and air conditioning applications contain 0.005 to 0.09 gallons of PCB per unit. The largest power capacitors contain about 6.7 gallons of askarel. The most popular size contains about 3.1 gallons. The National Electrical Code requires that any installation of capacitors in which any single unit contains more than 3 gallons of combustible liquid shall be in a vault like that required for transformers. During 1968, the last complete "normal" year for the electrical industry, the total amount of PCBs used in capacitors was approximately 14.4 thousand tons.

Possible alternatives to PCB-impregnated capacitors are capacitors impregnated with mineral oil, or certain other liquids.

A.     MINERAL OIL

1.  Size

The single most important property of a liquid to be used in a capacitor is its dielectric constant (the ratio of its ability to store electrostatic energy relative to air). The dielectric constant of the capacitor-grade PCB (Aroclor 1242) is 5.85 while that of mineral oil is 2.25. (See Table 3) Reverting to an oil-paper dielectric system would increase the average capacitor volumn (size) by approximately 600 percent the weight by 500 percent, and the cost by approximately 400 percent. At the present levels of demand for capacitor KVAR, there would be a shortage of electrical grade paper and a shortage of capacitor factory facilities further tending to increase the cost to the utility, and ultimately to the consumer.

2.  Reliability and Life

PCBs are thermally and oxidatively more stable than mineral oils, and discharges, which can occur in capacitors, are less likely to generate gases from askarels than from mineral oils. The chemical stability of PCBs in the presence of capacitor tissue and plastic films and the favorable stress distributions between solid and liquid have made it possible to design low-cost capacitors with a life expectancy of more than 10 years life in lighting applications and more than 20 years in electric utility applications. In each application the first-year failure rates are less than 0.2 percent. This level of life and reliability had not been achieved prior to the introduction of PCBs.

79

Table 3

Alternate Insulating Fluids

Some Significant Properties of Certain Candidate Insulating
Fluids to Replace Aroclor 1242

| Fluid | Dielectric Constant, e'r, at 25° C | Cleveland Open Cup Flammability Flash Point -°C - Fire Point | | Density | Cost, ¢ lb |
|---|---|---|---|---|---|
| Aroclor 1242 | 5.85 | 194 | 333 | 1.38 | 18 |
| Aroclor MCS 1016 | 5.85 | 191 | 319 | 1.36 | 18 |
| Aroclor MCS 1043 | 5.7 | 160 | 244 | 1.28 | 18 |
| Mineral Oil | 2.25 | 145 | 150 | .9 | 3 |

88

3. Safety
        The relative non-flammability of PCBs significantly reduces
the fire hazard that might otherwise accompany those failures that result
in rupture of the case.

## B.  OTHER LIQUIDS

    1. Castor Oil.  The dielectric constant of castor oil is 4.5, and
this material is useful as an impregnant in D.C. energy storage capacitors.
However, A.C. capacitors filled with this liquid have relatively short
lives and are not very stable under A.C. discharges and in the presence
of water derivable from the cellulosic paper.
    2. Dibutyl sebacate.  This ester is especially useful in high
frequency parallel plate capacitors because of its low, flat loss charac-
teristics over a broad frequency range.  In this type of construction the
liquid is the sole dielectric material. When used in conjunction with
paper,this ester is also unstable.
    3. Silicone Fluids.  These materials have a dielectric constant of
2.7 and would generally be subject to the same disadvantages as mineral
oil.

    In the interest of achieving a higher degree of environmental
compatibility the capacitor industry switched during 1971 from Aroclor
1242 to Aroclor MCS 1016, from which the higher-chlorinated persistent
fractions have been substantially removed.

## IV.  ENVIRONMENTAL PROTECTION

    The advantages to the public in terms of safe, reliable, and efficient
electrical equipment made possible by the use of PCBs have been documented
in the body of, and especially Appendix B to, this report.  It is also
clear that there are no present or prospective substitutes for these
materials, and that the functions they perform are essential.  Thus the
continuing need for PCBs in closed electrical system applications is con-
clusive.  The electrical industry well understands, however, that continued
use of these materials requires unusual protective measures.  These
measures were the subject of recommendations made by a previous NIPCC Sub-
Council report (The Use and Disposal of Electrical Insulating Liquids,
June 1971) and are judged to be well on their way toward implementation:
witness the introduction of the new capacitor dielectric, the provision
of facilities for the incineration of liquid and solid wastes, and the
instructions to operating personnel and users regarding the need for care
in waste disposal, an activity now being further formalized and strengthened
by ANSI's committee C107.  The annual residual leakage to the environment
from the continued use in transformers and capacitors has been estimated
between one part in a thousand and one in ten thousand of the existing
environmental PCB burden.

---

1.  The above paper was prepared by the Electric and Nuclear Sub-Council,
National Industrial Pollution Control Council:  Chairman, D. C. Burnham,
Westinghouse Electric Corporation; Vice Chairman, Fred J. Borch, Chairman
and Chief Executive Officer, General Electric Company; Members:  A. P.
Fontaine, President and Chairman, The Bendix Corporation; Raymond H. Giesecke,

81

President and Chief Executive Officer, McGraw-Edison Company; C. Lester Hogan, President and Chief Executive Officer, Fairchild Camera and Instrument Corporation; Robert W. Sarnoff, Chairman of the Board and President, RCA Corporation.

APPENDIX D

## Occurrence, Transfer, and Cycling of PCBs in the Environment

### Table of Contents

|   |   | Page |
|---|---|---|
| I. | Occurrence in the Environment | 92 |
| II. | Behavior in the Environment | 99 |
|  | A. Air |  |
|  | B. Water and Sediment |  |
| III. | Exposure and Biological Accumulation | 99 |
| IV. | Discussion | 102 |
| V. | Research Needs and Opportunities | 103 |

### Tables

| 1. | PCB Manufacturing and Sales Data From Monsanto Industrial Chemicals Co. | 85-86 |
|---|---|---|
| 2. | Concentration of PCBs in Municipal Sewage Treatment Plant Outfalls | 88 |
| 3. | PCB Concentrations in Industrial Effluents | 89 |
| 4. | Total Estimated Contribution of PCBs to the Aquatic Environment | 90 |
| 5. | Concentration of PCBs in Sewage Sludges | 91 |
| 6. | A Sampling of Measured Occurrences of PCBs in the Environment | 93-98 |
| 7. | Accumulation of PCBs by Various Aquatic Organisms | 100 |

APPENDIX D

## Occurrence, Transfer, and Cycling of PCBs in the Environment

PCBs have been in use for more than four decades, not only in the United States but throughout the developed world. They were not recognized as environmental contaminants until (Jensen , 1) in Sweden identified a series of unknown peaks on gas chromatograms of pesticide analyses as these substances. These first identifications were in fish and bird tissues; examination of other samples soon revealed that PCBs were widespread in biological materials. Existing data suggest that although the greatest concentrations of residues are found in the vicinity of industrial and municipal areas in the Northern Hemisphere, residues exist in areas remote from civilization and in both the Northern and Southern Hemispheres.

Data on sales of PCBs are available only for the United States from 1957-1971, with sales reaching a high of 36,000 tons in 1970, Table 1. Sales doubled 1960-1970; assuming the same growth rate from 1930 to 1970, about 500,000 tons have been sold in the United States. Data from outside the United States are few. It is estimated that Japan manufactured 13,000 tons per year (2). PCBs are also produced in West Germany, the United Kingdom, Spain, France, Italy, Russia, and possibly new producers in Brazil, Argentina, India, and East Germany. Assuming that the United States used half of the world total, world production would have been about one million tons--approximately half the estimated total production of DDT. Monsanto's 1971 sales dropped to half the 1970 level, and 1972 sales are expected to be 12 - 15,000 tons. Prior to 1971, when Monsanto (the sole U.S. manufacturer) curtailed sales to non-closed system uses, about 40 percent was used in plasticizers, hydraulic fluids and lubricants, surface coatings, inks, pesticide extenders, and micro-encapsulation of dyes for carbonless duplication paper--uses that potentially result in environmental contamination.

If the same percentages held worldwide, 40,000 tons might have been used in ways that could easily reach the environment; accidents and careless disposal practices would have increased this amount considerably, perhaps to 50,000 tons or more.

(Nisbet and Sarofim, 3)provided rough estimates of the losses of PCBs to the North American environment in 1970:  1500 to 2000 tons to the atmosphere (mostly Aroclor 1254 to 1260 from plastics and 1242 from burning dumps); 4000 to 5000 tons to fresh and coastal waters (Aroclor 1242-1260); 22,000 tons into dumps and landfills (mostly Aroclor 1242). Other losses were judged to be small, but often locally significant. The total loss to the North American environment from 1930 to 1970 was estimated to be:

| | |
|---|---|
| Atmosphere | - 30,000 tons |
| Water - fresh and coastal | - 60,000 tons |
| Dumps and landfills | - 300,000 tons |

The total of 390,000 tons is within a factor of two of the estimate above of 500,000 tons that might have reached the world environment. They further

TABLE 1
PCB MANUFACTURING AND SALES
DATA FROM MONSANTO INDUSTRIAL CHEMICALS CO.
1957 THROUGH 1971
(Thousands of Pounds)

| | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 |
|---|---|---|---|---|---|---|
| TOTAL PRODUCTION (For Domestic Sales)[1] | | | | 37919 | 36515 | 38353 |
| DOMESTIC SALES | 32299 | 26061 | 31310 | 35214 | 37538 | 38043 |

DOMESTIC SALES BY CATEGORY

| | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 |
|---|---|---|---|---|---|---|
| Heat Transfer | - | - | - | - | - | 157 |
| Hydraulics/Lubricants | 1612 | 1549 | 2685 | 2523 | 4110 | 3915 |
| Misc. Industrial | 704 | 755 | 1569 | 1559 | 2114 | 1681 |
| Transformer | 12955 | 5719 | 5984 | 7921 | 6281 | 7984 |
| Capacitor | 17028 | 14099 | 16499 | 16967 | 15935 | 15382 |
| Plasticizer Applications[2] | | 3939 | 4573 | 6244 | 9098 | 8924 |
| Petroleum Additives | - | - | - | - | - | - |
| Total | 32299 | 26061 | 31310 | 35214 | 37538 | 38043 |

DOMESTIC SALES BY PCB GRADE

| | 1957 | 1958 | 1959 | 1960 | 1961 | 1962 |
|---|---|---|---|---|---|---|
| Aroclor 1221 | 23 | 16 | 254 | 103 | 94 | 140 |
| Aroclor 1232 | 196 | 113 | 240 | 155 | 241 | 224 |
| Aroclor 1242 | 18222 | 10444 | 13598 | 18196 | 19827 | 20654 |
| Aroclor 1248 | 1779 | 2559 | 3384 | 2827 | 4023 | 3463 |
| Aroclor 1254 | 4461 | 6691 | 6754 | 6088 | 6294 | 6325 |
| Aroclor 1260 | 7587 | 5982 | 6619 | 7330 | 6540 | 6595 |
| Aroclor 1262 | 31 | 184 | 359 | 326 | 361 | 432 |
| Arcolor 1268 | - | 72 | 102 | 189 | 158 | 210 |
| Total | 32299 | 26061 | 31310 | 35214 | 37538 | 38043 |

NOTE:  (1)  Production amounts prior to 1960 are not available.
(2)  Amounts for plasticizer applications prior to 1958 are not available.

85

TABLE 1 (cont.)

| | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | Prospect 1972 |
|---|---|---|---|---|---|---|---|---|---|---|
| U.S. PRODUCTION | 44734 | 50833 | 60480 | 65849 | 75309 | 82854 | 76387 | 85054 | 40471 | 25-30 m |
| DOMESTIC SALES (LBS.) | 38132 | 44869 | 51796 | 59078 | 62466 | 65116 | 67194 | 73061 | 37635 | 25-30 m |
| U.S. EXPORT SALES | 3647 | 4096 | 4234 | 6852 | 8124 | 11231 | 10624 | 13651 | 9876 | ? |

U.S. DOMESTIC SALES BY
    CATEGORY

| | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | Prospect 1972 |
|---|---|---|---|---|---|---|---|---|---|---|
| Heat Transfer | 582 | 929 | 1237 | 1766 | 2262 | 2529 | 3050 | 3958 | 3480 | - |
| Hydraulics/Lubricants | 3945 | 4374 | 4616 | 4258 | 4643 | 5765 | 8039 | 7403 | 1643 | - |
| Misc. Industrial | 1528 | 1692 | 1841 | 1779 | 1426 | 1283 | 1079 | 1527 | 578 | - |
| Transformer | 7290 | 7997 | 8657 | 8910 | 11071 | 11585 | 12105 | 13828 | 11528 | 25-30 m |
| Capacitor | 15606 | 19540 | 23749 | 28884 | 29703 | 29550 | 25022 | 26708 | 17305 | 25-30 m |
| Plasticizer Applications | 9181 | 10337 | 11696 | 13481 | 13361 | 14404 | 16460 | 19537 | 3102 | - |
| Petroleum Additives | - | - | - | - | - | - | 1439 | - | - | - |

U.S. DOMESTIC SALES
    BY PCB GRADE

| | 1963 | 1964 | 1965 | 1966 | 1967 | 1968 | 1969 | 1970 | 1971 | Prospect 1972 |
|---|---|---|---|---|---|---|---|---|---|---|
| Aroclor 1221 | 361 | 596 | 369 | 528 | 442 | 136 | 507 | 1476 | 1600 | 300 |
| Aroclor 1232 | 13 | 13 | 7 | 16 | 25 | 90 | 273 | 260 | 211 | 300 |
| Aroclor 1242 | 18510 | 23571 | 31533 | 39557 | 43055 | 44853 | 45401 | 48588 | 21000 | 4000 |
| Aroclor 1248 | 5013 | 5238 | 5565 | 5015 | 4704 | 4894 | 5650 | 4073 | 261 | - |
| Aroclor 1254 | 5911 | 6280 | 7737 | 7035 | 6696 | 8891 | 9822 | 12421 | 5800 | 6000 |
| Aroclor 1260 | 7626 | 8535 | 5831 | 5875 | 6417 | 5252 | 4439 | 4690 | 1750 | 600 |
| Aroclor 1262 | 414 | 446 | 558 | 768 | 840 | 720 | 712 | 1023 | - | - |
| Aroclor 1268 | 284 | 190 | 196 | 284 | 287 | 280 | 300 | 330 | - | - |

86

estimated that one-third of the PCBs released to the air and one-half of those released to water have now been degraded. The PCBs in dumps probably have undergone less degradation.

Given the diversity of uses of PCBs and their chemical stability (greater stability in the higher chlorine species), it is not surprising that residues are now widespread. While satisfying quantitative estimates of the contribution of various pathways into the environment are not possible with existing data, there are enough data to be certain that they do reach the environment at least from the following sources:

-- Open burning or incomplete incineration (at usual temperatures) $_0$ of solid wastes, municipal and industrial. Incineration at 2000 F or above for two seconds will destroy PCBs, but poorly operated incinerators or open burning may result in PCBs being released to the atmosphere unchanged.

-- Vaporization from paints, coatings, plastics, etc. (Nisbet and Sarofim, 3) estimate that as much as 20 percent may be vaporized.

-- Municipal and some industrial sewers (present in treated as well as untreated wastes). Tables 2 and 3.

-- Accidental spills or improper waste disposal practices.

-- Formerly, direct application to the environment as ingredients of pesticides or as carriers for pesticides (such uses are now prohibited).

-- Dumping of sewage sludge, municipal and industrial solid waste, and dredge spoil at sea.

-- Sewage sludges disposed of on land.

-- Migration from surface coatings (paints, etc.) and packaging materials into foods and feeds.

Probably the largest amounts of PCBs circulating in the environment reach it through industrial and municipal discharges to inland and coastal waters. Tables 2, 3, and 4 present data on such discharges. Based on Table 4, we can estimate 6,000 tons per year may reach these environments.

In addition, PCB residues occur in sludge from municipal sewage systems. Table 5 presents results of analyses from several such sludges. Sewage sludge is disposed of by incineration, landfill, spreading on the land, and dumping at sea. Four million tons per year reach the Atlantic Ocean and Gulf of Mexico, which would include only 10 or so tons of PCBs (4). Analysis of the waste water from the effluent scrubbers of three sludge incinerators showed no detectable residues of PCBs (level of sensitivity 0.1 part per billion), suggesting that most PCBs had been destroyed by incineration. The total amount of PCBs contained in the sludges would not be more than 70 tons per year.

TABLE 2 -   CONCENTRATION OF PCBS IN MUNICIPAL SEWAGE TREATMENT PLANT OUTFALLS

| Collection Site | Collection Date | Aroclor Compound Detected | µg/l (ppb) | Flow per Day Mgd 1/ | Est. PCB Discharged per day (lbs.) | Source of Data |
|---|---|---|---|---|---|---|
| **Ohio -** <br> _Miami River_ | | | | | | |
| Dayton | 1-19-71 0800 to 1-20-71 0800 | 1254 | 17 | 48 | 6.2 | EPA Unpb. Data |
| Hamilton | 1-19-71 0000 to 1-19-71 2400 | 1248 | 10 | 8 | 0.6 | " |
| Middleton | 1-19-71 0800 to 1-20-71 0800 | ND* | | - | - | " |
| **Wisconsin -** <br> _Milwaukee River_ | | | | | | |
| West Bend | 3-26-70 | 1254 | 0.25 | 1.4 | 0.002 | Veith & Lee |
| Fredonia | " | 1254 | 0.12 | 0.1 | 0.002 | " |
| Saukville | " | 1260 | 0.13 | 0.1 | 0.002 | " |
| Grafton | " | 1254 | 0.04 | 0.8 | 0.002 | " |
| California | | | | | | |
| East Bay (San Francisco) | 12-70 | 1254 | 3.1-3.8 | 155 | 4.2 | Schmidt, et al, '71 |
| San Francisco | " | 1254 | 3.8-5.8 | 31.5 | 1.2 | " |
| Terminal Island | " | 1254 | 5.8-12.8 | 9.3 | 0.7 | " |
| Orange County | " | 1254 | 0.21-0.64 | 130 | 0.4 | " |
| Hyperion | " | 1254 | 0.16-0.37 | 340 | 0.7 | " |
| White Point | " | 1254 | 76 | 350 | 213 | " |
| Richmond | | ND* | | - | - | |
| San Diego | | ND* | | - | - | |
| Oxnard | | ND* | | - | - | |

*ND - Not Detected    1/ mgd = million gallons per day = (8,000,000 lbs./day)

TABLE 3.  PCB CONCENTRATIONS IN INDUSTRIAL EFFLUENTS

| Location | Kind of Industry | Date | Aroclor Compound Detected | Concentration in Effluent (ppb) | Source of Data |
|---|---|---|---|---|---|
| Saukville, Wisc. | Chemical Plant | 3/70 | 1242 | 2.50 | Vieth and Lee, 1970 |
| Ohio- Great | Paper Coating Co. | 1/71 | 1242 & 1248 | 27 | EPA data- Analytical Quality Control Lab. |
| Miami River | Paper Treatment | 1/71 | 1242 | 430, 470* | " |
| | Appliance | 1/71 | 1254 | 5 | " |
| | " | 1/71 | 1254 | 18 | " |
| Florida- Escambia River | Chemical Plant | 4/69-10/69 | 1254 | 2.5-275 | Duke, et al., 1970 |

*Samples from treatment lagoon

69

TABLE 4

TOTAL ESTIMATED CONTRIBUTION OF PCBS TO THE AQUATIC ENVIRONMENT

Municipal Outfalls

Assume:  150,000,000 sewered population x
               130 gallons sewage per person per day x
                 8 pounds per gallon of sewage =
         Approximately 160 billion lbs./day.

         With concentration of 0.1 ppb in sewage, 16 lbs./day;
         With concentration of 10 ppb in sewage, 1600 lbs./day.
         [Note that only the White Point outfall and Dayton
         (largely serving industrial communities) exceed the
         10 ppb concentration]

         Annual contribution would not exceed 300 tons from
         this source, even if the average concentration in
         municipal sources was 10 ppb.

Industrial and Other Sources

    Basis for Estimate:

              Concentrations in the Great Miami River of 5.8 ppb
              and flow rate of 728 cfs yield estimated daily
              carriage to the Ohio River of $\sim$95 lbs. per day.
              Contribution from the sewage treatment plants at
              Dayton (6.2 lbs./day) and Hamilton (0.64 lbs./day)
              account for 6.8 lbs. ($\sim$7% of the amount present in
              the river).

              In the Milwaukee River, the estimated discharge of
              PCBs to Lake Michigan, based on a concentration in the
              water of 0.15 ppb (Veith and Lee, 1970) and flow rate
              of 500 cubic feet per second, is $\sim$ 0.5 lb. per day.
              Contributions from the sewage treatment plants at
              West Bend, Fredonia, Saukville, and Grafton, total
              0.002 lbs./day, (about 0.4% of the amount present).

    Extrapolation:

              The Great Miami River drains a heavily industrialized
              area and represents something near the upper limit of
              PCBs to be expected in municipal discharges.  The
              Milwaukee River is less industrialized.  If one assumes
              that municipal sources contribute on the average not
              more than 5% of the total, the annual contribution from
              other sources would be on the order of 300 x 20 =
              6,000 tons per year.

90

TABLE 5.  CONCENTRATION OF PCBS IN SEWAGE SLUDGES

| Collection Site | Date | Aroclor Detected | Concentration (ppb) | Sludge per day tons/day | Est. PCB Content Day (lbs.) | Source |
|---|---|---|---|---|---|---|
| **California** | | | | | | |
| Hyperion (Los Angeles) | 12/70 | 1254 | 85 (78.5-92.1) | 20,000[1/] | 3.2 | Schmidt, et. al., (13) |
| Barstow | 7/21/71 | 1254 | 1400 | 1.4 | .004 | EPA Unpublished data |
| **Ohio** | | | | | | |
| Dayton (Miami River) | | 1254 | 105,000 | 47.9 | 10.1 | EPA Unpublished data |
| Little Miami (Cincinnati) | | 1254 | 32,000 | 20.2 | 1.3 | "      "      " |
| Mill Creek (Cincinnati) | | 1254 | 12,700 | 88.3 | 2.2 | "      "      " |
| Lebanon (Turtle Creek) | | 1254 | 2,500 | 1.0 | .005 | "      "      " |
| Shayler Run | | 1254 | 3,200 | - | - | "      "      " |
| **Virginia** | | | | | | |
| Lorton | | 1254 | 1,200 | - | - | "      "      " |
| **Indiana** | | | | | | |
| Indianapolis | | 1254 | 3,800 | 126.1 | 1.03 | "      "      " |

1/  This number is based on outfall discharge and represents a relatively dilute sludge.  The estimated PCB content in lbs./day is the important figure here.

Assumptions:  Each million gallons of sewage contains about 1 ton of sludge.  The daily output of sludge, then is 150,000,000 sewered population x 130 gal. sewage per day = 19,500,000,000 gallons per day and 19,500 tons of sludge per day.

At 10 ppm of PCBs (highest level found), the daily output would be 19,500 tons x 2000 lbs. = 39 million lbs. x 10 ppm = 390 lbs. per day, at 1 ppm, 39 lbs./day.  These would be respectively 70 and 7 tons/year.

By far the largest quantities of PCBs must end up in dumps and landfills. As noted above, open burning will doubtless release some PCBs to the atmosphere. Little is known about concentrations in landfills, degradation, leaching or vaporization. Much of the material here will be in sealed containers, and will be sequestered or only slowly released to the environment. Analyses of stagnant water close to a Swedish landfill were below the level of detection of 4 parts per billion, suggesting little leaching from such sources (5).

PCBs are known to have reached the environment or man's food supply in a variety of other ways, no one of which is important as a source of environmental contamination, but each of which may have serious consequences locally. Spent transformer oil containing PCBs, used as an herbicide carrier, contaminated dairy cattle grazing area and resulted in residues in milk. Silo paints containing several percent of PCBs are thought to have migrated into silage, and in turn resulted in residues in milk (6). A leak in a heating element used in pasteurizing fish meal resulted in contamination of poultry feed which, in turn, resulted in reduced hatchability of eggs in some chicken flocks, and residues in excess of the FDA interim action level in some eggs and meat (6). In Japan, rice oil contaminated from leakages during heat treatment resulted in poisoning of hundreds of people and the only known disease attributable to PCBs. Residues in packaging materials have contaminated the foods they contained; presumably, most of the residues came from recycled paper which had included "carbonless" carbon paper with relatively high PCB levels. Virgin paper products have also been shown to contain PCBs, and their source of contamination is not well defined at this time. There are other cases of food contamination in which the source of the contaminant has not been identified.

From the sediment measurements, we can crudely estimate the burden in sediments underlying inland waters in the continental United States. There are about 58,000 square miles of such sediments. Assuming sediment has a specific gravity of 2.5; residues are in the top 3 inches; the weight of 3 inches of sediment is $\frac{2.5}{4}$ x 62.4 (wt. of a cubic foot of water) x 43,560 sq. feet/acre=∿1,600,000 lbs./acre, or∿1 billion lbs. per square mile (1.6 million x 640). At 10 parts per billion, the PCB burden would be 58,000 sq. miles x 10 lb./sq. mile = 580,000 lbs. At 100 parts per billion, the PCB burden would be 5,800,000 lbs. -- 290 to 2900 tons. The higher estimate is less than 1/10 the amount Nisbet and Sarofim (3) estimate may be present in freshwater and coastal sediments.

## I.  OCCURRENCE IN THE ENVIRONMENT

Thousands of samples from various parts of the environment have been analyzed for PCBs. Table 6 presents selected data on occurrence in air, water, sediments, and various living organisms.

In air and water away from immediate sources of waste discharge, levels are low--a few nanograms per cubic meter (parts per trillion, ppt) in air and marine waters, and less than a part per billion (ppb) in fresh water; soil or bottom sediments contain a few parts per billion, up to several hundred parts per million (ppm) near some industrial outfalls; from tenths of a parts per million to tens of parts per million in fish and up to hundreds of parts per

92

TABLE 6.  A SAMPLING OF MEASURED OCCURRENCES OF PCBS IN THE ENVIRONMENT

| | Location | No. Samples | Date | Aroclor Compound Detected | Concentration (ppb) | Source of Data | Remarks |
|---|---|---|---|---|---|---|---|
| **Air** | | | | | | | |
| Precipitation | United Kingdom | | 1968 | N.S. | Detected but not quantified | Tarrant and Tatton, 1968 | |
| | Florida | | 1971 | N.S. | Below level of quantification | USGS- Unpbl. | |
| | Sweden | | 1970 | N.S. | Present in snow | Smithsonian Inst. CFSLP- 1970 | |
| Suspended Particulate | 4 U.S. cities | | 1968-1970 | N.S. | ~27-230 ppm on suspended solids | EPA- Unpbl. | Quantification questionable |
| **Water** | | | | | | | |
| | Great Miami River, Ohio | 19 | 11/70 | 1242 | ND to 15.8 $\bar{x}$ = 5.7 | EPA- Unpbl. | 3 samples above Dayton below level of detection. Mean of 16 samples 5.7 |
| | Ohio River | 2 | 11/70 | | ND | " | |
| | Big Suamico River, Wisc. | | - | | <0.01 | Veith, 1972 | |
| | Pestigo River, Wisc. | | 11/70 | 1254 | 0.31 | " | |
| | | | 4/71 | " | 0.38 | " | |
| | | | Summer '71 | " | <0.01 | " | |
| | Oconto River Wisc. | | 11/70 | 1254 | 0.45 | " | |
| | | | 4/71 | " | 0.16 | " | |
| | | | Summer '71 | " | <0.01 | " | |
| | Milwaukee River | 10 | 1970 | 1242 1260 | 0.03-2.07, $\bar{x}$ 0.29 0.02-0.13, $\bar{x}$ 0.08 | Veith and Lee, 1970 | |

93

TABLE 6 (Continued)

| | Location | No. Samples | Date | Aroclor Compound Detected | Concentration (ppb) | Source of Data | Remarks |
|---|---|---|---|---|---|---|---|
| Water (continued) | | | | | | | |
| | Green Bay, Wisc. | | – | 1254 | 0.04-0.07 | Veith, 1972 | |
| | Lake Michigan | | Summer 1970 | | 0.013 | Veith, Personal Communication | $\bar{x}$ of 12 samples ½ mi. off 12 river mouths. |
| | South Florida | | 6-7/71 | N.S. | <0.01-0.02 | USGS, Unpbl. | |
| | Escambia River & Bay, Fla. | | Fall '69 | 1254 | ND to <0.1 | Duke, et. al. 1970 | |
| | Irish Sea | | 10/69 | N.S. | <0.01 | Holdgate, 1970 | |
| Sediments | | | | | | | |
| | 11 lakes in Pennsylvania | | 1971 | N.S. | <10-50 | USGS, Unpbl. | Data considered good to within + 50% |
| | 7 locations in S.E. Florida | | 1971 | N.S. | 10-3200 | " | |
| | 4 locations in West Central Fla. | | 1971 | N.S. | <10-20 | " | |
| | 6 locations in S. Florida | | | N.S. | 10-1500 | " | |
| | Escambia Bay, Florida | | 8/69 | 1254 | max. of 486,000 | Duke, et al., 1970 | Near industrial outfall |
| | | | 8/69 | 1254 | 1700 | " | |
| | | | 8/69 | 1254 | <300 | " | 6 mi. from outfall |

74

TABLE 6 (Continued)

| | Location | No. Samples | Date | Aroclor Compound Detected | Concentration (ppb) | Source of Data | Remarks |
|---|---|---|---|---|---|---|---|
| Biota | . | | | | | | |
| Marine Plankton | North Atlantic | | 1971 | N.S. | $\bar{x}$ 200 | Harvey in Nesbit & Sarofim, 1972 | |
| Zooplankton | Irish Sea | 7 | 10/69 | N.S. | 10-30 | Holdgate in Nesbit & Sarofim, 1972 | |
| Invertebrates Mussels | Irish Sea | (about 200) | 10/69 | N.S. | 50-500 | " | |
| " | Baltic Sea | 40 | 1965-1968 | N.S. | 4300 (1900-8600) | Jenson, et al., '69 | |
| " | Stockholm Archipelago | 15 | " | | 5200 (3400-7000) | " | |
| Oysters | Escambia Bay, Fla. | 18 | 1971 | 1254 | 650 (100-1400) | EPA- Gulf Breeze, Unpbl. | |
| " | " | 2 | 1970 | " | 840 (710-970) | " | |
| " | " | 2 | 1969 | " | 1050 (1000-1100) | " | |
| | Florida | 8 | 1964-1970 | " | 1400-2700 | " | |
| | Georgia | 12 | 1967-1970 | " | 2000 | " | |
| | S. C. | 3 | 1965-1969 | | Present but not quantified | " | |
| Blue Crab | Florida | 10 | 2-3/70 | | " | " | |
| Crabs | S. C. | | 1969 | N.S. | < 100 | Duke, et al., '70 | |
| " | Escambia Bay, Fla. | | 1969 | 1254 | 1000-7000 | " | |
| Shrimp | " | | 1969 | 1254 | 1500-2500 | " | |
| Norway Lobster | Irish Sea | 33 | | | 10-100 | Holdgate 1970 in Nesbit & Sarofim, 1972 | |

95

3

TABLE 6 (Continued)

| | Location | No. Samples | Date | Aroclor Compound Detected | Concentration (ppb) | Source of Data | Remarks |
|---|---|---|---|---|---|---|---|
| **Biota** (continued) | | | | | | | |
| **Fish** | | | | | | | |
| Marine (species not stated) | North Atlantic | | 1971 | N.S. | 100 | Harvey in Nisbet & Sarofim, 1972 | |
| Herring | Baltic Sea | 18 | 1965-1968 | " | 6800 (500-2300) | Jensen, et al., '69 | |
| " | Stockholm Archipelago | 4 | " | " | 5100 (3300-8500) | " | |
| " | Irish Sea | 154 | 1969 | " | 10-2000 | " | |
| 10 species | Bay of Fundy Gulf of Me. | | 1971 | 1254-1260 | 70-1540 | Zitko, et al., 1972 | |
| **Estuarine** | | | | | | | |
| Menhaden | Florida | | 8/70 | 1254 | 6700 | EPA- Gulf Breeze Lab., Unpubl. | |
| " | " | | 10/69 | 1254 | 7300 | " | |

**Freshwater**

**Nationwide fish-pesticide monitoring**

1969.  At least some fish at 47 of 50 sampling stations contained more than 100 ppb of PCBs (the lower limit of detection).  Levels ranged from <100 to 14,800 ppb.  Henderson, et al., 1971.

1970.  Only 1 fish of 40 sampled contained less than 1000 ppb.  The highest 20 fish averaged 36,000 ppb, ranging from 9600 to 213,000 ppb.  Fish from the Ohio River and the Hudson River contained the highest residues-- 4 fish from the Ohio averaged 80,000 ppb; one fish from the Hudson River contained 213,000 ppb.  Other waters in the top half included the Yazoo River, Allegheny River, Delaware River, Cape Fear River, Mississippi River, Missouri River, and Lake Ontario.  (Stalling and Mayer, 1972)

96

TABLE 6 (Continued)

| | Location | No. Samples | Date | Aroclor Compound Detected | Concentration (ppb) | Source of Data | Remarks |
|---|---|---|---|---|---|---|---|
| Biota (continued) | | | | | | | |
| Birds - Land | | | | | | | |
| Starlings | Continental U. S. | 124 | 11-12/70 | N.S. | x̄ 660 (50-24,300) | Bureau of Sport Fisheries & Wildl., Unpubl. | |
| Woodcock | N.S. - Nothern U. S. | | Fall 1971 | N.S. | 4000-9000 | " | |
| Bald Eagle | 25 states | 69 | 1966-68 | N.S. | Not quantified | " | |
| Birds - Water | | | | | | | |
| Guillemot Eggs | Baltic Sea | 9 | 5/68 | | 250,000 | Jensen, et al., 1970   (22) | |
| White-tailed Eagle | Stockholm Archipelago | 4 | 3/65-6/66 | | 14,000,000, 8,400,000-17,000,000 | " | |
| Heron | " | 4 | 4/67 | | 9,400,000 | Jensen, et al., 1969  (19) | |
| Double-crested Comorant (eggs) | Bay of Fundy | | 1971? | 1254 | 17,200 | Zitko, et al., 1972   (20) | |
| Abdominal fat | | | " | 1254 | 52,000 | " | |
| Herring Gull Fat | Bay of Fundy | | " | 1254 | 75,000 | " | |

97

TABLE 6 (Continued)

| | Location | No. Samples | Date | Aroclor Compound Detected | Concentration (ppb) | Source of Data | Remarks |
|---|---|---|---|---|---|---|---|
| Biota (continued) | | | | | | | |
| Mammals - Sea | | | | | | | |
| Gray Seal | Baltic Sea | 2 | 9-11/68 | N.S. | 30,000 | Jensen, et al., 1969 (19) | |
| Gray Seal | Stockholm Archipelago | 3 | 5/68 | N.S. | 30,000 | " | |
| Man | | | | | | | |
| Plasma | South Carolina | 723 | 1968 | 1254-1260 | 43% of samples up to 29 | Finklea, et al., 1971 (23) | |
| Milk | Sweden | 22 | | | $\bar{x}$ 40 | Westoo, et al., 1970 (24) | |
| | California | - | | | $\bar{x}$ 60 | Risebrough & Brodine, 1969(25) | |
| | Germany | - | | | $\bar{x}$ 100 | Acker and Schulte, 1971 (26) | |
| Fat | Germany | - | | | 5700 | " | |
| | United States | 235 | | | N.D. | Yobs, 1972 (27) | |
| | | 229 | | | <1000 | | |
| | | 188 | | | 1000-2000 | | |
| | | 36 | | | >2000 | | |

98

— Unknown

N.S. Not specified

N.D. Not detected

million in some fish and birds near the top of the food chain (1/8 of an inch is about one trillionth of the distance to the moon; and a part per million is about 5 steps on a walk from Washington to San Francisco).  Man, who is also at the top of a food chain, carries residues ranging up to 2 parts per million or occasionally more.

## II.  BEHAVIOR IN THE ENVIRONMENT

A.  Air - The relative importance of the atmosphere as a transport mechanism is not known.  While PCBs have been identified in air, the residence time, transformations, and movement from air to land or water surfaces through fallout or rainout, or return to the atmosphere are virtually unknown.  There are at least two observations that suggest substantial aerial transport; data on residues in fish in Lake Minto in a remote part of northern Quebec (7), and residues in woodcock which feed almost exclusively on earthworms, which in turn pick up residues from the soil.  Only by invoking aerial transport can we account for residues in arctic lakes or in more or less wilderness areas of the North where woodcock summer.  Nisbet and Sarofim (3) suggest airborne PCBs will have been adsorbed on particles and have a relatively short residence time-- thus most will have been redeposited on the U. S. continent, but some will have reached the oceans.

B.  Water and Sediment - The water environment is probably the principal sink and transport mechanism for PCBs.  Calculations based on measured occurrences in municipal and industrial outfalls, in the receiving waters, and the downstream reaches of the waterways demonstrate transport through the aquatic system.  Measured residues in fishes from various environments suggest accumulations at the downstream ends of the drainageways.

There are few data on removal, disappearance, and sequestering of the substances in soils or bottom sediments of rivers, lakes, estuaries, or the ocean. Table 6 includes some data that indicate presence in bottom sediments, and suggest that sediments may be a major reservoir of PCB residues.  Work by Nimmo and his colleagues at Gulf Breeze (8) has shown that at least pink shrimp and fiddler crabs are able to take up PCB residues from this source.  Fiddler crabs and pink shrimp exposed to clean flowing sea water in aquaria containing sandy silt with initial residues of 61 parts per million (dry weight basis) of Aroclor 1254 accumulated an average of 80 $\pm$ 25 parts per million in the whole crab and 240 parts per million (one pooled sample) in the hepatopancreas of the shrimp. Accumulation was much less, 17 $\pm$ 9 parts per million and 6.1 parts per million, respectively, with silt initially containing 30 parts per million.  Some accumulation took place 3.2 $\pm$ 0.9 parts per million (in crabs) and 1.1 parts per million (shrimp hepatopancreas) from silt initially containing 2.5 parts per million.  The same investigators have shown transfer of residues from sediments to overlying water.  Effluent water from the aquarium with 61 parts per million Aroclor in sandy silt contained 3.5 parts per billion; from the aquarium with 30.0 parts per million in silt, effluent water contained 0.5 parts per billion.

## III.  EXPOSURE AND BIOLOGICAL ACCUMULATION

Experimental work on biological accumulation by individual species of vertebrates and invertebrates has been conducted by a number of laboratories in the United States and elsewhere.  Table 7 presents selected data that demonstrate accumulation factors of up to 75,000 in whole organisms, and in the

TABLE 7.   ACCUMULATION OF PCBS BY VARIOUS AQUATIC ORGANISMS

| Species | Aroclor Compound | Exp. Time | Environmental Concentration (ppb) | Residue (ppb) | Concentration Factor | Source |
|---------|------------------|-----------|-----------------------------------|---------------|----------------------|--------|
| Catfish | 1248 | 60 da. | 13.3 | 958,000 | 72,000 | Stalling and Mayer, '72(7) |
|  | 1254 | 60 | 4.1 | 312,000 | 76,000 | " |
| Bluegill | 1248 | 60 | 4.9 | 312,000 | 63,700 | " |
|  | 1254 | 60 | 6.8 | 87,000 | 12,800 | " |
| Fiddler Crab | 1254 | 30 | 3.5 | 80,000 | 22,900 | " |
|  |  |  | 0.5 | 17,000 | 34,000 | " |
| Pink Shrimp | 1254 | 30 | 3.5 | 240,000 | 69,000 | " |
|  |  |  | 0.5 | 6,100 | 12,000 | " |

hepatopancreas of pink shrimp.  The data reported in the preceding section demonstrate that pink shrimp are able to accumulate PCB residues from environmental levels as low as 0.5 parts per billion; and Table 7 shows accumulation by fish from levels as low as 1 part per billion.

Evidence from environmental samples (Table 6) suggests uptake of PCB residues from exceedingly low environmental concentrations.  Thus the plankton samples from the North Atlantic contain something like 200 parts per billion, yet PCB levels in marine waters are believed to be exceedingly low--certainly less than 0.01 parts per billion.

PCBs, like many of the organic insecticides, are fat soluble, and are stored in the lipids of animals.  Like the insecticides, they resist metabolic changes, and tend to be concentrated (at least to some extent) at succeedingly higher levels as they pass through various steps in the food chain.

The data presented in Table 6 suggest that there are two components of movement through the biota.  One is the familiar pattern of food chain accumulations.  The other involves direct uptake from the environment by various trophic levels; e.g., soil to earthworms; water to phytoplankton, zooplankton, larger invertebrates, and fish.  The fish and plankton data from the North Atlantic reported by Nisbet and Sarofim (3) are consistent with the hypothesis, in that plankton residue levels are higher than fish levels, suggesting direct accumulation rather than food chain transfers.  So, too, is the evidence from feeding studies reported by Stalling and Mayer (9) that suggest accumulations of no more than a factor of 2 over dietary intake levels in fish.  It seems reasonable that food chain transfers are the principal route of accumulation in warm blooded vertebrates, and possibly in the highest levels of carnivorous fish.  Conversely, direct environmental uptake is probably the most important for aquatic invertebrates and fish.

That humans are exposed to PCBs is evident from the data in Table 6. There are a number of possible routes:  air, water, food.  Fish and shellfish through uptake from water would be expected to provide the principal continuing source in the diet.  Sampling of fish to keep those containing more than the FDA interim action level from the market is carried out by FDA and the various States where fish are known to have substantial PCB contamination.  Other foods have been found to contain PCB residues, but these residues are for the most part traceable to accidents; e.g., residues in eggs and poultry whose diet included fishmeal contaminated by leakage of PCBs from processing equipment (Monsanto reports they no longer sell PCBs for this purpose); residues in milk traceable to silage stored in silos painted with PCB-containing paints; residues in dry food packaged in PCB-contaminated packaging materials.  Aside from the occurrences traceable to incidents such as the above, residues have been found in only 479 of 15,000 food samples by FDA during November 1969-June 1971 (200 of the 479 were followups on samples found to contain PCBs).  In the FDA diet studies during FY 70 and 71, only 22 of 720 composite samples contained PCB residues. It is clear that only a small fraction of the U. S. food supply contains detectable levels of PCBs.

Other routes by which man may be exposed, or may have been exposed, include breathing of PCB-containing house dust and dermal uptake from carbon-less copy paper or PCB-containing inks. One sample of house dust from Michigan was reported to contain 200 parts per million of PCBs (10). Carbonless "carbon" paper was reported to contain 2-6 percent of PCB Kanechlor 300 (11); experiments with this paper demonstrated that PCBs rubbed off when handled, and that even after washing the hands, approximately two-thirds of the PCBs still remained on the skin. Dermal uptake through intact skin has been demonstrated in the rabbit, guinea pig, and rat, and presumably would occur in man.

IV. DISCUSSION

PCBs occur widely in the environment. It seems reasonable that by far the largest amount is present in dumps and landfills where it is thought to be more or less sequestered from the rest of the environment.

It is clear from environmental samples that smaller but significant amounts are present in the terrestrial and aquatic environments. Much smaller total amounts are present in the biota, but levels in some organisms in some places are sufficiently high to cause undesirable biological effects. The residues present in soils and bottom sediments are potentially available for transfer to the biota, directly or through movement to water and uptake by aquatic organisms.

A relatively small amount of PCBs is required to contaminate a large part of the biota (for example, 10 tons would be sufficient to contaminate the entire U. S. population to a level of 1 part per million). Organisms can accumulate residues from remarkably low environmental concentrations. PCBs have been shown to accumulate in fish and aquatic invertebrates to levels of 75,000 times that present in the water (up to 200,000 times in selected tissues), and to be accumulated from concentrations as low as 0.06 parts per billion. Thus, to prevent levels in fish from reaching the 5 parts per million established by FDA as the interim action level for fish as human food, concentrations in water would have to be less than 0.07 parts per billion, or, to allow some safety factor, 0.01 parts per billion. This level should be sufficiently low that fish and shell fish would not be adversely affected.

Monsanto has taken a number of voluntary steps to reduce the amounts of PCBs reaching the environment--both through restricting sales for such uses and by providing a disposal service for its customers. (During the first year after this service was announced, more than 500,000 pounds accumulated awaiting disposal in the 10,000,000 pounds-per-year incinerator being constructed (3). Despite these steps, substantial amounts of PCBs are still reaching the environment. They are present in detectable levels in virtually all municipal sewage effluents. Effluents from many industrial plants such as paper mills, appliance manufacturers, electrical equipment manufacturers, and chemical industries, included higher levels than municipal sewage. As the restrictions continue, a decrease in residues should occur through gradual exhaustion of existing stocks and uses.

When the restrictions become fully effective, the principal source to the aquatic environment can be expected to be that part of the electric equipment manufacturing industry and the electric utility industry that require these valuable materials because of their fire resistance and dielectric properties.

The effluents from such installations should be regulated and closely moni-
tored to assure that no more than 0.01 parts per billion results in the re-
ceiving water. (So, too, should the manufacturing and disposal facilities
of Monsanto.) Good housekeeping should permit this level to be achieved.
An educational campaign aimed at users to assure proper disposal will also
be necessary--so long as the materials are referred to as transformer oils,
cutting oils, hydraulic oils or fluids, etc., care in disposal will be hard
to assure. After all, oils in moderate quantities aren't regarded as trouble-
some substances.

V.   RESEARCH NEEDS AND OPPORTUNITIES

1.  Data provided by Kuratsune and Masuda (11) suggest that PCB-contain-
ing carbonless copy paper may have been an important source of PCB residues
in man. An epidemiological study, involving a group of regular users of such
copy paper (airline ticket salesmen; clerical workers; etc.), would shed much
light on this question.

2.  The detection of high levels of PCBs in house dust by Price (10)
suggests that inhalation may be an important source of PCB levels in man. Both
the question of occurrence in dust and of respiratory uptake from such dust
should be explored.

3.  Residues of PCBs have not been determined in soils, though by infer-
ence  they must be present. A set of samples from the program of pesticides
monitoring in soils should be analyzed for PCBs; the set should be drawn with
care to illuminate distribution patterns in, near, and remote from industrial
areas.

4.  Data on pesticides in air are unsatisfactory. A few samples, in-
cluding both vapor and particulates, should be collected from industrial areas
and analyzed. If the methodology proves satisfactory, a small-scale survey
should be undertaken to determine the importance of the atmosphere as a trans-
port mechanism.

5.  The presumption that PCBs do not move to ground water should be
tested. The volume of water in this reservoir, coupled with its relatively
long residence time, suggests that even very low levels of contamination may
be significant.

6.  Dumps and landfills are thought to be the principal reservoir of PCBs,
but there are virtually no data on behavior of PCBs in these locations. Small-
scale sampling should be undertaken to determine the concentrations brought to
dumps, the fate of PCBs from open burning, and into leachate and gases from
sanitary landfills. Degradation in place should also be investigated.

7.  The presumption that submerged sediments contain a large amount of
PCBs should be examined. Such questions as vertical distribution, degradation,
movement, transfer of water, should be explored as well as the current distri-
bution of residues beneath inland and inshore marine waters.

8.  The reported finding of PCB residues on the order of 0.2 parts per
million in marine plankton of the mid-North Atlantic requires elaboration.

PCB content of plankton from equal volumes of water in inshore and mid-ocean waters, as well as sampling of the surface film in both areas, would be informative.

9.   Carbon filter samples going back to the mid-1960's are available from some fresh water locations.  If a satisfactory analytical method can be worked out, samples from a few locations with continuous records should be analyzed to provide some data on trends that might be useful for correlation with manufacturing data.  Fish samples should be considered for the same purpose.

FOOTNOTES

1. Jensen, Soren. 1966. Report of a new chemical hazard. New Scientist, 32:612.

2. Isono, N. 1970. Jishu Koza, 1 (1):60, 1 (4):58 (in Japanese).

3. Nisbet, Ian and Adel Sarofim. 1972. Rates and routes of transport of PCBs in the Environment. Environmental Health in Perspective. 1, (in press).

4. C.E.Q. (Council on Environmental Quality). 1970. Ocean dumping:  A national policy. Washington, D. C.

5. Lidgett, R. A. and H. A. Vodden. 1970. PCB -- the environmental problem pp 88-96 in PCB Conference, Wenner-Gren Center, September 29, 1970. Stockholm: National Swedish Environment Protection Board.

6. Acker, L. and E. Schulte. 1971. Vorkommen von chlorieten biphenylen und hexachlorobenzol neben chlorierten insektiziden in human milch and menschlichen fettgewebe. Naturwiss, 57:497.

7. Risebrough, Robert W., and Brock de Lappe. 1972. Accumulation of poly-chlorinated biphenyls in ecosystems. Environmental Health in Perspective. 1, (in press).

8. Nimmo, D. R., P. D. Wilson, R. R. Blakman, and A. J. Wilson. 1971. Polychlorinated biphenyl absorbed from sediments by fiddler crabs and pink shrimp. Nature, 231:50-52.

9. Stalling, David and Foster L. Mayer, Jr. 1972. Toxicities of PCBs to fish and environmental residues in fish. Environmental Health in Perspective. 1, (in press).

10. Price, Harold A. 1972. Occurrence of polychlorinated biphenyls in humans. Environmental Health in Perspective. 1, (in press).

11. Kuratsune, Masanori and Yoshito Masuda. 1972. Polychlorinated biphenyls in non-carbon copying papers. Environmental Health in Perspective. 1, (in press).

12. Veith, G. D. and G. F. Lee. 1970. A review of chlorinated biphenyl con-tamination in natural waters. Water Research, 4:265-269.

13. Schmidt, T. T., R. W. Risebrough, and F. Gress. 1971. Input of poly-chlorinated biphenyls into California coastal waters from urban sewage outfalls. Bull. Envir. Contam. & Toxicol., 6(3):235-243.

14. Duke, T. W., J. I. Lowe, and A. J. Wilson, Jr. 1970. A polychlorinated biphenyl (Aroclor 1254) in the water, sediment, and biota of Escambia Bay, Florida. Bull. Environ. Contamin. Toxicol., 5:171-180.

15. Tarrant, K. R. and J. O'G. Tatton. 1968. Organochlorine pesticides in rainwater in the British Isles. Nature, 219:725-727.

16.  Smithsonian Institution, Center for Short-Lived Phenomena.  1970.
S. W. Sweden snow pollution.  Event 19-70, Item 876.

17.  Veith, G. D.  1972.  Chlorobiphenyls (PCBs) in Wisconsin natural
waters.  Environmental Health in Perspective.  1, (in press).

18.  Holdgate, M. W. (ed.).  1970.  The seabird wreck of 1969 in the
Irish Sea.  Unpublished report (with supplement), Natural Environment
Research Council.  Referred to in Nisbet and Sarofim, 1972.

19.  Jensen, S., A. G. Johnels, S. Olsson, and G. Otterlind.  1969.
DDT and PCB in marine animals from Swedish waters.  Nature, 224:247-250.

20.  Zitko, V., O. Hutzinger, and P. M. K. Choi.  1972.  Contamination of
the Bay of Fundy - Gulf of Maine area with polychlorinated biphenyls, poly-
chlorinated terphenyls, chlorinated dibenzodioxins, and dibensofurans.
Environmental Health in Perspective.  1, (in press).

21.  Henderson, C., A. Inglis, and W. L. Johnson. 1971.  Organochlorine
insecticide residues in fish.  Fall 1969 National Pesticide Monitoring
Program.  Pesticide Monitoring Journal, 5(1):1-11.

22.  Jensen, S., A. G. Johnels, T. Odsjo, M. Olsson, and G. Otterlind.
1970.  PCB - occurrence in Swedish wildlife.  Presented at PCB Conference,
Wenner-Gren Center, Stockholm.  Sept.

23.  Finklea, John F., Lamar E. Priester, John P. Creason, Thomas Hauser,
and Tom Hinners, 1971.  Polychlorinated biphenyl residues in human plasma
expose a major urban pollution problem.  Read before the American Public
Health Association, Minneapolis, Minnesota.  Oct.

24.  Westoo, G. and K. Noren.  1970.  Levels of organochlorine pesticides
and polychlorinated biphenyls in fish caught in Swedish water areas or kept
for sale in Sweden, 1967-1970.  Var Foda, 22:93-146.

25.  Risebrough, R. and V. Brodine.  1969.  More letters in the wind.
Environment, 12:16-27.

26.  Acker, L. and E. Schulte.  1971.  Vorkommen von chlorieten biphenylen
und hexachlorobenzol neben chlorierten insektiziden in human milch und
menschlichen fettgewebe.  Naturwiss, 57:497.

27.  Yobs, Anne R.  1972.  Levels of polychlorinated biphenyls in adipose
tissue of the general population of the nation.  Environmental Health in
Perspective. 1, (in press).

APPENDIX E

## Occurrence And Sources Of PCBs In Food

### Table of Contents

| | | Page |
|---|---|---|
| I. | FDA Pesticide Surveillance Program | 108 |
| II. | FDA Total Diet Studies | 109 |
| III. | USDA Sampling Programs | 109 |
| IV. | Other Regulatory Programs | 109 |
| V. | Sources of Contamination | 110 |
| VI. | Results of Surveillance Sampling Programs | 110 |
| VII. | Industrial Accidents | 113 |
| | A.  Poultry | |
| | B.  Meat By-Products | |
| | C.  Milk | |
| VIII. | Paper Food Packaging | 116 |
| IX. | Special Surveys | 118 |

### Tables

| 1. | Positive Analyses of Random Food Samples | 111 |
| 2. | Positive Follow-Up Investigational Samples | 112 |
| 3. | Summary of PCB Findings in FDA Total Diet Samples | 117 |
| 4. | Objective Samples - CY 1971 for PCBs | 120 |

APPENDIX E

## Occurrence and Sources of PCBs in Food

Residues of polychlorinated biphenyls (PCBs) as potential food contaminants were first identified by (Jensen, 1) in fish from various Swedish waters. Other early interests in the occurrence of PCB residues in foods were directed to PCB interferences in the determination of organochlorine pesticide residues, particularly DDT and its analogs. (Widmarck, 2).

In 1967 the Food and Drug Administration initiated a methods development project to determine the analytical behavior of PCBs and to devise a means of separating PCBs from chlorinated pesticides in the regulatory analysis of food. Experiments demonstrated that PCBs are recovered and detected by the FDA methodology routinely employed for multiple residues of organochlorine pesticides at a sensitivity of detection approximately one-tenth that for p,p'DDT. For example: using FDA's standardized procedures the limit of detectability for p,p'DDT in butterfat is about 0.15 parts per million, while for PCBs it is about 1.5 parts per million. Further investigation led to a procedure, (Armour and Burke, 3) that separates PCBs from organochlorine pesticides after initial sample extraction and cleanup, and permitting separate determinations of the groups of chemicals. This procedure is designed for use with the FDA multiple pesticide residue procedure as the basic analytical method. The analytical method, along with the PCB-separation step, has application to a wide variety of food and animal feed commodities and many types of environmental substrates.

In July 1969, FDA field laboratories were provided with the analytical instructions for separating and determining PCB residues in foods. Since all objective food samples collected under FDA's pesticide surveillance programs are examined for chlorinated pesticide residues, the advances in analytical methodology facilitated analysis for PCBs in food. The food surveillance programs formally incorporated examination of all samples for PCBs and reporting of results in November 1969. The United States Department of Agriculture incorporated similar procedures in its sampling programs for meat and poultry in January 1971.

The objective sampling programs represent the basic Federal activity for monitoring the Nation's food and feed supply for pesticide residues (Duggan and Cook, 4). The main components of these programs are as follows:

## I. FDA PESTICIDE SURVEILLANCE PROGRAM

This program is designed to gather information on the extent of pesticide (including PCBs) contamination of foods and feeds on a geographical basis through the use of a statistical sampling plan. Samples are collected at shipping points to facilitate compliance action when illegal residues or potential residue problems are encountered. FDA field offices select commodities grown or processed within their areas. Sampling is based on possible residue problems, volume of production, and other related factors. Commodities may include fresh fruits and vegetables, dairy products, shell eggs, grains, fish, animal feeds, and processed foods. The limits of detectability as applied to objective samples is about 0.3 - 0.5 parts per million PCBs in non-fatty foods and about 1.5 parts per million PCBs in the fat for fatty foods.

108

## II.  FDA TOTAL DIET STUDIES

The total diet program is designed to determine the levels of pesticides, PCBs, and trace heavy metals in the dietary intake on a geographical and seasonal basis.  Market basket samples, representing the two-week diet of a 15-20 year old male -- which is approximately twice that of the normal diet -- are collected at retail stores, bimonthly, in five regions of the United States.  Food items are cooked or prepared for table-ready use by dieticians and are divided into 12 food class composites, such as dairy products; meat, fish and poultry; and leafy vegetables.  Each composite is analyzed for a variety of chemical contaminants, including PCBs.  The limit of detectability as applied to total diet composites is approximately 0.05 parts per million PCBs.  When abnormally high residues are detected in any composite, follow-up analysis is made of the individual food commodities of the composite to determine which food is contributing the excessive residues and to determine whether compliance action is warranted.

## III. USDA SAMPLING PROGRAMS

The Consumer and Marketing Service, USDA, has primary responsibility for sampling and analyzing meats, poultry, and broken egg products for pesticide, environmental (PCB), and other chemical or biological contaminants.  The USDA program involves all federally inspected slaughtering plants (about 1,200) and egg breaking establishments (about 140).  The instructions for sampling request that the agricultural producer of the animal, bird, or eggs, be named so that the State of origin will be known.  This facilitates follow-up if a violative sample is found and identifies those samples which originate from the same farm.  Inspectors are instructed to collect objective samples from different agricultural producers.  The time of sampling and the plant location are determined on a random basis, by computer, for this program.

## IV.  OTHER REGULATORY PROGRAMS

In addition to these routine sampling activities, FDA and USDA learn of PCB contamination of foods in other ways.  As part of their enforcement responsibilities, they conduct in-plant establishment inspections; conduct special investigations and surveys to determine the cause and extent of specific PCB problems; and maintain close contact with State officials and industry who also monitor the occurrence of chemical contaminants in food.

When required, there is also a selective phase to these sampling programs and investigations.  Selective sampling is used to determine the extent of violations when a violative sample is encountered or a report of possible harmful residues is received by the responsible agency.  An increased number of samples is taken in the suspected area to determine

the extent of the problem, and the degree of regulatory control required
to safeguard the wholesomeness of the food supply and to correct the
problem.  The selective program has been used to control specific PCB
incidents.

V.   SOURCES OF CONTAMINATION

Because of their widespread industrial applications, their chemical
stability and persistence, and their ubiquitous presence in the ecosystem,
it is not unexpected that PCB residues have been detected in a variety of
food commodities.  Several sources of contamination have been identified.
These can be generally divided into three categories:

1.  Environmental contamination - background levels of PCBs in fish
from contaminated lakes and streams.
2.  Industrial accidents - isolated incidents involving direct
leakage and spillage or contact of PCB fluids and other PCB containing
materials on animal feeds, feed ingredients or food.
3.  Food packaging materials - PCB migration to foods packaged in
PCB contaminated paper products.  Identification of these categories is
not intended to imply that all positive PCB findings in food and other
materials have been successfully traced to any one of the three sources.
Samples have been reported where the cause of the PCB residue was not
clearly defined, and one could only speculate as to the source of the
residue.

Since examination for PCB residues was incorporated into the routine
sampling programs of FDA and USDA, thousands of objective samples have
been analyzed.  Additionally, numerous investigative surveys and selective
samplings have been conducted to respond to specific "accidents" and other
problems associated with PCBs in food.

VI.  RESULTS OF SURVEILLANCE SAMPLING PROGRAMS

Since November 1969, FDA has analyzed for PCB residues all raw agri-
cultural commodities and other food classes sampled under its pesticide
surveillance program.  More than 15,000 sample examinations had been
completed as of June 1971.  A total of 279 of the objective samples was
reported to contain PCBs (Table 1).  An additional 200 food samples,
collected as follow-up samples of suspected lots because previous analyses
indicated a potential problem, were also found to contain PCB residues
(Table 2).

PCBs were encountered most frequently in fish, with 317 of the total
positive samples (479).  The levels in fish reported in Tables 1 and 2
indicate  that most residues are between 1 and 10 parts per million.
The Department of the Interior and others have gathered extensive amounts
of data on PCB residues in fish, and it appears that the occurrence of
PCB residues in fresh water fish is widespread geographically.  Residue
levels are related to location (highest in waters near industrial and
metropolitan centers) and the species of fish (high or low fat, and
feeding habits).  In order to control the interstate shipment of fish
containing excessive residues of PCBs, FDA (February 1970) established

110

TABLE 1

POSITIVE ANALYSES OF RANDOM FOOD SAMPLES
November 1969 through June 1971
(15,000 Samples Analyzed --all prior to
East Coast Terminal Fish Meal Incident)
Number Positive Samples (Range-ppm) Average ppm

| Examining District | Fish | Fish By Product | Cheese[a] | Milk[a] | Shell Eggs | Potato By Product | Oysters | Misc. | Total Positive All Products |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles | 23(0.1-2.60).62 | 5(0.2-5.0)2.10 | | 6(0.15-0.30).19 | 1(0.03).03 | | | | 35 |
| Minneapolis | 2(.12-35.29)17.70 | | | | | | | | 2 |
| New Orleans | 23(T-1.70)0.4[d] | | | | | | | Milled Rice 1(0.20) | 24 |
| New York | 3(0.21-4.78)2.49 | | | | | | | | 3 |
| San Francisco | | | | | 1(0.50).50 | | | | 1 |
| Seattle | 1(0.40).40 | | | | | 8(0.10-4.20)1.16 | | Straw 1(0.30) Wheat 1(0.32) | 11 |
| Kansas City | 19(0.60-13.30)3.41 | | | | | | | | 19 |
| Atlanta | 1(0.53).53[e] | | 1(T) | 2(0.94-0.97).96 | | | | Silage 1(0.82) Silo Coating 1(11.3) | 6 |
| Baltimore | | | | 22(T-12.58)2.69 | 5(T-T).00 | | 12(T-T).00 | Crabmeat 1(0.24) | 40 |
| Boston | 1(6.08)6.08 | | | | | | | | 1 |
| Buffalo | 19(T-13.00)3.26[d] | 1(T).00 | | | | | | | 20 |
| Chicago | | | | 1(0.23)0.23 | | | | | 1 |
| Cincinnati | 55(0.04-4.70)1.77 | | | 4(0.22-0.24).24 | | | | | 59 |
| Denver | | | | | | 2(0.15-1.12).64 | | | 2 |
| Detroit | 49(0.25-15.5)2.96 | | | 4(0.49-1.86)1.27 | | | | Cat Food 1(6.49) Duck 1(0.70) | 55 |
| Dallas | | | | | | | | | 0 |
| Total Positive | 196 | 6 | 1 | 39 | 7 | 10 | 12 | 8 | 279 |

[a]ppm fat basis   [d]T=Trade; not incl. in ave.   [e]marine species

**TABLE 2**   POSITIVE FOLLOW-UP INVESTIGATIONAL SAMPLES
collected because of suspected PCB Residues
November 1969 through June 1971
Number Positive Samples (Range-ppm) Average-ppm

| Examining District | Fish | Fish By Product | Cheese[a] | Milk[a] | Shell Eggs | Potato By Product | Oysters | Misc. | Total Positive All Products |
|---|---|---|---|---|---|---|---|---|---|
| Los Angeles | 31(0.1-6.0)1.54 | | 43 (.03-1.0).30[c] | | | | | | 74 |
| Minneapolis | 58(T-9.37)1.97[d] | | | | | | | | 55 |
| New Orleans | 4(0.26-2.0)1.03 | | | | | | | Boiled Oyster 1(0.23) | 5 |
| New York | | | | | | | | Frog Legs 1(0.09) | 1 |
| San Francisco | | | | | | | | | 0 |
| Seattle | 1(1.98)1.98 | | | | | 2(1.39-1.73)1.56 | | | 3 |
| Kansas City | 1(8.39)8.39 | | | | | | | | 1 |
| Atlanta | 2(0.43-1.23).83[e] | | | 2(6.60-22.80)14.7 | | | | | 4 |
| Baltimore | 5(T-T).00 | | | 13(0.57-9.96)4.03 | 10(T-.01).01 | | | Apple Pomace 1(T) | 29 |
| Boston | | | | | | | | | 0 |
| Buffalo | 3(1.51-2.29)1.95 | | | | | | | | 3 |
| Chicago | | | | 6(0.14-0.24).19 | | | | | 6 |
| Cincinnati | 3(1.00-1.50)1.27 | | | | | | | | 3 |
| Denver | 3(0.32-0.77).54[e] | | | | | | | | 3 |
| Detroit | 10(0.73-4.70)2.47 | | | | | | | | 10 |
| Dallas | | | | | | | | | 0 |
| Total Positive | 121 | 0 | 43 | 21 | 10 | 2 | 0 | 3 | 200 |

[a]ppm fat basis   [c]import   [d]trace;not incl. in ave.   [e]marine species

an interim action level of 5 parts per million in the edible portion of
the fish.

The surveillance data for milk and manufactured dairy products also
show . this class of food to have a relatively significant incidence of
positive findings.  For the most part, the PCB sources were traceable
to localized "industrial accidents" which are described elsewhere in
this report and were not always present as environmental contaminants.
The occurrence of PCBs in milk does not appear to be widespread nationally.

Although no PCBs were found in fresh fruits or vegetables, residues
were reported in potato by-products used for animal feed.  The source of
contamination in this case has not been established.

The FDA total diet studies for Fiscal Years 1970, 1971, and 1972
(first-half only) included PCB analysis for 75 market baskets representing
900 composite samples.  These analyses showed 54 composite samples to
contain PCB residues ranging from a trace to 0.36 parts per million
(Table 3).  Twenty-six of the positive samples were present in the meat,
fish, and poultry composite, and nineteen in the grain and cereal composite.
Findings in other food class composites were at less than 0.05 parts per
million, with no consistent pattern of PCB occurrence.  These studies
indicate the dietary intake of PCBs is of a low order.  Expressed as
mg/kg body weight/day,  the PCB level for FY 70 was less than 0.0001
and 0.0001 in FY 71 and FY 72.

The objective phase of the USDA sampling program for meat and
poultry during 1971 detected PCBs in 164 of the 4,175 samples analysed.
There were 25 samples positive in the 2,404 samples collected from cattle,
swine, calves, and sheep with a range in the positive results from .1 parts
per million to 3.0 parts per million.  The poultry samples reflected the
contaminated feed supply in the Southeastern United States and in the 1,804
samples analysed, there were 140 positive with an analytical range of 1
parts per million to over 15 parts per million.  The three poultry classes,
young chickens, fowl, and turkeys, all had between 7 - 9 percent samples
positive for PCBs with a range of 1 parts per million.  Only two samples
were over guidelines established by FDA.

VII.  INDUSTRIAL ACCIDENTS

The following isolated incidents of avoidable PCB contamination of
food led to the actions described to remove the contaminated food from
the market.

A.   POULTRY

1.  New York State Incident.  The Campbell Soup Company, Camden,
New Jersey, noted in December 1970 surveillance data excessive PCB
residues in chickens grown in New York State.  The State of New York
placed a quarantine on the three counties involved and pretesting of
all fowl was mandatory before slaughter.

Analysis indicated PCBs in poultry fat varying from a non-
detectable level to 26.8 parts per million.  FDA advised the State of
New York and USDA on February 1, 1971, that FDA would not object to the

113

distribution of poultry containing less than 5 parts per million.  This level was applicable to the edible tissue on a whole tissue basis or to the separate fat removed during slaughter or processing and intended for use as a food or feed ingredient.

The regulatory control action extended from December 1970 until August 1971, when all samples submitted for testing prior to slaughter were found to be below the 5 parts per million guideline.  To support this control activity and determine disposition of the fowl scheduled for slaughter the following samples were analyzed for PCBs:  1,566 dozen eggs, 198 feed, and 5,790 chicken samples.  Most of the analytical work was done in the New York State chemical laboratory.  On the results of these samples, 140,450 chickens were killed on the farm and buried, 75,740 chickens were passed for restricted slaughter, and 409,000 chickens were released for normal slaughter.

The alleged source of the PCBs in this incident is believed by State officials to be plastic bakery wrappers.  Bakery goods were used as a feed ingredient for the poultry and the plastic wrappers which may have contained high PCB levels were ground with the bakery goods.

2.  East Coast Terminal Incident (FDA Actions).  The Monsanto Chemical Company informed FDA in July 1971 that large amounts of fish meal might have been contaminated with Aroclor 1242 leaking from a heating system during pasteurization of fish meal at East Coast Terminal, Wilmington, North Carolina.  Aroclor 1242 was used as the heat exchange fluid.  FDA inspection revealed PCB contamination of processed fish meal on hand at the firm.  Investigation indicated the leak began in April 1971 and continued through July.

The fish meal on the premises was embargoed and the firm initiated a voluntary recall of fish meal processed since April 1971.  An estimated 12,000 tons were distributed.  Over 2,000 tons were recalled.  Individual fish meal samples examined contained from 14 to 30 parts per million PCB.

FDA also initiated follow-up sampling of fish feeds, catfish from fish farms, and eggs when the contaminated fish meal was implicated. USDA was informed when investigation indicated eggs were being distributed to commercial egg breakers.  As of September 1971, 224 samples of eggs had been analyzed with 71 containing residues in excess of 0.5 parts per million.

FDA seized 3 lots of eggs.  The samples representing these lots contained from 0.7 to 1.9 parts per million PCB.

FDA seized 5 shipments of fish feeds that were manufactured from contaminated fish meal.  These seizures were in the States of Louisiana, Georgia, and Mississippi, and were on feeds that contained from 0.6 to 4.5 parts per million PCB.  In addition, a shipment of the contaminated fish meal from East Coast Terminal that had not been recalled was seized. The analysis of this seized product showed levels in excess of 350 parts per million PCB.  Catfish sampled from commercial fish farms contained less than 3.0 parts per million PCB.

114

3. <u>East Coast Terminal Incident (USDA Actions)</u>.  The Meat and Poultry Inspection Program, USDA, was notified by Holly Farms, Wilkesboro, North Carolina (July 1971) that poor hatchability had alerted them to a problem in their poultry operation.  The cause was PCBs in the poultry ration.  The contaminated feed ingredient was the fish meal from one supplier in North Carolina.  The USDA objective surveillance program had recent reports of PCBs in poultry fat from the southeastern United States

The Food and Drug Administration informed USDA of the confirmed PCB contamination problem on July 19, 1971.  The 5 parts per million guideline for poultry was reaffirmed.

The list of primary consignees, received from FDA, showed the contaminated fish meal had been distributed throughout 10 southeastern States.

USDA required all poultry coming to market from this area to be either pretested or tested after slaughter before marketing.  This program is continuing with owner's certification now being accepted since the source and feed distribution channels have been identified.

The Poultry Division examined 900 lots of broken eggs, and 123,750 lbs. of product were removed from the market.  The Meat and Poultry Inspection Program has examined samples from over 5,174 flocks of broilers, fowl, and turkeys during this time.  One producer had to destroy over 88,000 broilers.

The present trend in PCB levels is downward, and the contamination is subsiding.  Therefore, an effort is being made by USDA to test all remaining flocks that were exposed to the contaminated feed so that the pretesting requirement can be discontinued.  Any chicken or turkey flocks identified as having violative levels of PCBs by this final testing program will remain under surveillance until disposed of by slaughter.

4. <u>Minnesota Incident</u>.  USDA notified FDA in August 1971 that USDA and Swift and Company had found excessive PCB levels in turkeys.

Investigation indicated that the PCB residues found in the turkeys were caused by the feed.  In addition, it appeared that the fat used as an ingredient of the turkey feed was the source of the PCB.  The suspect fat used by the feed mill was received from a processor in Minnesota.  It was found that the fat being manufactured at that time contained negligible levels of PCB.  The source of the PCB levels found in the turkeys was not established.

USDA surveyed turkey flocks for PCBs in the immediate geographic area, which included parts of Minnesota, North Dakota, and South Dakota.  There were 140 flocks tested, and no residues of PCBs were found above 2 parts per million (fat basis) except in the original grower's flocks, where PCBs were present at levels up to 20 parts per million (fat basis).

This one grower has been required to pretest all flocks prior to slaughter.  Today the PCB level (fat basis) is approximately 1 part per

million.  Approximately 1 million turkeys approaching market weight were withheld from market until residue levels were reduced to less than 5 parts per million.

5.  Oklahoma Incident.  On August 20, 1971, USDA informed FDA of excessive PCB findings in chickens in Mississippi during routine sampling. Investigation revealed that the birds came from a grower in Oklahoma and the feed from a mill also in Oklahoma.  FDA analysis of eggs and feeds from these firms showed no PCBs.

6.  California Incident.  USDA examined turkeys after slaughter in warehouse storage in California.  PCBs were found in the amount of 1.41 to 28.0 parts per million in the fat tissue.  There were 100,000 pounds of turkeys detained until testing was completed.  The turkeys had originated from flocks raised in four counties in California.  The source of the PCBs could not be determined.

B.   MEAT BY-PRODUCTS

National By-Products, Inc., Mason City, Illinois Incident - On July 28, 1971, FDA inspection of this firm revealed that PCBs were used in heat treatment equipment.  Sampling showed the pasteurized meat meal to contain PCBs.  The firm initiated recall of the contaminated product.

C.   MILK

1.  West Virginia Incident.  In July 1969, FDA's Baltimore District found PCBs in milk samples collected in the routine food surveillance program.  Baltimore District investigated possible routes of contamination, and by February 1970, the investigation pointed to spent transformer fluid used as a vehicle for herbicide sprayed along power right-of-ways in the Martinsburg, West Virginia area.  Through this route, PCBs contaminated dairy cattle grazing areas.  The dairy farms involved were taken off production by State officials.

2.  Ohio Incident.  In April 1970, the State of Ohio notified FDA's Cincinnati District of unidentifiable residues in milk.  FDA identified the residues as PCBs and advised the State of a guideline of 0.2 parts per million (whole milk).  The State of Ohio and FDA investigated the problem and determined that the dairy farms were using a PCB-containing sealant in silos that migrated to the silage.  The State of Ohio banned milk from some producers and destroyed an undetermined amount of milk.

3.  Florida-Georgia Incidents.  The States of Florida and Georgia reported findings of PCBs in milk to FDA's Atlanta District in August 1970. A PCB-containing sealant in silos was found to be the source of contamination in this incident.  FDA found approximately 11 percent PCB in the silo coating.

VIII. PAPER FOOD PACKAGING

FDA first learned of the PCB food packaging problem in July 1971.  The total diet market basket samples showed low level PCB residue in a grain and cereal composite (Table 3).  The PCB was traced to the Shredded Wheat

TABLE 3 - SUMMARY OF PCB FINDINGS IN FDA TOTAL DIET SAMPLES

| | | FY 1970 | | FY 1971 | | 1/2 FY 1972 | |
|---|---|---|---|---|---|---|---|
| | | 30 Market Baskets 360 Composites | | 30 Market Baskets 360 Composites | | 15 Market Baskets 180 Composites | |
| | Food Class Composites | Positive | Range (PPM) | Positive | Range (PPM) | Positive | Range (PPM) |
| I | Dairy Products | 1 | T [a] | - | - | 1 | T |
| II | Meat, Fish, Poultry | 3 | 0.02-0.03 | 14 | T-0.15 | 9 | T-0.08 |
| III | Grain and Cereal Products | -[b] | - | 4 | T-0.36 | 15 | T-0.10 |
| IV | Potatoes | - | - | - | - | 1 | T |
| V | Leafy Vegetables | - | - | - | - | - | - |
| VI | Legume Vegetables | - | - | - | - | - | - |
| VII | Root Vegetables | - | - | - | - | - | - |
| VIII | Garden Fruits | - | - | - | - | 1 | T |
| IX | Fruits | - | - | - | - | - | - |
| X | Oils, Fats & Shortening | - | - | - | - | 2 | T |
| XI | Sugar & Adjuncts | 1 | 0.08 | - | - | 2 | T |
| XII | Beverages | - | - | - | - | - | - |
| TOTALS | | 5 | | 18 | | 31 | |

a.  Trace (generally less than 0.05 ppm PCB)
b.  None detected

packaging material was identified as the source of PCB in the food. The manufacturer of the packaging material used about 95 percent recycled paper to manufacture paperboard containers. FDA analysis of different types of the firm's paperboard showed PCB levels ranging from about 2 to 433 parts per million. Various types of packaged food products, some of which used this firm's paperboard, were also analyzed as part of FDA's investigation. Nine samples of the 28 packaged foods examined contained PCBs in the food portion.

As a result of this limited investigation, FDA initiated a nationwide survey in September 1971, to determine the extent of the PCB food packaging problem. The survey included analysis for PCBs in all paper packaging components and the packaged food portions of 15 different representative food categories. This survey was completed in late December 1971. A detailed statistical analysis of the results of the survey is currently being compiled. Sixty-seven percent of the packaging portion of the samples contained PCB residues as high as 338 parts per million; 19 percent of the food portions of the samples contained PCB residues, with an average PCB concentration of 0.1 parts per million. The maximum PCB level found in food was 5 parts per million.

The FDA survey, as well as other studies by the paper and food industries, show a significant correlation between the presence of PCB residues in the food component and the packaging component. The mechanism of PCB migration from the packaging to the food probably occurs through both the vapor phase and abrasion or physical contact. The level of PCB contamination is dependent upon many factors -- levels of PCBs in the packaging materials, type of food, length and conditions of storage, and others. The extent of migration of PCB from paperboard packaging to the food contents is being investigated (Trout, 5). There is also significant correlation between the presence of PCB residues in packaging and the presence of recycled paper components in the packaging. The occurrence of PCBs in recycled paper materials is attributed primarily to the recycling of the so-called "carbonless" carbon paper (contains 3-5 percent PCB -- use of PCBs for this purpose has been discontinued) and to a lesser degree, the use of certain printing inks. PCB residues also were found in some packaging components that appeared to be composed entirely of virgin paper material. This source of PCBs probably occurs in the packaging manufacturing processes.

Industry has taken steps to reduce the levels of PCBs in food packaging materials by avoiding the recycling of carbonless carbon paper. Although it is not know if this practice has been instituted industry wide, data provided by the Grocery Manufacturers of America, Inc., does reflect a change. For example: recycled board manufactured during the period June 1970 - January 1972 shows that only 18 percent of the samples contained less than 5 parts per million PCB; the same type of recycled board manufactured from November 1971 through January 1972 shows that 95 percent of the samples to be below 5 parts per million PCB.

## IX. SPECIAL SURVEYS

FDA is currently conducting a national survey to determine the extent and levels to which complete animal feeds are contaminated with PCBs.

The survey covers feeds for cattle, sheep, swine, chickens, turkeys, and other miscellaneous animals.  The survey results available to date show that less than 5 percent of the complete animal feeds sampled contain PCBs.  Levels range from non-detectable (less than 0.1 parts per million) to a maximum level of 0.6 parts per million PCB.

Another investigation survey was recently initiated by FDA to survey the milk supply on a State by State basis to determine the extent of PCB contamination of milk intended for bottling and manufacturing use.  Results from this survey are not available at this time.

The results of tissue sample studies of several domestic animals and poultry are shown in Table 4.

TABLE 4 –        OBJECTIVE SAMPLES - CY 1971
for PCB's

SUMMARY
PPM - fat Basis

ANIMAL AND POULTRY TISSUE  CY 1971

| Class | N.D. | .01-.1 | .11-.50 | .51-1.5 | 1.51-3.0 | 3.01-5.0 | 5.01-7.01 | 7.01-15 | Over 15 |
|-------|------|--------|---------|---------|----------|----------|-----------|---------|---------|
| Animals | 2379 | 1 | 9 | 11 | 4 | | | | |
| Poultry | 1664 | 4 | 25 | 53 | 23 | 4 | 5 | 15 | 11 |

PCB RESIDUES IN ANIMAL AND POULTRY
TISSUES COLLECTED IN OBJECTIVE PHASE
DURING CY 1971

| Animal or Poultry | Number of Samples Analyzed | Number of Samples with A Residue | Percent of Samples with A Residue | Number of Samples Exceeding Guidelines | Percent of Samples Exceeding Guidelines |
|-------------------|----------------------------|----------------------------------|-----------------------------------|----------------------------------------|-----------------------------------------|
| Cattle | 722 | 9 | 1.2 | 0 | 0.0 |
| Calves | 66 | 4 | 6.1 | 0 | 0.0 |
| Swine | 1436 | 7 | 0.5 | 0 | 0.0 |
| Sheep | 180 | 5 | 2.8 | 0 | 0.0 |
| Young Chickens | 1637 | 127 | 7.8 | 2 | 0.1 |
| Mature Chickens | 69 | 5 | 7.2 | 0 | 0.0 |
| Turkeys | 88 | 8 | 9.0 | 0 | 0.0 |
| Ducks | 10 | 0 | 0.0 | 0 | 0.0 |
| | 4208 | 165 | 3.9 | 2 | 0.04 |

1.  Jensen, S. (1966).  New Scientist 32, 612.

2.  Widmark, G. (1967).  J. AOAC 50, 1069.

3.  Armour, J. A. and Burke, J. A. (1970).  J. AOAC 53, 762-768.

4.  Duggan, R. E. and Cook, H. R. (1971).  Pesticide Monitoring
    Journal 5, 37-43.

5.  Trout, P. E. (1971).  Grocery Manufacturers of America "PCB Workshop",
    November 17, 1971.

APPENDIX F

## Human Directed Aspects of PCBs

### Table of Contents

Page

I.    Introduction                                                    124

II.   Toxicological Aspects                                           124

      A.  Human Episodes

      B.  Animal Toxicity

      C.  Contaminants in Polychlorinated Biphenyls

III.  Epidemiological Aspects                                         144

IV.   Studies in Progress                                             146

V.    Summary and Conclusions                                        152

### Tables

1.   Subjective Symptoms Complained by Yusho Patients                 126

2.   Oral Toxicity of Chlorinated Biphenyls                           127

3.   Dermal Toxicity of Chlorinated Biphenyls                         128

4.   Vapor Exposure Toxicity of Chlorinated Biphenyls                 129

5.   Toxicity of Aroclors                                             131

6.   Pathologic Changes Induced by PCBs                           132-133

7.   Residues in Tissues of Rats Orally Dosed with Aroclor 1254       134

8.   Storage of Aroclors (in PPM) 24-Hours After Oral
     Injestion by Stomach Tube                                        138

9.   Distribution of PCB-Derived Material Following
     98-Day Exposure to a Dietary Level of 1000 PPM
     Aroclor 1254                                                     139

10.  Distribution of PCB Levels in Adipose of General
     population as Shown in Analysis of Human Monitoring
     Survey Samples Since April 15, 1971                              145

Tables

| | | Page |
|---|---|---|
| 11. | Experiments to Date not Included in the Manuscript, "Polychlorinated Biphenyls:  Distribution and Storage in Body Fluids and Tissues of Sherman Rats" - A. Curley, V. W. Burse, M. E. Grim. | 150 |
| 12. | Some Biological and Toxicological Effects in the PCBs | 153 |
| 13. | Possible Future Studies Involving PCBs, Their Individual Isomers and Contaminants | 154 |

## List of Figures

| 1. | Storage of PCB-Derived Material in Tissues and Plasma | 140 |
|---|---|---|
| 2. | Excretion of PCB and PCB-Derived Material in Feces and Urine | 141 |

## Human Directed Aspects of PCBs

### I.  INTRODUCTION

The salient aspects dealing with the chemistry and toxicology of the polychlorinated biphenyls have been summarized previously in a number of Status Reports of the FDA (Kolbye, 1; Burke and Fitzhugh, 2; Cook, 3). Additional literature reviews have stressed the chemical and biological aspects of the PCBs (Peakall and Lincer, 4; National Swedish Environment Protection Board, 5; Reynolds, 6; Zitko and Choi, 7; and Fishbein, 8).

The major objectives of this report are to review the current status of the toxicologic (acute and chronic), carcinogenic, teratogenic, mutagenic, metabolic, biological, and epidemiological aspects of the PCBs that are of greatest relevance to man and, based on the above, to cite areas of suggested future research that will more definitively relate to the human aspects of the PCBs.

### II.  TOXICOLOGICAL ASPECTS

#### A.  HUMAN EPISODES

Compared to the chlorinated hydrocarbon pesticides, definitive aspects of acute, sub-acute and chronic toxicity still remain rather poorly known. Chloracnegen effects were reported as early as 1936, following industrial exposure to the PCBs,(Schwartz, 9, 10, 11; Jones and Alden, 12; Meigs, et al., 13). Occupational chloracne, however, has not been a problem with recent usage of the PCBs.  Approximately 10 cases of fatal intoxication involving persons who handled or were exposed to chlorinated biphenyls or naphthalenes in their occupations have been described (Flinn and Jarvik, 14; Greenburg, et al., 15; and Drinker, et al., 16). In all cases histological examination revealed liver fatty degeneration, necroses and cirrhosis.  It is important to note that chlorinated naphthalene (as well as chlorinated dibenzofurans) have been recently identified in two commercial polychlorinated biphenyl samples (Phenoclor DP 6 and Clophen A60),(Vos, et al., 17).

Human intoxication with the heat exchanger Kanachlor 400, a Japanese manufactured PCB with 48 percent chlorine and containing as its main components, 2,4, 3', 4'-, 2,5,3', 4'-, 2,3,4,4'- and 3,4,3',4'-tetrachlorobiphenyl, and 2,3,4,3', 4'-pentachlorobiphenyl,(Saeki, et al., 18), was reported in Western Japan in 1968.

More than 600 people were eventually affected following the consumption of contaminated rice oil containing levels estimated to range from 2,000 to 3,000 parts per million PCBs (average of about 2,000 parts per million).  These levels were derived from the known organic chlorine content of the rice oil related to the known organic chlorine content of Kanachlor 400.  Exposure levels to the oil were calculated to approximate 15,000 milligrams per day.  The lowest reported figures allow an estimate of a minimal positive effect level at 3 milligrams PCB per day over several months.  However, the average doses associated with significant disease in the "Yusho" incident were much higher and were in the range of 30 milligrams/day.  (Kolbye, 1).

The clinical aspects associated with "Yusho" included: chloracne, blindness, systemic gastrointestinal symptoms with jaundice, edema and abdominal pain. Chloracne is very persistent with some patients showing evidence of it after three years. Table 1 lists the subjective symptoms of 89 male and 100 female Yusho patients.

New-born infants born from poisoned mothers had skin discoloration due to the presence of PCB via placental passage. (The dark skin discoloration regressed after a period of 2-5 months). Gingival hyperplasia with pigmentation was seen in several cases. Decreased birth weights were also noted but no evidence could be obtained in regard to the possible retardation in physical and mental activities of the babies (Yamaguchi, et al., 19). The skin of still-born infants showed hyperkeratosis and atrophy of the epidermis and cystic dilation of the hair follicles. Residues of PCB have been found in fetal tissue (Kojima et al., 20 ; Inagami et al., 21).

The components of Kaneclor 400 with longer retention times have been detected in sputa and fatty tissues of patients (Kojima, 22). Serum triglyceride levels were higher than 300 mg/ml in 60 out of 396 subjects investigated before the end of 1969 (Uzawa et al., 23, 24). Among the incidence of hyperglyceridemia (triglyceride>300 mg/ml) of the six decade groups (age 0-9, 10-19, 20-29, 30-39, 40-49, 50-), that of the first decade group was the highest while that of the third decade was the lowest. The mechanism of the hyperglyceridemia was suggested to be possibly due to an observed decrease in post-heparin lipolytic activity and impaired plasma triglyceride removal (Uzawa et al., 24). Cholesterol and phospholipid concentrations were increased while lecithincholesterol acyl transferase activity was decreased. In female patients plasma lipoprotein lipase activity was decreased (Uzawa et al., 24; Nagai et al., 25). Nearly 40 percent of the examined patients exhibited an elevated excretion of steroids with the 17-ketosteroids (androsterone, etiocholanolone and dehydroepiandrosterone) found to increase in males and to decrease in females (Nagai et al., 25).

Examination of autopsy tissues of two Yusho fatalities revealed the presence of chlorobiphenyls in all of examined organs, especially mesenterial fatty tissues, skin and bone marrow (Kikuchi, et al., 26). Kojima, et al.,(20) found PCBs with longer retention times (probably pentachloro- and higher chlorinated biphenyls) in autopsy tissues and it was assumed that their presence might have been responsible for the observed long duration of the intoxication symptoms.

B.  ANIMAL TOXICITY

Early studies of acute oral, dermal and vapor exposure of the polychlorinated biphenyls have involved in many cases mixtures or compounds of undefined specifications and hence have been difficult to interpret unambiguously. Tables 2-4 describe the oral, dermal and vapor exposure toxicity involving a number of chlorinated biphenyls and the results would suggest that the toxicity of these compounds is proportional to their degree of chlorination. These investigations have primarily focused on liver damage. The toxicity of 11 Aroclors in terms of oral $LD_{50}$ (rats) and skin MLD (rabbits) is summarized in Table 5.

a.  Sublethal and acute effects: Analogously with the chlorinated hydrocarbon pesticides, the most important effects are long-range sublethal effects. The pathologic changes in various organs are summarized in Table 6 illustrating some interesting differences between mammals and birds. For example, the most

125

TABLE 1.

SUBJECTIVE SYMPTOMS COMPLAINED BY YUSHO PATIENTS[a,b].

| Symptom | Male % | Female % |
|---|---|---|
| Dark brown pigmentation of nails | 83.1 | 75.0 |
| Distinction of hair follicles | 64.0 | 56.0 |
| Increased sweating at palms | 50.6 | 55.0 |
| Acnelike skin eruptions | 87.6 | 82.0 |
| Red plaques on limbs | 20.2 | 16.0 |
| Itching | 42.7 | 52.0 |
| Pigmentation of skin | 75.3 | 72.0 |
| Swelling of limbs | 20.2 | 41.0 |
| Stiffened sole and palm | 24.7 | 29.0 |
| Pigmented mucous membrane | 56.2 | 47.0 |
| Increased eye discharge | 88.8 | 83.0 |
| Hyperaemia of conjunctiva | 70.8 | 71.0 |
| Transient visual disturbance | 56.2 | 55.0 |
| Jaundice | 11.2 | 11.0 |
| Swelling of upper eyelids | 71.9 | 74.0 |
| Feeling of weakness | 58.4 | 52.0 |
| Numbness in limbs | 32.6 | 39.0 |
| Fever | 16.9 | 19.0 |
| Hearing difficulties | 18.0 | 19.0 |
| Spasm of limbs | 7.9 | 8.0 |
| Headache | 30.3 | 39.0 |
| Vomiting | 23.6 | 28.0 |
| Diarrhea | 19.1 | 17.0 |

[a]Eighty-nine male and 100 female patients diagnosed before October 31, 1968 were examined.

[b]From a report of "Yusho, A Poisoning Caused by Rice Oil Contaminated with Chlorobiphenyls", Kuratsune, M., Yoshimura, T., Matsuzaka, J. and Yamaguchi, A, Fukuoka Acta Med., 60[6] (1969) 513.

TABLE 2.

ORAL TOXICITY OF CHLORINATED BIPHENYLS.

| Chlorine % | atoms | Animal | Dose | Effect |
|---|---|---|---|---|
| 42 | 3 | Guinea Pig | 69 mg/animal 2 doses 1 week apart | Death in 11-29 days. Liver damage. (Miller, 1944) (53) |
| 42 | 3 | Rat | 139 mg/animal 25 daily doses | All animals survived. Liver damages. (Miller, 1944) (53) |
| 65 | 7 | Rat | 50 mg/animal every second day | 50% dead within 35 days. Severe liver damages. (Bennett, et al, 1938).(54) |

TABLE 3.

DERMAL TOXICITY OF CHLORINATED BIPHENYLS.

| Chlorine % | atoms | Animal | Dose | Effect |
|---|---|---|---|---|
| 42 | 3 | Guinea pig | 34.5 mg/daily over 11 days | All animals died within 21 days. Liver damage. Miller, 1944) (53) |
| 42 | 3 | Rat | 34.5 mg/daily over 25 days | All survived. Minor liver changes. Skin affected. (Miller, 1944) (53) |
| 42 | 3 | Rabbit | 86 mg/day with 2-day intervals for 7 applications and 172 mg/day with 2-day intervals for 8 applications | All died between 17 and 98 days. Liver damages more pronounced than in rat or guinea pig. (Miller, 1944) (53) |

TABLE 4

VAPOR EXPOSURE TOXICITY OF CHLORINATED BIPHENYLS.

| Chlorine % | atoms | Concentration mg/m³ | ppm | Daily exposure time (hours) | Exposure number | Exposure period (Days) | Symptoms |
|---|---|---|---|---|---|---|---|
| 42 | 3 | 8.6 | 830 | 7 | 17 | 24 | No effect on cats, rabbits, rats and mice. Poor growth in guinea pigs. (Treon, 1956) (55) |
| 42 | 3 | 6.83 | 660 | 7 | 84 | 122 | No effects on animals as above, Treon, 1956(55) |
| 54.3 | 5 | 5.4 | 410 | 7 | 83 | 121 | Liver cell injury. Increased liver weight in the rat. (Treon, 1956)     (55) |
| 54.3 | 5 | 1.5 | 115 | 7 | 150 | 213 | Histological changes in the liver in the rat. (Treon, 1956) (55) |
| 65 | 7 | 0.57 0.93 | | 16 8 | | 37-134 42-143 | Advancing liver damage. (Bennett, et al, 1938). (54) |

129

striking findings in mammals are alterations to the liver, whereas fluid
in the pericardial sac, kidney damage and reduced spleen are found in
birds.

The FDA has conducted a subacute feeding study (lasting up to 90
days) in rats with dosage levels of 25, 75, 150, 300 and 500 parts per
million of Aroclors 1254 and 1260 and including sacrifices at 5, 15, 30,
60 and 90 days (Burke and Fitzhugh, 2). Liver weight to body weight
ratios increased at all levels. Dose-related increases were also found
in liver aniline hydroxylase and nitroreductase activity at all levels
with the magnitude of the increases approximately the same at all time
levels for both Aroclors. Aroclors 1254 and 1260, in contrast to many
chlorinated hydrocarbon pesticides, did not stimulate liver aliesterase
activity.

(Nishizumi, 27) studied the effects on mouse and monkey liver of
chlorinated biphenyls (48 percent chlorine, equivalent to three to four
atoms of chlorine per molecule, with a trace (0.01 percent) naphthalenes.
Groups of 30 female mice were given a dosage level of 0.2 ml rice bran
oil containing 1600 parts per million or 0.5 percent PCB in olive oil by
stomach tube each day for 4 to 26 weeks resulting in marked liver en-
largement. (Light microscopy revealed only slight liver changes, but
electron microscopy disclosed marked alterations in the liver cells.)
A similar study with eight monkeys (5 cynomolgus and 3 squirrel) given
chlorinated biphenyls in dosage levels of 1.4 to 16 mg/day in their diet
for 40 to 48 days showed both liver cell enlargement and fatty degenera-
tion. The major abnormality reported for the administration of chlori-
nated biphenyls to mice and monkeys was an increase in the smooth endo-
plasmic reticulum in the liver cells.

The metabolism and distribution of Aroclor 1254 in normal and carbon
tetrachloride-treated Wistar strain rats have been studied by (Grant, et
al., 28). Residues of Aroclor 1254 (following oral administration of a
500 mg per ml corn oil solution of Aroclor at 500 mg/kg) were found in all
tissues analyzed with fat and blood having the greatest and least concentra-
tion, respectively (Table 7).

Aroclor 1254 was found to potentiate the toxicity of carbon tetra-
chloride in a manner similar to that reported for DDT (McLean and McLean,
1966; Cawthorne, et al., 1970). The studies (Grant, et al., 28) suggest
that the liver is the main site of Aroclor 1254 metabolism since rats with
carbon tetrachloride damaged livers were unable to metabolize this mixture
of chlorinated biphenyls as rapidly as rats with normal livers. Aroclor
1254 significantly increased the size of the liver and also the percent
lipid in the liver. The same study revealed that the components of Aro-
clor 1254 with the shorter GLC retention times, presumably with the lowest
chlorine content (Bagley, et al., 29), were metabolized to a greater de-
gree than those with the longer retention times. This effect is in agree-
ment with the studies of Phenochlor IP6 fed to Japanese quail (Koeman, et
al., 30).

Yoshimura and co-workers, (31) studied the effects of a single 2.0 mg/
mouse dose of polychlorinated biphenyls of the KC-400 type. The concentra-
tion of PCB in the skin one day after ingestion was twice as high as that
in the liver. Although tetrachlorobiphenyls were almost completely elimi-
nated from the tissues in 3-4 weeks, small amounts of penta- and hexachloro-
biphenyls were still detectable after 9-10 weeks.

TABLE  5.
TOXICITY OF AROCLORS[*].

| | Aroclors | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1221 | 1232 | 1242 | 1248 | 1260 | 1262 | 1268 | 4465 | 5442 | 5460 | 2565 |
| Oral LD$_{50}$ mg/Kg (rats) | 3980[a] | 4470[a] | 8650[a] | 11,000[a] | 10,000[b] | 11,300[b] | 10,900[b] | 16,000[b] | 10,600[b] | 19,200[c] | 6,310[c] |
| Skin MLD mg/Kg (rabbits) | >2000[a] | >1260[a] | >794[a] | >794[a] | >1260[b] | >1260[b] | | >2000[b] | >1260[b] | >7940[c] | >2000[c] |
| | <3169[a] | <2000[a] | <1269[a] | >1269[a] | <2000[b] | <3160[b] | >2500[c] | <3160[b] | <2000[b] | | <3160 |

[a]Undiluted.

[b]Administered as 50% solution in corn oil.

[c]Administered as 33.3% solution in corn oil.

[*]FDA Status Report on the Chemistry and Toxicology of Polychlorinated Biphenyls (PCB) or Aroclors as of June 1, 1970.

TABLE 6.

PATHOLOGIC CHANGES INDUCED BY PCBs.

| Treatment | Animal | Liver | Kidney | Pericardium & Peritoneum | Other Observable Changes | References |
|---|---|---|---|---|---|---|
| Single oral dose of 69 mg (42% Cl) | Guinea Pig Rat Rabbit | Small droplets through lobules, slight to moderate central atrophy, focal necrosis noted in a few animals | Essentially normal | No noteworthy changes | Adrenals, spleen, & pancreas showed no noteworthy changes. | Miller, 1944 (53) |
| 300 mg daily for 6 days (65% Cl) | Rat | Cells swollen, hyaline granules present, most died within few days. | | | | Bennett, et al., 1938 (54) |
| 50 mg daily for up to 6 months (65% Cl) | Rat | Enlarged (33% weight increase), large number of hyaline globules in cytoplasm. Several died during experiment. | | | | Bennett, et al., 1948 (54) |
| 25,50 & 100 ppm in diet for 15 days (21-68% Cl Aroclors) | Rat | Increase in weight, effect increasing with increasing chlorine content. Aroclor 1232-10%, 1242-12%, 1254-14%, 1268-24% at 50 ppm. | | | | Street, et al 1969 (56) |
| 100 ppm in diet 200 ppm in diet 400 ppm in diet 800 ppm in diet (Aroclor 1242) | Chicken | No effect No effect Enlarged & Mottled Damaged | Damaged | Slight Hydropericardium Hydropericardium Hydropericardium, hydroperitoneum, Enlarged | | McCune, et. al., 1962 (57) |

132

TABLE 6.   (Cont'd.)

PATHOLOGIC CHANGES INDUCED BY PCBs.

| Treatment | Animal | Liver | Kidney | Pericardium & Peritoneum | Other Observable Changes | References |
|---|---|---|---|---|---|---|
| 200 & 400 ppm in diet for 3 weeks (42%, Aroclor | Chicken | No changes noted | Paleness at 200 ppm, extensive hemorrhage, and enlargment at 400 ppm | Increased fluid in pericardial sac at the higher concentration. | Paleness of pancreas, enlargment of adrenal and small apleen at low concentrations. At higher concentrations pale cream-colored pancreas, adrenals hemorrhagic. | Flick, et al., 1965 (58) |
| Various doses (54% Cl, Aroclor) | Bengalese Finch | No weight changes | Weight was 32.4% of brain weight for controls and 53.5% for those dying from PCB poisoning. | Slight weight increase, a few showed liquid in pericardial sac. | | Presst, et. al., 1970 (59) |
| 400 ppm in diet for 60 days (60% Cl[a]) | Chicken | Centrolobular necrosis (compd. 1 & 2).  Liver weight increased from 2.76 g/100g to 4.31g/100g (compd. 3).  Fatty degeneration. | Tubular dilatation, compd. 1 & 2). Rare with compd. 3. | Hydropericardium common with compds. 1 & 2. Rare with compd. 3. | Increased porphyria, spleen small with reduction of red pulp and atrophy of white pulp (compd. 1 & 2).  Spleen decreased from 0.14g/100g to 0.136g/100g. (compd. 3). | Vos and Koeman, 1970 (42) |

[a]Phenoclor DP 6 (compd. 1).  Clophen A60 (compd. 2) and Aroclor 1260 (compd. 3) were used.  Differential effects noted under compd. numbers.  All chickens died on compd. 1 and 2 within 60 days; only 15% mortality on compd. 3.

133

TABLE 7.

RESIDUES IN TISSUES OF RATS ORALLY DOSED WITH AROCLOR 1254 (500 mg/kg)[*].

| | Residue found (ppm, wet tissue) | | | |
|---|---|---|---|---|
| Group | 1 | 2 | 3 | 4 |
| Blood | 1.96[a]± 0.23[b] | 0.42 ± 0.07 | 3.85 ± 0.46 | 0.25[c] |
| Testes | 19.22 ± 0.59 | 4.30 ± 0.44 | 33.18 ± 1.35 | 5.62 |
| Heart | 24.16 ± 2.84 | 5.83 ± 0.53 | 62.40 ± 4.37 | 6.17 |
| Spleen | 29.17 ± 3.44 | 5.82 ± 1.17 | 36.60 ± 4.39 | — |
| Kidney | 31.14 ± 2.09 | 11.20 ± 1.76 | 57.38 ± 3.91 | 11.08 |
| Brain | 39.98 ± 5.91 | 4.01 ± 0.31 | 41.91 ± 3.30 | 5.96 |
| Liver | 115.66 ± 10.55 | 18.85 ± 1.65 | 796.47 ± 64.96 | 18.79 |
| Liver[d] | 1868.14 ± 166.63 | — | 6137.64 ± 556.06 | — |
| Fat | 996.16 ± 98.58 | 672.66 ± 155.12 | 900.46 ± 106.16 | 1149.05 |

[a]Mean of five values.
[b]Standard error of the mean.
[c]Single value.
[d]Ppm on a fat basis.

[*]Grant, D. L., Phillips, W. E. J. and Villeneuve, D. C., Bull. Env. Contam. Toxicol., 6 (1971) 102.   (34)

Street and co-workers (32) studied the effects of diets of 50 parts per million to 100 parts per million of 10 Aroclors ranging in chlorine content and 21 percent to 68 percent fed to rats for 15 days. Their effect on sleeping time induced by hexobarbital, in vitro rates of aniline hydroxylation and demethylation of p-nitroanisole, and the rate of excretion were all found to be increased with increasing chlorine content. Aroclor 1221 (50 parts per million) reduced hexobarbital sleeping time by 11 percent, whereas for Aroclor 1248 and 1268 the figures were 35 percent and 48 percent, respectively. Liver weights were also found to increase with increasing chlorine content of the Aroclors. The storage of dieldrin was decreased in relationship to the chlorine content. For example, with Aroclors containing 60 percent chlorine, or more, the storage in adipose tissue was reduced to the levels found in untreated control animals. The induction of PCBs of hepatic microsomal hydroxylating enzymes has been demonstrated in the American kestrel (Peakall and Lincer, 4), and pigeons (Risebrough, et al., 33).

Fujita, et al. (66) studied the enhancement of the liver drug-metabolizing enzyme system in the rat by several individual chlorinated biphenyls. The most potent inducer was 2,3', 4,4', 5-pentachlorobiphenyl and the effect induced with a single dose of 3,3',4,4'-tetrachlorobiphenyl was found to persist for 6 weeks.

Villeneuve, et al. (34) studied the effects of PCB administration on microsomal enzyme activity in pregnant rabbits. The no-effect level of Aroclor 1254 for enzyme induction in the pregnant rabbit is between 1.0 and 10 mg/kg body weight when administered for 28 days during gestation. Aroclor 1221 did not induce any enzyme activity in the dose, fetus or placenta, so its no-effect level must be considered higher than that for Aroclor 1254. Placental transfer was shown to occur for both Aroclor 1254 and 1221 but does not cause any changes in the biochemical or physiological parameters measured, e.g., total amount of Vitamin A stored per liver, protein levels, aniline hydroxylase enzyme activity, serum cholesterol, no effect in reproductive processes. The drug-metabolizing enzymes aniline hydroxylase and aminopyrine-n-demethylase were both induced by 10 mg/kg Aroclor 1254.

Ito and co-workers (35) found that the administration of PCBs to rabbits increases the total lipid, triglyceride, and cholesterol content of liver and decreases the total liver phospholipid content. (The concentration of serum triglycerides was abnormally increased).

Kimbrough (36) described some aspects of the toxicity of Aroclor 1254 and 1260 in Sherman strain rats. The acute oral LD50 for Aroclors 1254 and 1260 in adult rats was greater than 4 and 10 grams/kg, respectively. The salient features of the subacute feeding and reproduction study in both male and female rats can be summarized as follows:

1. Feeding 500 parts per million of Aroclor 1254 and 1260, respectively, to both male and female rats over a period of about 240 days resulted in less weight gain as well as lowered hematocrit.

2. Some male rats fed Aroclor 1254 at a dietary level of 100 parts per million (approximately 5 mg/kg per day) developed porphyria. Porphyria was also found in female rats fed Aroclor 1254 at the 20 parts per million level and in both male and female rats fed 100 parts per million Aroclor 1260.

3.  Liver changes found with both Aroclor 1254 and 1260 include accumulation of fat, inclusions within the liver cells and so-called margination (also found with chlorinated hydrocarbons).

4.  Male rats fed Aroclor 1260 at a dietary level of 100 parts per million on up had larger and heavier livers.  In the females the liver weights were not significantly increased at any of the dietary levels that were tested.

5.  Adenofibrosis was found in:  (a)  1/10 males and 6/10 females at the dosage level of 100 parts per million Aroclor 1254 in the diet for about 8 months; (b) in 1/10 female rats at 100 parts per million Aroclor 1260 in the diet for about 8 months; and (c) in several male rats at 1000 parts per million Aroclor 1260 in the diet for 8 months (none at 500 parts per million).  The adenofibrosis consisted of fibrosis in the livers concomitant with a proliferation of cells which is considered by some to represent proliferated bile ducts.

6.  Two bladder cancers in rats fed 100 parts per million of Aroclor 1260 were also found and the significance of this finding has not been fully assessed at this time.

7.  A definite effect on reproduction was produced by feeding 100 parts per million of Aroclor 1254.  The first breeding was performed after 76 days on the treated diets and resulted in less offspring.  The offspring at weaning were smaller and the survival was decreased compared to control animals.  An increase in the liver weight in the $F_{2a}$ generation of the weanlings at a dietary level of 20 parts per million Aroclor 1254 was also found.

8.  A dosage of Aroclor 1260 equivalent to 100 mg/Kg/day during the 7th and 15th days of pregnancy reduced the survival and number of young.

Curley and co-workers (37, 38) studied the distribution and storage of PCBs in body fluids and tissues of Sherman rats following:  (a)  a single oral dose; (b) repeated dietary intake: and (c) after discontinuance.  The salient findings of this study could be summarized as follows:

(1)  Following acute or chronic administration of Aroclor 1254 or 1260, residue amounts can be detected in all body tissues, fluids and excrement.

(2)  Pronounced changes in the gas chromatograms or mass spectroscopic total ion current traces between the Aroclor standards and components observed in the fat and urine suggest possible metabolism or differential absorption.

(3)  Rats given single oral doses of Aroclor 1254 at 1600 mg/Kg or of Aroclor 1260 at 3200 mg/Kg had essentially the same levels of residue in their tissues after 24 hours (although individual variation was high).

(4)  At the same dosage level rats store more PCBs than DDT.

(5)  No significant differences were apparent in the storage of PCBs by male or female rats when fed the same dietary levels with PCBs stored primarily in adipose tissues.

(6)  Toxicity of the Aroclors apparently increases with decrease in chlorine content suggesting the enhanced reactivity and/or less stability of some isomeric chlorobiphenyl in the mixture.

(7)  Rats fed Aroclor 1254 at 100 parts per million for 58 days and untreated food for 71 days showed gradually increasing residues during dosage while the excretion trend was quite erratic.

(8)  Aroclor 1254 administered at a dietary dosage of 1000 parts per million for 98 days resulted in deaths of 9 of 10 male rats and 8 of 10 females with deaths commencing on the 35th day.  Although the survivors appeared normal, there was no weight gain after 77-84 days.

Table 8 illustrates the storage of Aroclors 1254 and 1260 in plasma and tissues after oral ingestion by stomach tube at levels of 1600 mg/Kg and 3200 mg/Kg, respectively.  Table 9 depicts the distribution of PCB-derived material following 98-day exposure to a dietary level of 1000 parts per million of Aroclor 1254.

Figure 1 shows the storage (mean conc. vs. time) of PCB-derived material in tissues and plasma.  Figure 2 shows the excretion of PCB and PCB (mean conc. vs. time) derived material in feces and urine.

The distribution of PCB in rats dosed with PCBs has been studied with the aid of X-ray fluorescence analysis.  PCB residues were found mainly in the skin, and to a lesser degree in muscles, intestines, livers, pancreas and lungs, and the GLC patterns of PCB varied from tissue-to-tissue (Sekita et al., 39).

The intestinal absorption in the rat of a number of isomeric chlorobiphenyls has been studied by Albro and Fishbein (40).  PCBs having from one to six chlorine atoms per molecule were very well absorbed and/or metabolized when the compounds were fed in a single dose between 5 and 100 mg/Kg body weight.  No significant difference in excretion rates (e.g., retentions) were observed over the molecular weight range 116.5 to 289, suggesting that diffusion may not be rate-limiting for the uptake of these compounds.  (When similar tests were performed using aliphatic hydrocarbons, a clear relationship between percentage excreted in the feces and molecular weight was observed).  Less than 10 percent of the amount fed were excreted in the feces (over a 4-day period) indicating a high degree of absorption and/or metabolism of these compounds.

b.  Long-term studies:  The chronic PCB studies of Monsanto with Aroclors 1242, 1254, and 1260, e.g., two-year albino rat and beagle dog, three-year rat reproduction as well as the twenty-five week chicken, have been completed and a copy of the results sent to the FDA.  As of this writing, the full report has not been evaluated.  However, Dr. Elmer Wheeler of Monsanto has verbally touched on the highlights of these studies supplementing information previously reported in the FDA Status Reports of the PCBs of June,1970, and December, 1970, as well as reported by Keplinger and co-workers (41) and discussed with the Interdepartmental PCB-Task Force at a meeting in Washington on September 15, 1971.  These results can be briefly summarized as follows:

137

TABLE 8.

STORAGE OF AROCLORS (IN PPM) 24-HOURS AFTER ORAL INGESTION BY STOMACH TUBE.

| Aroclor 1254 (dosage level - 1600 mg/kg) | | | Aroclor 1260 (dosage level - 3200 mg/kg) | | |
|---|---|---|---|---|---|
| Plasma | | | | | |
| Mean | | 24.03 | | | 15.79 |
| SE | ± | 8.08 | | ± | 0.99 |
| Brain | | | | | |
| Mean | | 138.00 | | | 145.17 |
| SE | ± | 36.41 | | ± | 23.50 |
| Fat | | | | | |
| Mean | | 1146.9 | | | 930.0 |
| SE | ± | 574.5 | | ± | 426.6 |
| Liver | | | | | |
| Mean | | 141.20 | | | 236.1 |
| SE | ± | 47.80 | | ± | 116.3 |
| Kidney | | | | | |
| Mean | | 274.03 | | | 328.5 |
| SE | ± | 30.47 | | ± | 114.9 |
| Lung | | | | | |
| Mean | | 65.91 | | | 105.17 |
| SE | ± | 29.48 | | ± | 21.13 |
| Muscle | | | | | |
| Mean | | 80.29 | | | 37.00 |
| SE | ± | 67.58 | | ± | 22.37 |

TABLE 9.

DISTRIBUTION OF PCB-DERIVED MATERIAL FOLLOWING 98-DAY EXPOSURE TO A DIETARY LEVEL OF 1000 PPM AROCLOR 1254.

| | Males (ppm) | Females (ppm) | Males vs. Females |
|---|---|---|---|
| **Plasma** | | | |
| Mean | 17 | 18 | p >0.50 |
| SE    ± | 6 | 5 | |
| **Fat** | | | |
| Mean | 11278 | 8431 | p >0.50 |
| SE    ± | 5742 | 579 | |
| **Muscle** | | | |
| Mean | 155 | 753 | p >0.20 |
| SE    ± | 117 | 721 | |
| **Lung** | | | |
| Mean | 78 | 52 | p >0.50 |
| SE    ± | 23 | 20 | |
| **Brain** | | | |
| Mean | 111 | 94 | p >0.50 |
| SE    ± | 14 | 21 | |
| **Kidney** | | | |
| Mean | 56 | 54 | p >0.50 |
| SE    ± | 9 | 24 | |
| **Liver** | | | |
| Mean | 155 | 210 | p >0.20 |
| SE    ± | 30 | 13 | |

139

Figure 1. Storage of PCB-Derived Material in Tissues and Plasma.



140

Figure   2.   Excretion of PCB and PCB-Derived Material in Feces and Urine.



(1)  Aroclor 1242 is the least toxic of the Aroclors tested in two-year rat and dog studies.  Aroclor 1242 was negative at 1, 10 and 100 parts per million levels.

(2)  Rats fed compounds 1254 or 1260 had increased liver weights at 100 parts per million, but not at 1 or 10 parts per million with no other effects having been observed.

(3)  Dogs fed 100 parts per million of 1254 or 1260 did not gain weight as well as the controls. Animals were sacrificed at 3,6 and 12 months and revealed no abnormal tissue histology.

(4)  In the rat reproduction study, there was decreased survival of pups at 100 parts per million of 1242 or 1254, and decreased mating indices with 1242 at 100 parts per million were also observed.  No adverse effects were found at any of the three levels of 1260 or at 1 or 10 parts per million levels of Aroclors 1242 and 1254.

In regard to the 25-week chicken study, there were no effects found following feeding with Aroclor 1260 at 1, 10 and 100 parts per million levels.  There was anorexia, loss of body weight, decreased thickness of egg shells, and poor hatchability of eggs from chickens fed 10 or 100 parts per million of 1242 or 100 parts per million of 1254.  There were no effects observed for Aroclor 1254 at the 1 and 10 parts per million levels.  Oral feeding studies with Aroclor 1242 were repeated at the 2, 4 and 8 parts per million level and decreased hatchability was observed at 8 parts per million.

A rat teratology study of Monsanto following FDA protocol in which 35-65 mg/Kg of PCB is administered has produced no effect.

In regard to the mutagenesis study of Monsanto (Dominant Lethal Test), two dose levels of Aroclors 1242, 1254 and 1260 are being used, e.g., 500 and 1000 mg/Kg.  As of the fourth week since mating, no adverse effects have been found.

It is of interest for comparison to recite the reproduction studies of the Atlanta Laboratories of the FDA (FDA Status Report, December, 1970).  Weanling male and female rats were fed diets containing Aroclor 1254 at dosage levels of 0, 100 or 500 parts per million for 67 days and then pair-mated.  The rats fed 100 parts per million were comparable with the controls in numbers of litters and pups per litter.  However, 76.8 percent of the pups in the 100 parts per million group survived to weaning compared with 95.5 percent of the controls. The mean body weight of the 100 parts per million group at weaning was 31.4 gm and that of the controls was 39.2 gm.  Only two of ten females fed 500 parts per million of Aroclor 1254 had litters (1 and 7 pups, respectively), and these pups died within 3 days after birth.  In a similar study with Aroclor 1260 no difference in reproduction was found between the controls and the 100 parts per million group.

C.  CONTAMINANTS IN POLYCHLORINATED BIPHENYLS

(Vos and Koeman, 42) reported a significant difference in toxicity between three commercial PCB preparations (Clophen A60, Phenoclor DP6 and Aroclor 1260), despite the marked resemblance of the gas chromatograms and the mass spectra

(Koeman et al., 30).  One hundred precent mortality, centrolobular liver.
necrosis and abdominal edema were found only in chicks fed the samples of Clophen
A60 and Phenoclor DP6.  Hydropericardium was recorded in nearly all chicks fed
these PCBs and only rarely seen in chicks fed with Aroclor 1260.  Porphoryia was
found as a general PCB effect in chicks as well as in Japanese quail and rats
(Vos and Koeman, 42).

A subsequent study by Vos and co-workers (17) revealed the presence of
tetra- and pentachlorodibenzofuran as well as hexachloronaphthalene in Phenoclor
DP6  and Clophen A60, but not in the Aroclor 1260 sample.  Since hydroperi-
cardium occurred occasionally in chicks fed Aroclor (Flick, et al.,43).  Vos
and co-workers (17) felt that this could possibly be indicative of small quanti-
ties of a toxic factor in this preparation.

Dermal toxicity studies in rabbits of technical PCB samples which contain
an average of 60 percent chlorine (Phenoclor DP6, Clophen A60 and Aroclor 1260)
as well as fractions containing tetra- and pentachlorodibenzofuran have been
recently described by Vos and Beems (44).  PCB-induced skin lesions were hyper-
plasia and hyperkeratosis of the epidermal and follicular epithelium following
application of 118 mg of the three PCBs (5 times per week for 38 days) in the
back skin of adult female New Zealand rabbits.  Histopathology of the liver in-
cluded centrolobular degeneration, centrolobular liver cell atrophy, focal necor-
sis and cytoplasmic hyalin degeneration.  PCB-induced kidney lesions were hydropic
degeneration of the convoluted tubules and tubular dilatation with the presence
of casts.  Definitive hyperplasia and hyperkeratosis of the follicular epithelium
of the ear skin were seen after the topical application of fractions of Phenoclor
and Clophen (eluted from chromatographic columns with 25 percent diethyl ether in
hexane) while the fraction from Aroclor caused a minimal hyperplasia and hyper-
keratosis of the follicular epithelium.  Other effects elicited by the dermal
application of the PCBs included thymus atrophy and lymphopenia as well as ele-
vated excretion of fecal coproporphyria and protoporphyria.

From the response of the back skin and the liver of the rabbit to the three
PCB mixtures, and from the response of the ear to the 25 percent diethyl ether-
hexane fractions, it was concluded that there were definite quantitative differen-
ces in toxicity, at least between the samples that were used in the above study
(Vos and Beems, 44).  and the prior studies (Vos et al., 17).   The extent to which
these samples are representative of the normal commercial output has not been
established and emphasizes the difficulty in the evaluation of toxicity data of
PCBs in which the samples may differ in the amount and nature of toxic impurities.

Vos and Beems (44) also raised the possibility that since PCB is a porphyro-
genic chemical, it is possible that the skin lesions in man due to PCB may be due
to a combination of chloracne and acquired porphyria cutanea tarda.

It is important to additionally stress the toxic nature of the polychloro-
dibenzofurans.  For example, tri- and tetrachlorodibenzofuran in a single oral
dose of 0.5 - 1.0 mg/Kg caused severe and often lethal liver necrosis in rabbits
(Bauer et al., 45).   The related compound 2,3,7,8-tetrachlorodibenzo-p-dioxin

(which has been identified as a contaminant in 2,4,5-trichlorophenol and 2,4,5-T) caused a lethal liver necrosis in the rabbit after a single oral dose of 0.05 - 0.1 mg/Kg, and when applied to the ear again in a dose 10 times lower than that found to be effective in the case of chlorinated dibenzofuran, resulted in chloracne. Vos and co-workers (44) calculated a maximum dose/egg of 0.2 ug pentachlorodibenzofuran (obtained from Clophen A60) that caused 100 percent embryonic mortality when injected into the air cell of chicken eggs. (The analogous effect was obtained with 0.05 ug hexachlorodibenzo-p-dioxin.) (Higginbotham et al., 60). The relationship between the toxic nature of PCB and the chick edema factor 1,2,3, 7,8,9-hexachlorodibenzo-p-dioxin has been described by Flick and co-workers (58).

## III. EPIDEMIOLOGICAL ASPECTS

Finklea and co-workers (46) compared both polychlorinated biphenyl and chlorinated hydrocarbon pesticide residues in 723 plasma samples collected from healthy volunteers (not occupationally exposed to pesticides) who resided in Charleston County, South Carolina. PCB residues were found in 43 percent of the samples ranging up to 29 parts per billion. DDD and dieldrin residues were found in 84 and 63 percent of the people, respectively, and p,p'-DDT and DDE residues were almost universal. PCB residues were intermediate in concentration (e.g., less than half those of p,p'-DDT and DDE but six or seven times those of o,p'-DDT, DDD and dieldrin). Maximum levels of PCB, p,p'-DDT and DDE were similar, exceeding such values for the other tested residues. The prevalence of PCB residues varied remarkably over race-residence groupings, being greatest in urban residents and rural whites. PCB residues were rare (4.1 percent) in rural blacks. Rural blacks had an arithmetic mean of 0.3 parts per billion, urban blacks, 1.9 parts per billion, urban whites 2.3 parts per billion and rural whites 3.1 parts per billion, respectively. Urban exposure to the PCBs was suggested to be via polluted air and contaminated water. (PCBs in suspended particulates have already been found).

Aspects of the determination of PCBs in the adipose of the general population of the U.S.A. to date have been summarized by Dr. Yobs in a preliminary report in the Human Monitoring Survey (originally established by the Pesticides Program of the DHEW, now Division of Pesticide Community Studies, EPA).

Table 10 depicts the preliminary summary of distribution of PCB levels in adipose tissue of general population (as analyzed by three laboratories) in the analysis of Human Monitoring Survey samples since April 15, 1971. A total of 688 samples were analyzed of which 235 (34.2 percent) were negative for PCBs and 453 (65.8 percent) were positive for measurable amount of PCBs by TLC; of these 229 (33.3 percent) contained trace to <1.0 parts per million and 188 (27.3 percent) contained >2.0 parts per million PCBs. The Aroclor formulation most frequently encountered is 1254 with Aroclor 1260 also well represented in human tissues (Enos, 47). (Aliquots of all samples in which measurable amounts of PCBs were found will be analyzed by mass spectroscopy at the Perrine Primate Laboratory for future confirmation). The correlation of PCB information in this study with age, sex, geographic distribution or diagnoses has not yet been completed.

These samples were collected in late 1968 and 1969 and the sties of the positive samples were located in the following states: Michigan, New York, Minnesota, California, Massachusetts, Georgia, Kentucky, Illinois, North Carolina, South Dakota, Ohio, Louisiana, Delaware and Arkansas.

TABLE 10.

DISTRIBUTION OF PCB LEVELS IN ADIPOSE OF GENERAL POPULATION AS SHOWN IN ANALYSIS
OF HUMAN MONITORING SURVEY SAMPLES SINCE APRIL 15, 1971.

(parts per million, wet tissue basis)

|                        | Michigan | | Florida | | Colorado | | Total | |
|------------------------|------|------|------|------|------|------|------|------|
|                        | No.  | %    | No.  | %    | No.  | %    | No.  | %    |
| Samples Analyzed       | 144  | 100  | 274  | 100  | 270  | 100  | 688  | 100  |
| PCB Levels Negative    | 12   | 8.3  | 181  | 66.0* | 42  | 15.6 | 235  | 34.2 |
| Trace—<1.0 ppm         | 64   | 44.4 | 44   | 16.0* | 121 | 44.8 | 229  | 33.3 |
| 1.0 – 2.0 ppm          | 55   | 38.2 | 40   | 14.6 | 93   | 34.4 | 188  | 27.3 |
| >2.0 ppm               | 13   | 9.0  | 9    | 3.3  | 14   | 5.2  | 36   | 5.2  |

*Actual decimal reading .05.

145

Dr. G. J. Love (61) of EPA has reported that 72 sets of specimens (blood, urine, and hair) collected from 36 workers occupationally exposed to burning automobiles or refuse dumps and from an equal number of controls are to be collected and analyzed for PCB levels.

It is of interest to note the analysis of PCB in human adipose tissue. Biros and co-workers (48) examined two human adipose tissue samples by combined GLC-mass spectrometry and found substantial quantities of PCBs ranging from pentachlorobiphenyl to decachlorobiphenyl and including at least 14 isomers and chlorine homologs. The samples were estimated to contain 200 parts per million and 600 parts per million total PCB, respectively, as determined by electron-capture gas chromatography.

## IV.   STUDIES IN PROGRESS

Curley and co-workers (37) have described results in a study with Aroclor 1254 to determine placental transfer, rates of excretion in milk and consequent tissue distribution and storage levels in fetuses and weanling rats following oral dosage to the mother daily on the 7th through the 15th day of gestation at 10 mg/Kg, respectively, by stomach tube. Table 11 lists the experimental protocol for the above studies. This is summarized as follows:

Fetus Analysis: Samples were taken by Caesarian section on the 20th day of pregnancy. The mean concentrations of Aroclor are given for the respective dosages as parts per million.

|  | Controls | 10 mg/Kg | 50 mg/Kg |
|---|---|---|---|
| Mother 1 | 0 | 1.42 | 2.42 |
| Mother 2 | 0 | 1.24 | 2.90 |
| Mother 3 | 0 | 1.14 | 2.93 |

### 10 mg/Kg

|  | Wt. at onset (gms) | Age (days) |
|---|---|---|
| Mother 1 | 254 | 90 |
| Mother 2 | 265 | 90 |
| Mother 3 | 258 | 90 |

### 50 mg/Kg

|  | Wt. at onset (gms) | Age (days) |
|---|---|---|
| Mother 1 | 242 | 90 |
| Mother 2 | 244 | 90 |
| Mother 3 | 261 | 90 |

Tissue Analysis: Samples were taken from 21-day-old male and female weanling rats. The concentrations in the tissues for three animals are given in ppm.

| | Controls | | 10 mg/Kg | | 50 mg/Kg | |
|---|---|---|---|---|---|---|
| | Males | Females | Males | Females | Males | Females |
| Liver | <0.05 | <0.05 | 4.06 | 2.85 | 17.36 | 21.63 |
| | | | 3.28 | 8.28 | 25.56 | 12.02 |
| | | | 2.70 | 4.11 | 11.80 | 15.99 |
| | | Mean $\bar{X}$ | 3.35 | 5.08 | 18.24 | 16.55 |
| | | S.E. $\pm$ | 0.39 | 1.64 | 4.00 | 2.79 |

| | Controls | | 10 mg/Kg | | 50 mg/Kg | |
|---|---|---|---|---|---|---|
| | Males | Females | Males | Females | Males | Females |
| Brain | <0.08 | <0.08 | 1.96 | 1.94 | 10.16 | 10.48 |
| | | | 2.28 | 2.72 | 5.44 | 3.89 |
| | | | 2.24 | 1.24 | 7.47 | 6.75 |
| | | Mean $\bar{X}$ | 2.16 | 1.97 | 7.69 | 7.04 |
| | | S.E. $\pm$ | 0.10 | 0.43 | 1.37 | 1.91 |
| Kidney | <0.04 | <0.04 | 1.52 | 1.54 | 7.53 | 2.41 |
| | | | 2.42 | 2.19 | 6.73 | 2.25 |
| | | | 1.14 | 2.32 | 6.70 | 4.10 |
| | | Mean $\bar{X}$ | 1.69 | 2.02 | 6.99 | 2.92 |
| | | S.E. $\pm$ | 0.38 | 0.24 | 0.27 | 0.59 |

Milk Analysis: Milk samples were taken from suckling rats 11 days after the last dose to the mother. Concentrations are given in ppm.

| | Controls | 10 mg/Kg | 50 mg/Kg |
|---|---|---|---|
| Range | 0 | 16.48 - 24.90 | 45.80 - 100.29 |
| Mean | 0 | 20.60 | 66.35 |
| S.E. | | ±1.59 | ±8.36 |

Ar 7-70-G4

The results of a study with Ar 1260 show consequent tissue distribution and storage levels in weanling rats following oral dosage to the mother daily on the 7th through 15th day of gestation at 50 mg/Kg by stomach tube and is summarized as follows:

Note:  One female and one male taken from each of 3 litters for analysis.

| Tissue | Sex | Mean (3 animals) | ±S.E. |
|--------|-----|------------------|-------|
| Kidney | M | 7.38 | 2.56 |
|        | F | 5.44 | 1.41 |
| Brain  | M | 7.53 | 1.04 |
|        | F | 7.76 | 2.54 |
| Liver  | M | 12.80 | 1.72 |
|        | F | 16.13 | 6.75 |

Weights of Mothers 284, 264, and 288 gm.

Mean weight of Mothers 278 gm.

Additional residue studies completed include the following:

| Experiment No. | Tissue | Mean ppm (4 animals) | ±S.E. |
|----------------|--------|----------------------|-------|
| Ar-7-70-B12 | Fat | 778 | 72.4 |
|             | Liver | 9.9 | 1.16 |
|             | Kidney | 5.1 | .95 |
|             | Muscle | 1.22 | .104 |
|             | Brain | 6.96 | .68 |
|             | Plasma | 1.6 | .311 |

When compared to males at the same dosage level for an equal amount of time, Student's t-test shows significant difference in brain and liver storage.  When these data are compared to data from male rats on the same dosage for an equal amount of time, the Student's t-test shows significant differences for brain and liver storage.

148

| Experiment No. | Tissue | Mean ppm (3 animals) | ±S.E. |
|---|---|---|---|
| Ar-7-70-B12 | Fat | 1022 | 127 |
| | Liver | 14.6 | 0.69 |
| | Kidney | 2.8 | 0.21 |
| | Muscle | 1.2 | 0.11 |
| | Brain | 9.3 | 0.57 |
| | Plasma | 2.1 | 0.43 |

When these data are compared with 8 mo. study test for significant difference shows $p < 0.05$ for liver only.

| Experiment No. | Tissue | Mean ppm (3 animals) | ±S.E. |
|---|---|---|---|
| Ar-7-70-B12 | Fat | 820 | 216 |
| | Liver | 22.5 | 2.51 |
| | Kidney | 4.7 | .24 |
| | Muscle | 2.9 | .96 |
| | Brain | 11.2 | 1.71 |
| | Plasma | 3.0 | 0.78 |

When these data are compared with 10 mo. study t-test for significances show $p < 0.05$ for liver and kidney.

| Experiment No. | Tissue | Mean ppm (4 animals) | ±S.E. |
|---|---|---|---|
| Ar-7-70-B10 | Fat | 274 | 48 |
| | Liver | 2.2 | .10 |
| | Muscle | .32 | .06 |
| | Kidney | .60 | .05 |
| | Brain | 2.6 | .50 |
| | Plasma | .42 | .06 |

TABLE 11.

EXPERIMENTS TO DATE NOT INCLUDED IN THE MANUSCRIPT, "POLYCHLORINATED BIPHENYLS: DISTRIBUTION AND STORAGE IN BODY FLUIDS AND TISSUES OF SHERMAN RATS" - A. CURLEY, V. W. BURSE, M. E. GRIM, R. W. JENNINGS AND R. E. LINDER.   (37)

| Experiment No. | No. of Rats | Sex | Age at Onset of Experiment (days) | Wt. (Gms) | Dosage/Route |
|---|---|---|---|---|---|
| Ar 7-70-B12 | 4 (analyzed) | F | 30 | 224* | 100 ppm in Diet for 247 days *8.1 mg/kg/day |
| Ar-7-70-B12 | 3 (analyzed) | F | 30 | 224* | 100 ppm in Diet for 300 days *8.1 mg/kg/day |
| Ar-7-70-B12 | 3 (analyzed) | F | 30 | 224* | 100 ppm in Diet for 366 days *8.1 mg/kg/day |
| Ar-7-70-B10 | 4 (analyzed) | F | 30 | 240* | 20 ppm in Diet for 280 days *1.6 mg/kg/day |
| Ar-8-71-B | A study to determine placental transfer, excretion in milk and consequent tissue storage in weanling rats of Aroclor 1254 when the compound is given to the mother rat during organogenesis. | | | | |
| Ar 7-70-G4 | The effect of Aroclor 1260 upon reproduction in female rats when the compound is given during organogenesis. | | | | |

*Average weight of group and average rate of food consumption for group.

Mink reproductive studies are being carried out by Ringer, Johnson and Hoopingarner (49) of Michigan State University involving the initial feeding salmon containing 15 parts per million PCB or 10 parts per million each of Aroclor 1242, 1254 and 1260 was fatal to mink which appear to be extremely sensitive to PCB. Reproductive failure in ranch mink fed Coho salmon and other Great Lakes Fish (possibly containing PCB) have been reported by Aulerich, et al. (62).

Courtney and Chernoff (65) of the Perrine Primate Laboratory are studying the teratogenicity of PCBs. No effects have been observed in rats (CD-1 strain) given a variety of Aroclors at a level of 200 mg/Kg. Mixtures of PCBs and DDT have been found negative as well in the above strain of rats. Studies involving individual isomeric chlorobiphenyls as well as commercial PCB mixtures in in-bred strains of the rat will also be undertaken.

Wilson and Sharp (63) of the National Institute of Environmental Health Sciences are studying aspects of the interaction of beef brain $(Na^+ + K^+)$ ATPase with the polychlorinated biphenyls. Enzyme activity was inhibited by 50 per cent in the presence of Aroclor 1221 or Aroclor 1254 at PCB concentrations in the range of 8-12 parts per million at 37. Under similar conditions $2.5 \times 10^{-5} N$ ( 9 parts per million) DDT also inhibits the beef brain enzyme by about 50 percent. The PCB- and the DDT-sensitivity of the $(Na^+ + K^+)$ ATPase are similar whether the enzyme is obtained from beef brain or from fish (blue gill) brain. On a parts per million basis a commercial preparation of 3-chlorobiphenyl is about as inhibitory as Aroclor 1221, whereas biphenyl, 4-chlorobiphenyl and 2, 4-dichlorobiphenyl were less inhibitory. The technique for exposure of the $(Na^+ + K^+)$ATPase to the Aroclor preparations was found to influence the degree of the enzyme inhibitory response. Beef brain $(Na^+ + K^+)$ATPase responsiveness to commercial PCBs has been demonstrated to simulate several aspects of enzyme responsiveness to DDT.

Young (50) of the Virginia Polytechic Institute is studying PCB levels (in feces and urine samples) of pre-adolescent girls fed diets typical of low income families. PCB levels in paper bags, marking tags, turkey fat, heavy fowls, eggs and poultry feeds are also being assessed and have been found in all but two samples with concentrations ranging from 0.063 parts per million to 4.56 parts per million.

The possibility of the PCBs exhibiting immunosuppressive effects is being further studied by Vos (51). The leucopenia, the reduced number of germinal centers in the spleens and lymph nodes, the atrophy of the cortex of the thymus (Vos and Beems, 44), and the atrophy of the white pulp and lymphoid foci found in the spleens of chicks fed PCB (Vos and Koeman, 42) are believed by Vos to be strong indications for an immunosuppressive effect. It was further suggested that the extent to which these observations are due to stress (release of gluco corticoids) would have to be elaborated.

Flamm and Clive NIEHS (52) are studying the mutagencity of a spectrum of Aroclors as well as individual isomers of polychlorinated biphenyls in L5178-Y mouse lymphoma cells heterozygous at the thymidine kinase locus $(TK^+/-)3$.

Spalding  NIEHS,(64) is elaborating the effect of Aroclors 1221, 1242, 1254, 1260 and 1268 as well as a number of isomeric polychlorinated biphenyls on mouse lymphoma and DDT-resistant mouse lymphoma cells.

## V.   SUMMARY AND CONCLUSIONS

Despite the nearly four decades of PCB use in a broad spectrum of applications, the increasing awareness of its environmental aspects as well as an increasing number of recent mammalian toxicological investigations, aspects of definitive acute, sub-acute and chronic toxicity still remain poorly known as regards man.  The chemical and physical properties, e.g., the stability, complexity and heterogeneity of the material per se, the difficulty of separation and analysis as well as the non- or ill-defined nature of the material actually used or reported in many studies, have all certainly contributed in making the evaluation of toxicity and biological data difficult.  Table 12 summarizes some biological and toxicological effects of the PCBs.

The above review of the current status of the toxicologic and biologic aspects of the PCBs suggests a number of future studies that hopefully should yield additional information to enable a more definitive evaluation of the risks involved in exposure to chlorinated biphenyls.  A number of possible future studies are outlined in Table 13.

TABLE 12.

SOME BIOLOGICAL AND TOXICOLOGICAL EFFECTS IN THE PCB'S.

1. Acute oral $LD_{50}$ in mammals varies from approximately 2-10 gm/kg. (Apparent increase in mammalian toxicity with decrease in chlorine content).

2. Generally, enzyme induction increases with increase in chlorination of PCB's.

3. Induction of hepatic hydroxylating microsomal enzymes and increased estrogenic activity in the rat.

4. Enlargement of the liver and vacuolar or fatty degeneration of liver cells in rats, guinea pigs and monkeys.

5. Production of hydropericardial edema in chickens and Japanese quail.

6. Teratogenic effect in chick embryo.

7. Adverse reproductive effects in rats at levels of ca. 100 ppm in diet.

8. Possible adverse reproductive effects in mink.

9. Possible implications in aberrations in calcium metabolism and reproduction in ring doves.

10. Effects on hatchability in chickens, Japanese quail.

11. Skin, liver and kidney lesions in rabbits following dermal exposure.

12. Possible immunosuppressive effects in rabbits.

13. Chemical porphyrogenic effects in many species.

14. Chloracnegenic and hepatotoxic effects in man.

15. Hyperglyceridemic effects in man.

16. Human miscarriages, still births and transplacental transmission in abnormal pigmentation from "rice-oil disease" ("Yusho").

17. PCB residues in human adipose tissue, serum and milk.

18. Hepatoxic, chloracnegenic and porphyrogenic effects of chlorinated dibenzofuran contaminants in several species.

19. Chloracnegenic effects of chlorinated naphthalene contaminants in man.

.

153

TABLE 13.

POSSIBLE FUTURE STUDIES INVOLVING PCB'S, THEIR INDIVIDUAL ISOMERS AND
CONTAMINANTS.

1.  Definitive studies on the mammalian distribution of the Aroclors, a
    number of key common individual isomers and their metabolites and/or
    degradation products in different tissues, the metabolic rate, retention
    times or turnover and excretion rates.

2.  Elaboration of the relative toxicity of a number of the various purified
    isomers of PCB.

3.  Elaboration of the effects of Aroclors and isomeric PCB's in mammalian
    reproduction studies are required because of the apparent anomalous
    relationship found in the pattern of chronic studies.

4.  Elaboration of the teratogenicity of Aroclors and isomeric PCB's in
    several mammalian species at a range of dose levels.

5.  Mutagenic studies involving the Aroclors and isomeric PCB's in test
    systems other than the Dominant Lethal (e.g., host mediated assay).

6.  Elaboration of short-term toxicity effects on liver microsomal enzymes,
    study the influence of dilantin and hexobarbital and possible synergism
    and/or potentiation.

7.  Study of the interaction of PCB's with other chemicals and drugs.

8.  Study of the toxicity of the Aroclors and their individual isomers
    for different cell systems.

9.  Elaboration of mammalian tissue distribution, metabolic rate and retention
    times of chlorinated dibenzofurans.

10. Liver function studies as well as cytogenic studies on workers in
    a) PCB production, b) application, e.g., packing of transformers,
    capacitors, c) waste disposal, and d) fishmeal processing plants.

11. Elaboration of aspects of hyperlipemia. Does it occur with low
    exposures and could it aggravate arteriosclerosis? Does it
    affect the pancreas, etc.?

12. Study of induced porphyria and clinical consequences.

154

FOOTNOTES

1. Kolbye, A.C., Jr., Current Status of Toxicological Effects of PCBs (FDA), Sept. 1 (1971); Sept. 29 (1971).

2. Burke, J. and Fitzhugh, O. G., Suppl. No. 1 Status Rept. on the Chemistry and Toxicology of PCBs (FDA), Dec., 1970.

3. Cook, J. W., Status Rept. on the Chemistry and Toxicology of PCBs (FDA), June, 1970.

4. Peakall, D. B. and Lincer, J. L., BioScience 20 (1970) 958.

5. National Swedish Environment Protection Board, PCB Conference, Stockholm, Dec. (1970).

6. Reynolds, L. M., Residue Revs. 34 (171) 27.

7. Zitko, V. and P.M.K. Choi, Fisheries Research Board of Canada, Tech. Rept., No. 272 (1971).

8. Fishbein, L., Chromatog. Revs., in press.

9. Schwartz, L., Am. J. Publ. Hlth. 26 (1936) 58.

10. Schwartz, L., J. Am. Med. Soc. 122 (1943) 158.

11. Schwartz, L. and F. A. Barlow, U. S. Public Hlth, Repts. 57 (1942) 1747.

12. Jones, J. W. and H. S. Alden, Arch. Dermatol. Syphilol. 33 (1936) 1022.

13. Meigs, J. K., J. J. Albom and B. L. Kartin, J. Am. Med. Assoc. 154 (1954) 1417.

14. Flinn, F. B. and D. E. Jarvik, Proc. Soc. Exp. Biol. Med. 35 (1936) 118.

15. Greenburg, L., M. R. Mayers and A. R. Smith, J. Ind. Hyg. Toxicol. 21 (1939) 29.

16. Drinker, C. K., W. F. Warren and G. A. Bennett, J. Ind. Hyg. Toxicol. 19 (1937) 283.

17. Vos, J. G., J. H. Koeman, H. L. Vandermaas, M. C. Tennoever deBrauw and H. DeVos, Food Cosmet. Toxicol. 8 (1970) 625.

18. Saeki, S., A. Tsutsui, K. Oguri, H. Yoshimura and M. Hamana, Fukuoka Acta Med. 62 (1971) 20; C.A. 74 (1971) 146294.

19. Yamaguchi, A., T. Yoshimura and M. Kuratsune, Fukuoka Acta Med. 62 (1971) 117.

20. Kojima, T., H. Fukumoto and J. Makisumi, Jap. J. Legal Med. 23 (1969) 415.

21. Inagami, K., T. Koga and Y. Tomita, Shokuhin Eiseigakuzasshi 10 (1969) 312; C.A. 72 (1970) 120116.

22. Kojima, T., Fukuoka Acta Med. 62 (1971) 25.

23.  Uzawa, H., Y. Ito, A. Notomi and S. Katsumi, Fukuoka Acta Med. 60 (1969) 449.

24.  Uzawa, H., Y. Ito, A. Notomi, S. Hori, Y. Ikeura and S. Katsuki, Fukuoka Acta Med. 62  (1971) 66; C.A. 74  (1971) 138797.

25.  Nagai, J., M. Furukawa, Y. Yae and Y. Ideda, Fukuoka Acta Med. 60 (1969) 475; C.A. 72 (1970) 11077.

26.  Kikuchi, M., Y. Mikagi, M. Hashimoto and T. Kojima, Fukuoka Acta Med. 62 (1971) 89.

27.  Nishizumi, M., Arch. Env. Hlth. 21  (1970) 620.

28.  Grant, D. L., W. E. J. Phillips and D. C. Villeneuve, Bull. Env. Contam. Toxicol. 6 (1971) 102.

29.  Bagley, G. E., W. L. Reichel and E. Cromartie, J. Assoc. Off. Anal. Chem. 53 (1970) 251.

30.  Koeman, J. H., M. L. Tennoever deBrauw and R. H. DeVos, Nature 221 (1969) 1126.

31.  Yoshimura, H. and M. Oshima, Fukuoka Acta Med. 62 (1971); C.A. 75 (1971) 3563.

32.  Street, J. C., F. M. Urry, D. J. Wagstaff and A. D. Blau, 158th American Chemical Society Meeting, New York, Sept. 8-12 (1969).

33.  Risebrough, R. W., P. Reiche, D. B. Peakall, S. G. Herman and M. N. Kirven, Nature 220 (1968) 1098.

34.  Villeneuve, D. C., D. C. Grant, W. E. J. Phillips, M. L. Clark and D. G. Clegg, Bull. Env. Contam. Toxicol. 6 (1971) 120.

35.  Ito, Y., H. Uzawa and A. Notomi, Fukuoka Acta Med. 62 (1971) 48; C.A. 74 (1971) 138798.

36.  Kimbrough, R. D., Interagency Meeting on PCBs, Dept. H. E. W., Washington, D. C., August 5 (1971).

37.  Curley, A., V. W. Burse, M. E. Grim, R. W. Jennings and R. E. Linder, Presented at 160th American Chem. Soc. Meeting, Washington, D. C. (1971).

38.  Curley, A., V. W. Burse, M. E. Grim, R. W. Jennings and R. E. Linder, Interagency Meeting on PCBs, Dept. H. E. W., Washington, D. C., August 5 (1971).

39.  Sekita, H. M. Osawa, Y. Ito and H. Tanabe, Shokuhin Eiseigaku Zasshi 11 (1970) 361; C.A. 74 (1971) 138848.

40.  Albro, P. W. and L. Fishbein, NIEHS (1971), Unreported results.

41. Keplinger, M. L., O. E. Fancher and J. C. Calandra, Abst. of 10th Annual Meeting of Society of Toxicology, Washington, D. C., March 7-11 (1971).

42. Vos, J. G. and J. H. Koeman, Toxicol. Appl. Pharmacol. 17 (1970) 656.

43. Flick, D. F., R. G. O'Dell and V. A. Childs, Poultry Sci. 44 (1965) 1460.

44. Vos. J. G. and R. B. Beems, Toxicol. Appl. Pharmacol. 19 (1971) 617.

45. Bauer, H., K. H. Schulz and U. Spiegelberg, Arch. Gewerbepath. Gewerbehyg. 18 (1961) 538.

46. Finkea, J. F., L. E. Priester, J. P. Creason, T. Hauser and T. Hinners, Presented at Amer. Publ. Health Assoc. Meeting, Minneapolis, Minn., Oct. (1971).

47. Enos, H., Personal Communication, Oct. 12 (1971).

48. Biros, F. J., J. C. Walker and A. Medbery, Bull. Env. Contam. Toxicol. 5, (1970) 317.

49. Ringer, R., J. Johnson and R. Hoopingarner, Interagency Meeting on PCBs. Dept. H. E. W., Washington, D. C., Aug. 5 (1971).

50. Young, R., Status of PCBs, ARS Rept., Oct. (1971).

51. Vos, J. G., Personal Communication, Oct. 25 (1971).

52. Flamm, W. G. and D. Clive, NIEHS (1971).  Work in progress.

53. Miller, J. W., U. S. Public Health Repts. 59  (1944) 1085.

54. Bennett, G. A., C. K. Drinker and M. F. Warren, J. Ind. Hyg. Toxicol. 20 (1938) 97.

55. Treon, J. F., Am. Ind. Hyg. Assoc. Quart. 17 (1956) 204.

56. Street, J. C., F. M. Urry, D. J. Wagstaff and A. D. Blau, 158th American Chemical Society Meeting, New York, Sept. 8-12 (1969).

57. McCune, E. L., J. E. Savage and B. L. O'Dell, Poultry Sci. 41 (1962) 295.

58. Flick, D. F., R. G. O'Dell and V. A. Childs, Poultry Sci. 44 (1965) 1460.

59. Presst, I., D. J. Jeffries and N. W. Moore, Environ. Pollution 1 (1970) 3.

60. Higginbotham, G. R., A. Huang, D. Firestone, J. Verrett, J. Ress and A. D. Campbell, Nature 220  (1968) 702.

61. Love, G. J., Personal Communication, Oct. 8 (1971).

62. Aulerich, R. J., R. K. Ringer, H. L. Seagran and W. G. Youatt, Can. J. Zoology 49 (1971) 611.

63. Wilson, W. E. and C. Sharp, NIEHS (1971); Studies in progress.

64. Spalding, J. W., NIEHS (1971), Studies in progress.

65. Courtney, D. C. and Chernoff, N., Personal Communication, Nov. 15 (1971).

66. Fujita, S., H. Tsuji, K. Kato, S. Saeki and H. Tsukamoto, Fukuoka Acta Medica 62 (1971) 30; C. A. 75 (1971) 3797.

APPENDIX G

Biological Data On PCBs In Animals Other Than Man

## Table of Contents

|  |  | Page |
|---|---|---|
| I. | Toxicity | 159 |
|  | A.  Birds |  |
|  | B.  Insects |  |
|  | C.  Fish and Aquatic Invertebrates |  |
| II. | Physiology | 162 |
|  | A.  Metabolism and Kinetics |  |
|  | B.  Reproduction |  |
| III. | Summary | 166 |
| IV. | Conclusions | 167 |

APPENDIX G

## Biological Data On PCBs In Animals Other Than Man

Polychlorinated biphenyls have become ubiquitous in the world ecosystem in quantities similar to those of DDE.  Their presence has caused concern and stimulated research to evaluate their role in the biosphere.

The significance of PCBs to wild animals depends upon both their lethal toxicity and their sublethal physiological effects.  These are the subjects of the present paper.  Coordinate knowledge of level of exposure, as shown by frequency and levels of occurrence of PCBs in the environment, is essential to complete the understanding.  These are summarized elsewhere in this report.

## I.  TOXICITY

Outright mortality of wild animals can affect populations, particularly those of long-lived species.  Measurements of direct toxicity are therefore important first steps in evaluation of a chemical.  Other laboratory studies also are needed for proper interpretation of field observations.  These include studies to diagnose cause of death by behavior of poisoned animals, tissue changes, and concentrations of chemical in critical tissues.

## A.  BIRDS

The toxicities of different PCBs to pheasants (Phasianus colchicus), mallards (Anas platyrhynchos), bobwhite quail (Colinus virginianus), and coturnix quail (Coturnix coturnix) were compared with the toxicities of DDT, dieldrin, and other insecticides (Heath, et al., 1).   Tests of six PCB mixtures, containing 32 to 62 percent chlorine, showed that the toxicity increased with the percentage of chlorine.  In general, toxicities were similar to those of DDE.  There were some differences in sensitivity of the species. Bobwhite were most sensitive, followed in turn by pheasants, mallards, and coturnix quail.  Bobwhite were 3-4 times as sensitive as coturnix.  Special tests with coturnix quail showed that the toxic effects of DDE and Aroclor 1254 were additive but not synergistic.

In other studies, Aroclor 1254 was approximately as toxic as DDE to four species of blackbirds:  grackles (Quiscalus quiscula), cowbirds (Molothrus ater), starlings (Sturnus vulgaris), and redwings (Agelaius phoeniceus) (Dustman, et al., 2).   Redwings were somewhat more susceptible to DDE than to PCBs.  Signs of poisoning were sluggishness with slight tremors of moderate amplitude, much as with chemicals of the DDT group.  Internally, livers frequently had hemorrhagic streaks or spots, and the gastrointestinal tract commonly contained blackish fluid, but these signs were not sufficiently consistent for distinctive  diagnosis.

Aroclor 1254 was approximately 1/13 as toxic as DDT to Bengalese finches (Lonchura striata) (Prestt, et al., 3).   Tremoring and other signs were similar to those observed among blackbirds; the finches had enlarged kidneys and some had hydropericardium.

159

Chicks kept in batteries recently painted with an epoxy-resin paint, (McCune et al., 4). died as a result of Aroclor 1242 in the paint.  Others fed this compound developed hydropericardium and enlarged livers and kidneys.

Egg injection studies showed that Aroclor 1242 had a relatively high toxicity (McLaughlin, et al., 5).

Aroclor 1248 fed to 10-day-old chicks depressed growth rates at dietary levels of 50, 100, and 150 parts per million (Rehfeld et al., 6).  Only 2-4 of 10 chicks survived each of the three higher dosages.  Growth rates were reduced at 20, 30, and 40 parts per million in a second experiment; mortality was 16 of 30 birds at 50 parts per million dosage, 4 of 20 at 40 parts per million, and 1 of 30 at 30 parts per million to 5 weeks of age.  Birds fed diets containing more than 20 parts per million developed general edema; those fed diets containing 40 and 50 parts per million developed noticeably smaller combs and wattles than normal.  Liver weight increased as a percentage of body weight, primarily as a reflection of lower body weights.

Mortality was high among White Leghorn cockerels fed a dietary dosage of 500 parts per million of Aroclor 1254 from the day of hatching; the birds died between the third and tenth week of feeding (Platonow and Funnell, 7).   At 250 parts per million birds did not die until the thirteenth week.  At this dosage, weight gain was poor, livers increased in weight relative to body weight, combs and wattles were abnormally small, and testes were small.  The effect on combs appeared before the effect on the testes.

Polychlorinated biphenyls supplied by three different manufacturers gave strikingly different results in toxicity tests with domestic chickens, although all formulations contained 60 percent chlorine (Vos and Koeman, 8).   The PCBs were Phenoclor DP6, manufactured in France; Clophen A60, manufactured in Germany; and Aroclor 1260, manufactured in the United States.  Twenty-four birds fed 400 parts per million of Phenoclor DP6 all died within 60 days; all had liver necrosis and 18 had hydropericardium.  Twenty-two of 24 birds fed Clophen at the same dosage also died with liver necrosis and 20 with hydropericardium.  However,  none of the birds fed Aroclor died; none had liver necrosis, and only three had hydro-pericardium.  Chickens fed all formulations developed atrophy of the spleen and excess quantities of porphyrins.  These different effects of the three brand-named products were later largely explained by the identification of chlorinated dibenzofuran and chlorinated naphthalene as contaminants in Phenoclor and Clophen (Vos et al., 9).

In a further study with coturnix quail, porphyria again resulted from dosage with Aroclor 1260 that was carefully tested to insure the absence of measurable amounts of contaminants (Vos et al., 10).  Males given a daily dose of 50 mg/kg of PCBs (the lowest dosage tested) developed porphyria, as did females given 100 mg/kg, although those given 10 mg/kg or less did not.  The porphyria was closely associated with an increase of mitochondrial ALA synthetase.

1. Residues in Birds Killed by PCBs. Chickens killed by PCB dosage in the studies of (Vos and Koeman, 8) generally contained from 120 to 420 parts per million in the brains, but the overall range was from 40 to 700 parts per million. Residues in livers were 120 to 2,900 parts per million.

Coturnix quail poisoned by PCBs (Phenoclor DP6) contained residues of 342-1710 (av. 1158) parts per million in the brain and 1079-8350 (av. 3280) parts per million in the liver (Koeman, 11). Bangales finches killed by PCBs had residues of 70 to 697 parts per million in the livers; those sacrificed at the end of the experiment contained 3 to 634 parts per million (Prestt, et al., 8). Residues in brains were somewhat lower; the proportional amount in the brain in comparison with the amount in the liver averaged higher in the birds that died than in those that were sacrificed.

A bald eagle found sick in the field contained high residues of both DDE and PCBs in its brain, suggesting that PCBs may have contributed to its death. Residues of DDE in the brain were 385 parts per million, which is within the lethal range for DDE (Stickel et al., 12). However, the brain also contained 230 parts per million of PCBs, 6 parts per million of DDD, 2.2 parts per million of dieldrin, and 0.4 parts per million of heptachlor epoxide.

## B. INSECTS

The toxicity of PCBs to insects also is related to the chlorine content, but in the reverse order to the result with birds. PCBs with lower amounts of chlorine were more toxic to flies than PCBs with higher chlorine content, and the toxicity of mixtures with more than 48 percent chlorine was very low (Lichtenstein et al., 11). Toxicity of dieldrin and DDT was enhanced beyond an additive effect by the addition of the lower chlorinated PCBs.

Topical applications of Aroclor 1254 to a grasshopper (Clorthippus brunneus) produced delayed mortality that occurred at the time of molt (Moriarty, 14).

## C. FISH AND AQUATIC INVERTEBRATES

Shrimp (Panaeus duorarum) are sensitive to low concentrations of PCBs (Duke, et al., 15). All individuals died as a result of a 48-hour exposure to flowing seawater containing 100 parts per billion of Aroclor 1254; 80 percent died in 24 hours. These shrimp accumulated 3.9 parts per million in their tissues. Shrimp exposed to 10 parts per billion did not die, but accumulated 1.3 parts per million of PCBs in their tissues.

Seventy-two percent of the juvenile shrimp died from a 20-day exposure to 5 parts per billion of Aroclor 1254 and the tissues accumulated 16 parts per million. Crabs (Callinectes sapidus) were less sensitive, but accumulated an average of 23 parts per million in a 4-week exposure at 5 parts per billion and still contained 22 parts per million after a week in clean water and 11 parts per million after 4 weeks in clean water.

The small crustacean, (Gammarus oceanicus) had a lethal threshold in 30-day tests between 0.001 and 0.01 parts per billion in colloidal solution and between

0.01 and 0.1 parts per billion in emulsions of Aroclor 1254 solubilized in Corexit 7664 (a commercial nonionic surfactant preparation) in seawater (Wildish, 16). Gammarus that died had severely necrosed branchiae, and some animals exposed to as little as 0.001 parts per billion developed a less extensive sublethal necrosis. Moulting or freshly moulted animals were particularly vulnerable.

Shell growth of oysters stopped completely in a 96-hour exposure to 100 parts per billion of PCBs. Shell growth was reduced by 40 percent in exposure to 10 parts per billion and the oysters accumulated 33 parts per million of PCBs in their tissues (Duke, et al., 15).

Pinfish (Lagodon rhomboides) survived exposure to 10 or 100 parts per billion of Aroclor 1254 for 48 hours, but those exposed to 100 parts per billion accumulated 17 parts per million (Duke, et al., 15).

In further studies at the same laboratory, pinfish and spot (Leiostomus xanthurus) died when exposed for 14-45 days to 5 parts per billion of Aroclor 1254, but spot appeared unaffected by exposure to 1 part per billion for periods up to 56 days (Hansen, et al., 17). Onset of death in both species exposed to 5 parts per billion was delayed. Pinfish developed fungus-like lesions on the body, with some hemorrhaging. Spot usually ceased feeding, became emaciated, and developed ragged fins and lesions. Some fish that survived exposure to 5 parts per billion Aroclor 1254 became diseased and died even though they were placed in flowing water free from PCBs.

Rainbow trout (Salmo gairdneri) are very sensitive to the terphenyls (Guthrie and Acres, 18). Fifty percent of the fish exposed to Santowax QM* + 30 percent high boilers at concentrations of 10 parts per billion or greater died in 48 hours or less under normal oxygen conditions. With reduced oxygen, 50 percent died in less than 2 hours even at a concentration of 2 parts per billion (the lowest tested). The fish became hyperactive in less than 1/2 hour in water containing 25 parts per billion or more. Within 1 to 5 hours, gills reddened, swimming slowed, and balance and avoidance reactions were altered. Less than 5 percent of the fish recovered after showing these signs. HB-40* was less toxic, and less than 25 percent of the fish died within 48 hours.

## II. PHYSIOLOGY

The effects of PCBs on reproduction and other physiological processes of wild animals are apt ultimately to have the most serious impact on the populations. Yet these effects are the most difficult to evaluate. Pertinent data are summarized here, with the exception of data for laboratory mammals, which are included in other sections of this report.

## A. METABOLISM AND KINETICS

In Swedish waters, lower organisms such as mussels and fish contained a greater preponderance of PCBs with lower chlorination than did birds, which suggested that the compounds with fewer chlorines were metabolized or excreted

---

* Monsanto Chemical Company trade name. Santowax is a mixture of ortho-, meta-, and para-terphenyls. HB-40 is a mixture of hydroterphenyls and terphenyls. High boilers are tar-like decomposition products produced as a result of the exposure of terphenyls to a high radiation field.

faster than those with more chlorines, so that the latter were subject to greater increase in the food chain (Jensen, et al., 19).

In two simple food chains, fish to eagles (Haliaeetus albicilla) and fish and mussels (Mytilus edulis) to seals (Phoca vitulina and Pusa hispida), concentrations increased hundreds to thousands of times from prey to predator (Jensen, et al., 19). Fish contained hundredths to tenths of parts per million; fresh mussels contained hundredths of parts per million; seal blubber contained 5-21 parts per million; and the muscle of the white-tailed eagle contained 150-240 parts per million.

In Great Britain, birds that feed on birds or mammals contained the highest concentrations of PCBs, those that have a mixed diet contained the next highest, and those that feed on insects had the lowest (Prestt, et al., 3). The fish-eating herons from the southeast of England contained higher residues of PCBs than birds of any other area.

Many species of California birds contained hundredths to tenths of parts per million of PCBs; peregrines (Falco peregrinus) contained greater amounts, one as high as 98 parts per million in muscle (Risebrough, et al., 20), while fish in the same area contained only thousandths of parts per million.

Residues of PCBs in the industrially polluted Escambia Bay increased in the expected order. Water contained a maximum of 275 parts per billion, and sediment a maximum of 486 parts per million. Oysters (Crassostrea virginica) contained 2-3 parts per million, shrimp (Penaeus duorarum) 1.5-2.5 parts per million, blue crabs (Callinectes sapidus) 1-7 parts per million, and pinfish 6-12 parts per million (Duke, et al., 15).

Subsequent samplings from three stations in the Bay showed little change in concentrations of PCBs in sediments even after 9 months (Nimmo, et al., 21). Experiments were then undertaken that showed that shrimps (Penaeus duorarum) and fiddler crabs (Uca minax) could accumulate Aroclor 1254 from the sediments. Relationships between concentration of PCBs in sediment and concentration in crabs and shrimps were variable. The maximum accumulation was from sandy silt containing 61 parts per million (dry weight) of Aroclor 1254; fiddler crabs accumulated 80 parts per million (wet weight) in their bodies; shrimp accumulated 240 parts per million (wet weight) in the hepatopancreas. Some PCBs were present in the water and a portion of the accumulation could have been from that source. The ratio of individual PCB isomers maintained integrity in the sediments and tissues of test animals throughout the investigation, indicating no pronounced metabolic changes of the PCBs.

Spot (Leiostomus xanthurus) exposed to 1 part per billion of Aroclor 1254 for 56 days attained maximum concentrations in 14-28 days, although absolute amounts continued to increase as the fish grew (Hansen, et al., 17). Maximum concentration in whole spot was 37,000 times that in the test water. These results were very similar to those for DDT reported earlier from the same laboratory. The PCBs were lost slowly from the tissues of spot after they were placed in clean flowing water. After 84 days of flushing, the concentration had dropped 73 percent and the absolute amount had dropped 61 percent. Isomers of Aroclor 1254, with the exception of one peak, maintained their integrity in spot.

Marine diatoms (Cylindrotheca closterium) exposed to Aroclor 1242 at 0.01 and 0.1 part per million in culture flasks absorbed the chemical to a concentration of 4.7 and 109.2 parts per million, 470 and 1,100 times the concentrations in the surrounding medium (Keil, et al., 22). The higher concentration (0.1 part per million) sharply inhibited growth as indicated by harvest weights and cell counts and reduced RNA synthesis and the chlorophyll index but had no effect on DNA levels. No such effects were produced by the 0.01 part per million concentration. Some early eluting PCB materials not common to the known mixture of Aroclor 1242 were isolated from the diatoms, suggesting possible metabolism of the Aroclor.

A species of salt-water diatom (Thalassiosira pseudonana) grew at a significantly reduced rate when exposed to Aroclor 1254 at concentrations of 25, 50, and 100 parts per billion in the culture medium (Mosser, et al., 23). Survival was reduced by exposure to 50 and 100 parts per billion. A second species (Skeletonema costatum) was more sensitive and grew somewhat more poorly when exposed to 10 parts per billion. Both species were more sensitive to PCBs than to an equivalent amount of DDT. By contrast, a marine green alga and two species of freshwater algae were not inhibited by these or higher concentrations of PCBs.

The small crustacean, (Gammarus oceanicus), appeared to absorb Aroclor 1254 across the general integument (Wildish and Zitko., 24). Uptake was not altered by removal of branchiae epi-flora and by removal of epi-fauna, or by the stage of intermoult. Rate of uptake was greater at higher concentrations and declined after a few hours. Dead Gammarus absorbed significantly smaller amounts of PCBs from the seawater than did the living animals.

PCBs inhibited ATPases in bluegills (Lepomis macrochirus). Aroclor 1254 was the most effective inhibitor, followed by Aroclor 1221 (Yap, et al., 25). Aroclor 1268 and 5460 showed less pronounced effects. Tissues (brain, kidney, liver, and muscle) also differed; muscle ATPase showed the greatest sensitivity, with a response similar to that observed for DDT.

In the Netherlands, the PCBs of lower chlorination were more common in fish (Leuciscus rutilus) than in sea birds, and it was concluded that compounds with fewer chlorines probably were metabolized or excreted relatively rapidly (Koeman, et al., 26). This hypothesis was confirmed in an experiment with Japanese quail; the gas chromatographic pattern of PCBs in the quail tissues was considerably altered from that of the fed material, and many of the peaks representing lower chlorinated compounds disappeared. There was a similar difference in pattern of the PCB compounds present in the egg of a mallard duck and the pattern of the Aroclor 1254 that the duck had eaten (Heath, 1).

PCBs increased the breakdown of estradiol in domestic pigeons (Risebrough, et al., 20) and kestrels (Falco sparverious) (Lincer and Peakall., 27). demonstrating their capability to induce microsomal enzyme activity. The PCBs were given by injection (pigeons) or ingestion (kestrels) of relatively high dosages; the birds were sacrificed and in vitro laboratory studies were made of the homogenized livers.

Mallard ducklings demonstrated the possibility of interacting effects between PCBs and disease organisms (Friend and Trainer, 28). Thirty-five to 44 percent of the 10-day-old ducklings exposed for 10 days to a dietary dosage of 25, 50, or 100 parts per million of Aroclor 1254 died upon subsequent exposure to duck hepatitis virus in contrast to only 14 percent of the birds exposed only to the virus.

Swedish robins (<u>Erithacus rubecula</u>) given 5 micrograms of Clophen A50, for 11-13 days showed a greater migratory restlessness than controls (Ulfstrand and Södergren, 29).

Pheasant hens absorbed 94 percent of the Aroclor 1254 given as a single capsule dose, a very efficient entry of this chemical into the system (Dahlgren, et al., 30). Residues in muscle declined 82 percent in 28 days after dosage. Residue were excreted in both eggs and feces.

Residues in the milk of cattle inadvertently exposed to PCBs declined at the rate of 1.3 percent per day when uncontaminated feed was restored (Fries, et al., 31). The rate of loss of DDE residues was identical. PCBs in milk fat decreased from 12.6 parts per million to 5.8 parts per million in about 3 weeks and to 2.1 parts per million in about 4 months.

A cow given 10 mg/kg of Aroclor 1254 in a single dose released an average of 3.9 parts per million into the whole milk during the next 4 days' milking. A dosage of 100 mg/kg produced 36 parts per million in the milk of another cow (Platonow, et al., 32). The gas chromatographic pattern of the Aroclors in the milk was very similar to that of the fed compound.

B. REPRODUCTION

Pheasants given a capsule dose of 50 mg of Aroclor 1254 weekly for 17 weeks produced fewer eggs than controls, and a higher percentage of chicks pipped the shell but did not hatch (Dahlgren and Linder, 33). Chicks that hatched weighed less and survived more poorly than controls. Eggshell thickness was not affected. In behavioral tests of the offspring on a visual cliff, more of the chicks from the dosed parents made the undesirable choice of jumping to the deep side, or made no choice, in the 5-minute test period. None of these effects occurred among the groups whose female parents were dosed with 12.5 mg.

Mallards fed a dietary dosage of 25 parts per million of PCBs from about 11 weeks before their first breeding season and through their second year laid eggs with shells of normal thickness (Heath, et al., 1). The number of eggs laid, hatchability, and survival of young did not differ significantly from the untreated controls. In another test, mallard ducks fed 10 or 500 parts per million of Aroclor 1254 in the diet for about 5 weeks laid eggs with normally thick shells. Bobwhite quail fed diets containing 50 parts per million of PCBs, or 30 parts per million of DDE, or a combination of 25 parts per million of PCBs plus 15 parts per million of DDE for about 11 weeks before their first breeding season reproduced as well as controls.

Ring doves (<u>Streptopelia risoria</u>) fed 10 parts per million of Aroclor 1254 for 6 months laid eggs no lighter than those laid by control birds. (Peakall, 34). Fourteen birds fed 10 parts per million of PCBs before and after dosage and nine birds injected intraperitoneally with 160 mg/kg 1-4 days before egg laying confirmed the lack of effect of PCBs on shell weight.

Chickens fed Aroclor 1242 at 10 parts per million or 100 parts per million and Aroclor 1254 at 100 parts per million laid fewer eggs, hatched fewer chicks, and laid eggs with thinner shells than controls in tests made for the Monsanto Chemical Company by the Industrial Bio-Test Laboratories. Those fed Aroclor 1242 at 1 part per million, Aroclor 1254 at 1 part per million or 10 parts per million, or Aroclor 1260 at 1 part per million, 10 parts per million, or 100 parts per million did not differ significantly from controls.

The studies with chickens and with ducks differed in dosage levels and in the type of PCBs employed, so that the differences cannot necessarily be ascribed to the difference in species. Further tests with ducks and with other species are needed in order to understand the potential for PCBs to affect reproduction of wild birds.

In recent studies at the Patuxent Wildlife Research Center, a statistical evaluation of the role that different chemicals may play in thinning the shells of brown pelicans in the field has shown that DDE residues correlate much better with shell thinning than do residues of dieldrin or PCBs (Blus, et al., 35; Anderson, et al., 36) reported similar results from studies of shell thinning and residue content of the eggs of cormorants and white pelicans.

Reproductive failure occurred among ranch mink that were fed fish from the Great Lakes and the Miramichi (Gilbert, 37 ; Aulerich, et al., 38).   Such effects could not be produced experimentally by dosages of DDT or its metabolites in levels far in excess of those present in the fish (Aulerich, et al., 38). This led to the belief that other contaminants must be responsible, and tests have been initiated with PCBs as a possible candidate.

III.  SUMMARY

Polychlorinated biphenyls have become ubiquitous in the world ecosystem in quantities similar to those of DDE.

Experimental studies have shown that PCBs have a toxicity to mallards, pheasants, bobwhite quail, coturnix quail, red-winged blackbirds, starlings, cowbirds, and grackles that is of the same order as the toxicity of DDE to these species.  Overt signs of poisoning also are similar to those caused by compounds of the DDT group.  Toxic effects of DDE and Aroclor 1254 to coturnix chicks were additive, but not synergistic.

PCBs containing higher percentages of chlorine are more toxic to birds than those containing lower percentages.  PCBs of foreign manufacture contained contaminants to an extent that greatly increased their toxicity.

Residues of PCBs in the brains of birds killed by these compounds measure in the hundreds of parts per million.  PCBs may have contributed to mortality of some birds in the field.

Toxicity to insects of PCBs of different degrees of chlorination is the reverse of the pattern in birds:  the lower chlorinations are more toxic to insects.  PCBs enhanced the toxicity of dieldrin and DDT to insects.

Shrimp are very sensitive to PCBs and most will die as a result of 20-day exposure to a concentration of 5 parts per billion. PCBs also inhibit shell growth of oysters. Crabs are less sensitive; all accumulate residues to many times the concentrations in the water, and a test with crabs showed that they lost the residues very slowly.

Growth of certain species of marine diatoms was experimentally inhibited by PCBs, but algae were not affected.

The small marine crustacean, Gammarus, is sensitive to PCBs in concentrations of thousandths to tenths of a part per billion.

Exposure to 5 parts per billion of Aroclor 1254 caused mortality of two species of fish in 14-45 days. Onset of death was delayed and was accompanied by fungus-like lesions.

Rainbow trout were quickly killed by polychlorinated terphenyls at 10 parts per billion under normal oxygen conditions and at 2 parts per billion with reduced oxygen.

Metabolic changes of PCBs have been suggested by environmental observations of different isomeric patterns in animals of different trophic levels. Quantitative differences also are pronounced, with magnifications of hundreds to thousands of times.

Laboratory studies have shown no metabolic changes of PCBs by crabs and shrimps, minimal changes by fish, and pronounced changes by birds.

PCBs induce microsomal enzyme activity in birds. Exposure to PCBs increased the susceptibility of mallard ducklings to duck hepatitis virus.

Offspring of pheasants whose parents received high dosages of PCBs made poor choices in visual cliff tests. Egg production and hatching after pipping also were affected. Migratory restlessness was increased in English robins exposed to PCBs.

Long-term studies of the reproductive effects of Aroclor 1254 on mallards and bobwhite quail and of Aroclor 1254 plus DDE on quail showed no significant differences from controls. In studies of chickens, however, egg production and hatchability were impaired by high doses of Aroclor 1254 and by low doses of Aroclor 1242.

Statistical evaluations of the role that different chemicals may play in thinning eggshells of brown pelicans showed that DDE residues correlate better with shell thinning than do residues of dieldrin or PCBs, confirming observations with cormorants and white pelicans.

IV.  CONCLUSIONS

PCBs are man-made biologically active substances that are dispersed throughout the environment and stored in the tissues of animals. They are lethally toxic to fish and aquatic invertebrates in concentrations measured

in parts per billion or less.  They are metabolized and excreted very slowly by these organisms.

They are only moderately toxic to birds and mammals and the lethal levels are similar to those of DDE.  In sublethal exposure, they are physiologically active and induce enzyme activity.  Effects on reproduction have been shown for chickens but not for ducks, quail, or doves, and for rabbits only at high dosages.

Full evaluation of their actual or potential effects in the environment is hampered by the complex nature of the mixtures that compose them, and by the inclusion of contaminants in these mixtures.  Experimental studies have been conducted with the unaltered products, as sold, and the results may not properly reflect the effects of the components as they exist in the environment.

The evidence available, however, indicates that PCBs must be viewed as potential problems.  The difficulties of attaining a proper evaluation in any reasonable length of time suggest that the least costly course would be to take all measures possible to prevent their escape into the environment.

FOOTNOTES

1.   Heath, R. G., J. W. Spann, J. F. Kreitzer, and C. Vance.
         1970.   Effects of polychlorinated biphenyls on birds.  Presented
                 at and to be published in proceedings of 15th International
                 Ornithological Congress.  The Hague, 1970.

2.   Dustman, E. H., L. F. Stickel, L. J. Blus, W. L. Reichel, and S. N.
     Wiemeyer.
         1971.   The occurrence and significance of polychlorinated biphenyls
                 in the environment.  Transactions of the 36th North American
                 Wildlife and Natural Resources Conference:  118-131.

3.   Prestt, Ian, D. J. Jefferies, and N. W. Moore.
         1970.   Polychlorinated biphenyls in wild birds in Britain and
                 their avian toxicity.  Environmental Pollution 1:3-26.

4.   McCune, E. L., J. E. Savage, and B. L. O'Dell.
         1962.   Hydropericardium and ascites in chicks fed a chlorinated
                 hydrocarbon.  Poultry Science 41:295-299.

5.   McLaughlin, Joseph, Jr., Jean-Pierre Marliac, M. Jacqueline Verrett,
     Mary K. Mutchler, and O. Garth Fitzhugh.
         1963.   The injection of chemicals into the yolk sac of fertile
                 eggs prior to incubation as a toxicity test.  Toxicology
                 and Applied Pharmacology 5:760-771.

6.   Rehfeld, Betty M., R. L. Bradley, Jr., and M. L. Sunde.
         1971.   Toxicity studies on polychlorinated biphenyls in the chick.
                 Poultry Science 50(4):1090-1096.

7.   Platonow, N. S., and H. S. Funnell.
         1971.   Anti-androgenic-like effect of polychlorinated biphenyls
                 in cockerels.  Veterinary Record 88(4):109-110.

8.   Vos, J. G., and J. H. Koeman.
         1970.   Comparative toxicologic study with polychlorinated
                 biphenyls in chickens with special reference to porphyria,
                 edema formation, liver necrosis, and tissue residues.
                 Toxicology and Applied Pharmacology 17:656-668.

9.   Vos, J. G., J. H. Koeman, H. L. van der Maas, M. C. ten Noever de Brauw,
     and R. H. de Vos.
         1970.   Identification and taxicological evaluation of chlorinated
                 dibenzofuran and chlorinated naphthalene in two commercial
                 polychlorinated biphenyls.  Food and Cosmetic Toxicology
                 8:625-633.

10. Vos, J. G., J. J. T. W. A. Strik, Catherina W. M. van Holsteyn, and
    J. H. Pennings.
        1971.  Polychlorinated biphenyls as inducers of hepatic porphyria
               in Japanese quail, with special reference to δ-aminole-
               vulinic acid synthetase activity, fluorescence, and residues
               in the liver.  Toxicology and Applied Pharmacology 20(2)232-240.

11. Koeman, Jan Hein.
        1971.  The occurrence and toxicological implications of some
               chlorinated hydrocarbons in the Dutch coastal area in the
               period from 1965 to 1970.  Doctoral Dissertation, University
               of Utrecht.  139 p.

12. Stickel, William H., Lucille F. Stickel, and Francis B. Coon.
        1970.  DDE and DDD residues correlated with mortality of experi-
               mental birds.  pp. 287-294 in "Pesticides Symposia,"
               edited by W. B. Deichmann, Halos & Associates, Miami.

13. Lichtenstein, E. P., K. R. Schulz, T. W. Fuhremann, and T. T. Liang.
        1969.  Biological interaction between plasticizers and insecticides.
               Journal of economic Entomology 62:761-765.

14. Moriarty, F.
        1969.  The effects of polychlorobiphenyls on Chorthippus brunneus
               (Saltatoria:Acrididae).  Entomologia Exp. and Appl. 12:206-210.

15. Duke, T. W., J. I. Lowe, and A. J. Wilson, Jr.
        1970.  A ploychlorinated biphenyl (Aroclor 1254) in the water,
               sediment, and biota of Escambia Bay, Florida.  Bulletin of
               Environmental Contamination and Toxicology 5:171-180.

16. Wildish, D. J.
        1970.  The toxicity of polychlorinated biphenyls (PCB) in sea water
               to Gammarus oceanicus.  Bulletin of Environmental Contamina-
               tion and Toxicology 5(3):202-204.

17. Hansen, D. J., P. R. Parrish, J. I. Lowe, A. J. Wilson, Jr., and
    P. D. Wilson.
        1971.  Chronic toxicity, uptake, and retention of Aroclor 1254 in
               two estuarine fishes.  Bulletin of Environmental Contamination
               and Toxicology 6(2):113-119.

18. Guthrie, J. E., and O. E. Acres.
        1970.  Toxicity to fish of two organic reactor coolants.  Bulletin
               of Environmental Contamination and Toxicology 5(2):145-151.

19. Jensen, S., A. G. Johnels, M. Olsson, and G. Otterlind.
        1969.  DDT and PCB in marine animals from Swedish waters.  Nature
               224:247-250.

20. Risebrough, R. W., P. Reiche, D. B. Peakall, S. G. Herman, and
    M. N. Kirven.
        1968.  Polychlorinated biphenyls in the global ecosystem.  Nature
               220:1098-1102.

21. Nimmo, D. R., P. D. Wilson, R. R. Blackman, and A. J. Wilson, Jr.
    1971. Polychlorinated biphenyl absorbed from sediments by fiddler
    crabs and pink shrimp. Nature 231:50-52.

22. Keil, Julian E., Lamar E. Priester, and Samuel H. Sandifer.
    1971. Polychlorinated biphenyl (Aroclor 1242): effects of uptake
    on growth, nucleic acids, and chlorophyll of a marine diatom.
    Bulletin of Environmental Contamination and Toxicology
    6(2):156-159.

23. Mosser, Jerry L., Nicholas S. Fisher, Tzu-Chiu Teng, and Charles F.
    Wurster.
    1972. Polychlorinated biphenyls: toxicity to certain phytoplankters.
    Science 175(4018):191-192.

24. Wildish, D. J., and V. Zitko.
    1971. Uptake of polychlorinated biphenyls from sea water by
    Gammarus oceanicus. Marine Biology 9(3):213-218.

25. Yap, H. H., D. Desaiah, L. K. Cutkomp, and R. B. Koch.
    1971. The sensitivity of fish ATPases to polychlorinated biphenyls.
    Nature (In press).

26. Koeman, J. H., M. C. ten Noever de Brauw, and R. H. de Vos.
    1969. Chlorinated biphenyls in fish, mussels and birds from the
    River Rhine and the Netherlands coastal area. Nature 221:
    1126-1128.

27. Lincer, Jeffrey L., and David B. Peakall.
    1970. Metabolic effects of polychlorinated biphenyls in the
    American kestrel. Nature 228:783-784.

28. Friend, Milton, and Daniel O. Trainer.
    1970. Polychlorinated biphenyl: interaction with duck hepatitis
    virus. Science 170:1314-1316.

29. Ulfstrand, S., and A. Sodergren.
    1971. Effect of PCB on nocturnal activity in caged robins,
    Erithacus rubecula L. Nature 231:467-468.

30. Dahlgren, Robert B., Yvonne A. Greichus, and Raymond L. Linder.
    1971. Storage and excretion of polychlorinated biphenyls in
    the pheasant. Journal of Wildlife Management 35(4):823-828.

31. Fries, G. F., G. S. Marrow, Jr., and C. H. Gordon.
    1971. Similarity in behavior of DDE and polychlorinated biphenyl
    (Aroclor 1254) residues in an environmentally contaminated
    herd of dairy cows. U. S. Department of Agriculture,
    Agricultural Research Service Paper 130. Presented at the
    Annual Meeting of the American Dairy Science Association,
    East Lansing, Michigan, June 1971.

32.  Platonow, N. S., H. S. Funnell, D. H. Bullock, D. R. Arnott, P. W.
     Saschenbrecker, and D. G. Grieve.
     1971.  Fate of polychlorinated biphenyls in dairy products
            processed from the milk of exposed cows.  Journal of
            Dairy Science 54(9):1305-1308.

33.  Dahlgren, Robert B., and Raymond L. Linder.
     1971.  Effects polychlorinated biphenyls on pheasant repro-
            duction, behavior, and survival.  Journal of Wildlife
            Management 35(2):315-319.

34.  Peakall, David B.
     1971.  Effect of polychlorinated biphenyls (PCBs) on the egg-
            shells of ring doves.  Bulletin of Environmental Con-
            tamination and Toxicology 6(2):100-101.

35.  Blus, Lawrence J., Robert G. Heath, Charles D. Gish, Andre A. Belisle,
     and Richard M. Prouty.
     1971.  Eggshell thinning in the brown pelican:  implication of DDE.
            BioScience 21(24):1213-1215.

36.  Anderson, Daniel W., Joseph J. Hickey, Robert W. Risebrough, Donald F.
     Hughes, and Robert E. Christensen.
     1969.  Significance of chlorinated hydrocarbon residues to
            breeding pelicans and cormorants.  Canadian Field-
            Naturalist 83:91-112.

37.  Gilbert, Frederick F.
     1969.  Toxicity to fish of two organic reactor coolants.
            Bulletin of Environmental Contamination and Toxicology
            5(2):145-151.

38.  Aulerich, R. J., R. K. Riger, H. L. Seagran, and W. G. Youatt.
     1971.  Effects of feeding coho salmon and other Great Lakes
            fish on mink reproduction.  Canadian Journal of Zoology
            49(5):611-616.

APPENDIX H

## Regulatory Action on PCBs

### Table of Contents

|  |  | Page |
|---|---|---|
| I. | Existing Regulatory Authority | 174 |
| | A. Federal Insecticide, Fungicide, and Rodenticide Act | |
| | B. Federal Water Pollution Control Act | |
| | C. The Refuse Act of 1899 (33 U.S.C. 407) | |
| | D. The Clean Air Act (42 U.S.C. 1857 et seq) | |
| | E. The Egg, Meat, and Poultry Acts | |
| | F. The Occupational, etc... | |
| | G. Act to Regulate Transportation of Explosives and Other Dangerous Articles (18 U.S.C. 831-835) | |
| II. | Standards, Tolerances, or Guidelines Established | 177 |
| III. | Application of Regulatory Authorities | 179 |
| IV. | Future Actions and Needs | 180 |

### Tables

| 1. | FDA Proposed Temporary Tolerances for PCB Residues | 178 |
|---|---|---|

173

APPENDIX H

Regulatory Actions on PCBs

I.    EXISTING REGULATORY AUTHORITY

At least ten Federal laws are potentially relevant for the regulation
of PCBs.  However, not all of them have actually been utilized to deal with
the PCB problem.  Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et.seq.)

Section 402 of the Federal Food, Drug, and Cosmetic Act (FDC Act) de-
fines an "adulterated food" as a food which (among other criteria):

1.  Contains any poisonous or deleterious substance which may render
it injurious to health; or
2.  Contains any food additive unless the use of the additive con-
forms to exemptions or regulations issued by the Food and Drug Administration
(FDA).  FDA has applied both of these criteria to PCBs, depending upon
the circumstances under which the PCB entered the food.

The FDC Act prohibits the introduction of adulterated food in interstate
commerce; prohibits the adulteration of food while moving in interstate
commerce; and prohibits the receipt of an adulterated food in interstate
commerce and subsequent delivery of it for sale or otherwise when the
initial recipient is aware that the food is adulterated.  The Act also
authorizes FDA to seize any adulterated food products which have entered
interstate commerce or which become adulterated while held for sale after
receipt in interstate commerce.

The FDA enforces the FDC Act by various means including inspections of
food establishments (other than meat, poultry, and egg breaking plants)
to determine whether the provisions of the Act are being violated.  These
inspections include the collection and analysis of food samples.  Some
of the samples are of a routine surveillance nature to determine the
presence of adulterants such as pesticides which exceed tolerance levels
and other contaminants such as mercury, lead, cadmium, harmful bacteria,
natural poisons, etc.  However, the actual number of routine surveillance
samples taken is small, and effective enforcement relies heavily on informa-
tion on the known or suspected existence of specific instances of food
adulteration.

A.  FEDERAL INSECTICIDE, FUNGICIDE, AND RODENTICIDE ACT (7 U.S.C. 135-135k)

Under the Federal Insecticide, Fungicide, and Rodenticide Act
(FIFRA) all pesticides (referred to in the act as "economic poisons")

174

shipped in interstate commerce must be registered with the EPA. EPA
can refuse to register a product if it will cause injury to man or the
environment if used according to the label. The registration of a pro--
duct can be suspended or cancelled if it is found to no longer meet the
criteria for registration.

On October 29, 1970, the Pesticides Regulation Division (then in
the Department of Agriculture; now in EPA) issued a notice (PR Notice
70-25) to all pesticide manufacturers, formulators, and distributors.
The notice stated that, "Formulators and manufacturers of economic poisons
containing polychlorinated biphenyls and polychlorinated terphenyls
should change their formulations to eliminate such chemicals either as
active or inactive ingredients. It is believed that a period of six
months is a reasonable period of time within which to affect such formula
changes." Assuming that the notice has been complied with, there should
be no pesticides which currently contain PCBs.

## B.  FEDERAL WATER POLLUTION CONTROL ACT (33 U.S.C. 466 et.seq.)

The Federal Water Pollution Control Act (FWPC Act) authorizes the
Administrator of EPA to enforce State water quality standards established
by the States and approved by the Federal Government if the State is not
adequately enforcing the standards. No States have established water
quality standards relating specifically to PCBs. Thus the water quality
standards part of the FWPC Act is not a useful tool for dealing with the
PCB problem.

Section 12 of the FWPC Act applies primarily to accidential discharges
of hazardous polluting substances. It requires the immediate reporting
to EPA or the Coast Guard of any discharge of a hazardous substance from
a vessel or an onshore or off-shore facility. The discharger is responsible
for making the report and for clean-up, but EPA is authorized to remove or
arrange for the removal of the hazardous substance if the discharger is
unable or unwilling to do so. PCBs are being designated as hazardous sub-
stances under section 12, and the authority contained in the section could
be used if an accidental spill of PCBs into water should occur.

## C.  THE REFUSE ACT OF 1899 (33 U.S.C. 407)

Another legal authority for controlling water pollution is section 13
of the 1899 Refuse Act which forbids discharge of any wastes (other than
municipal wastes) into navigable waters without a permit, issued by the
Army Corps of Engineers, which can limit the discharge of substances into
water. EPA and the Justice Department are prepared to use the Refuse Act
to prevent PCB discharges.

## D.  THE CLEAN AIR ACT (42 U.S.C. 1857 et. seq.)

The general authorities contained in the Clean Air Act are not, for the
most part, applicable to PCBs because PCBs are not generally emitted into
the air in the normal operations of a municipal or industrial facility.
PCBs may become air contaminants through the burning of refuse, but such
emissions usually could be controlled only by preventing the substance
from initially getting into the refuse.

Section 112 of the Clean Air Act authorizes the establishment of national emission standards for hazardous air pollutants. However, it is unlikely that section 112 would be invoked to deal with PCBs for the same reasons that the other Clean Air Act authorities are generally not applicable.

## E.   THE EGG, MEAT, AND POULTRY ACTS

The Consumer and Marketing Service of the U.S. Department of Agriculture (USDA) administers three acts relevant to the PCB problem:  The Egg Products Inspection Act (P.L. 91-597); the Wholesome Poultry Products Act (P.L. 90-492); and the Wholesome Meat Act (P.L. 90-201).

These authorities apply to meat, egg, or poultry products from the time they reach the processing plant until they are purchased by the consumer. Once they leave the plant, they also fall under the legal authority of the FDC Act as do all foods.  USDA routinely checks meat, poultry, and egg processing plants, but relies primarily on local jurisdictions for inspection at retail outlets.

The egg, meat, and poultry acts essentially define a product as adulterated if it contains any substance in an amount which is judged deleterious to health.  USDA follows guidelines established by FDA under the FDC Act for determining what amounts of a particular substance are deleterious.  USDA can seize adulterated products or prevent them from being distributed.

## F.   THE OCCUPATIONAL SAFETY & HEALTH ACT (29 U.S.C. 651-678)

Chemical hazards in the workplace are regulated under the Occupational Safety and Health Act.  The Secretary of Labor, in cooperation with the Secretary of Health, Education, and Welfare, is authorized to set and enforce occupational safety and health standards applicable to businesses affecting interstate commerce.

No specific standard has been set for occupational exposure to PCBs. However, the Department of Labor has set exposure limits for comparable substances, and it could enforce limits on PCBs by applying limits set for compounds such as chlorodiphenyl.  The standard for chlorodiphenyl is 1mg per cubic meter - 8 hour average exposure.

## G.   ACT TO REGULATE TRANSPORTATION OF EXPLOSIVES AND OTHER DANGEROUS ARTICLES (18 U.S.C. 831-835)

The Department of Transportation (DOT) regulates the transport of hazardous substances under the Act to Regulate Transportation of Explosives and Other Dangerous Articles.  The Act authorizes DOT to promulgate regulations for the safe transportation of such materials.

DOT has issued tentative test protocols for classifying substances according to their acute toxicity, but these have not yet gone into effect. Responsibility for insuring that standards are complied with rests initially with the manufacturer or shipper.

II. STANDARDS, TOLERANCES, OR GUIDELINES ESTABLISHED

The most important limits which have been established for PCBs have been those established by FDA to deal with particular instances of food or feed contamination.

Standards or, more accurately, tolerances for products such as for PCBs may be established under Section 406 or Section 409 of the Food, Drug, and Cosmetic Act, which require a finding that the substance is required in the production of the food or cannot be avoided by good manufacturing practices or a showing of safety and a need for use. No permanent tolerances for PCBs have been established, since all the safety data necessary and the need for use to support such tolerances are not available at this time. In the absence of tolerances, the Food and Drug Administration, in order to respond to accidental contamination, has set interim guidelines for levels of PCB in some foods at which it will take action under the Food, Drug, and Cosmetic Act. It is now proposing to establish temporary tolerances for permitting unavoidable PCBs in several categories of food.

FDA has taken action to remove from the market shell eggs containing more than 0.05 parts per million PCBs and feeds containing more than 0.5 parts per million PCB where the PCBs present appears to be from accidental contamination of feed. The U.S. Department of Agriculture has also taken action to remove poultry from the market containing 5.0 parts per million PCBs where such contamination was the result of accidental contamination of feed fed to poultry. The action level of 5 parts per million (whole tissue basis) was established in 1971 by FDA. This level was reduced to 5 parts per million on a fat basis in 1972.

The Food and Drug Administration has taken no action against any other products for PCB contamination but has informed the States and others that it would consider action on milk if PCBs exceed 0.2 parts per million (whole basis) and on fish if PCBs exceeds 5 parts per million. Some States have taken action to remove milk from the market that contained more than 0.2 parts per million PCBs.

The temporary tolerances recently proposed by FDA are listed in Table 1.

The guidelines and the temporary tolerances taken into account available toxicological data, the estimated amount and type of intake of PCB from food, and also the sensitivity of the methods used for detecting PCB. Thus more PCB is allowed in poultry than in eggs because children are fed egg yolk, and children are not considered to have as efficient detoxication mechanism for handling PCBs as adults. It should be noted that these limits were established to deal with particular incidents, and thus may be changed as new knowledge develops or as circumstances change.

Some food has been discovered to be contaminated because of migration from food packaging materials containing PCBs. Thus FDA also has proposed that a temporary tolerance of 5 parts per million in paper packaging

177

## Table 1

FDA Proposed Temporary Tolerances for PCB Residues

| Food | Tolerance |
|---|---|
| Milk | 2.5 ppm (fat basis) |
| Dairy Products | 2.5 ppm (fat basis) |
| Poultry | 5 ppm (fat basis) |
| Eggs | 0.5 ppm |
| Complete animal feeds | 0.5 ppm |
| Animal feed components (including fish meal) | 5 ppm |
| Fish | 5 ppm (edible portion) |
| Infant and junior food | 0.1 ppm |
| Food-packaging materials | 5 ppm |

materials be established permitting unavoidable PCB residues in such materials for a period of one year. This will provide an opportunity for the orderly elimination of PCB-containing raw materials used in the manufacture of food packaging materials.

EPA recently has proposed regulations which would prohibit all intentional discharges of PCB into the water, and would limit PCB levels in the water to .01 parts per billion. These regulations probably would be enforced through use of the Refuse Act.

## III. APPLICATION OF REGULATORY AUTHORITIES

Within the past two years there have been several incidents involving PCB contamination. These include the following:

In September 1969 FDA detected PCBs in West Virginia milk. The source of PCBs was suspected to be the use of spent transformer fluid as a solvent for herbicide spray. Grade A milk shippers involved were taken off production by the State.

In April 1970 FDA identified the presence of PCB residues in milk sampled by the Ohio State Department of Agriculture. The Department removed a large quantity of milk from the market. The chemical was traced to a material used as a sealant in the silos where dairy feed was stored. Similar occurrences of PCB contamination of dairy herds have been reported in several Southeastern States.

Since June 1971, the Meat and Poultry Inspection Program (MPIP) and the Poultry Division, Consumer and Marketing Service, USDA, have been surveying specifically for PCBs. Prior to that time, the MPIP's ongoing survey of chlorinated hydrocarbons should have detected any PCBs present in animal or poultry fat at a level of 1 parts per million or above. None was detected in the fat of poultry, swine, cattle, or sheep prior to December 1970. Since that time, there have been five separate incidents of contamination of poultry with PCBs. Each appears to be a single-source, one-time occurrence. The Poultry Division's egg sampling program in the Southeastern U.S. and in Minnesota has not detected levels of PCBs which are significant--most values falling below the sensitivity of the method.

Contamination of hens slaughtered on December 2, 1970, led to placing all laying hens in Orange, Sullivan, and Ulster Counties, New York, under quarantine through August 30, 1971, requiring pretesting for PCBs prior to slaughter. Levels up to 26.8 parts per million PCBs were found in the fat. Approximately 137,100 hens were condemned and buried on the farms. Flocks containing less than 5 parts per million PCBs were sold in commercial channels, frequently at drastically reduced prices. Eggs from contaminated flocks were destroyed. The source of contamination was feed containing returned bakery product wrappings.

Frozen turkeys produced on farms from Modesto, Fresno, Stockton, and Santa Rosa, California, were found to contain up to 28 parts per million of of PCBs in the fat. The source of contamination is unknown. All turkeys

179

from these sources (approximately 100,000 lbs.) were detained until testing was completed (Feb.-May 1971). Muscle meat was salvaged and used in turkey rolls. Fat and skin containing over 5 parts per million PCBs went to nonfood uses.

Contamination of anchovy fish meal with PCBs from a leaky heat exchanger was discovered by the Monsanto Company in July 1971 in Wilmington, N.C. One immediate and noticeable result was poor hatchability of eggs from the poultry fed the PCB contaminated diet. Accordingly, USDA required that all poultry coming to market from these States be tested before marketing. During the first 2 weeks of testing, 541 samples were analyzed, representing over 2.5 million birds. Of these, 2.4 percent were retained until disposition could be made. The 88,000 chickens which had been fed the fish meal were destroyed by the owner of the chickens. FDA seized 75,000 eggs, 5 shipments of commercial fish feed, and 1 shipment of fish meal which had been contaminated, and USDA barred from market more than 30,000 pounds of processed frozen eggs. In addition, the processing firm recalled over 16,000 tons of the PCB-contaminated fish meal.

In September 1971, turkeys from one grower on eight farms in Detroit Lakes, Minnesota, were found to contain up to 20 parts per million PCBs (fat basis). One hundred forty flocks in the immediate area, including parts of Minnesota, North Dakota, and South Dakota, were tested , but no levels above 2 parts per million were found. Approximately 1 million turkeys were withheld from market by the single grower until residue levels were acceptable. The source of the PCBs has not been determined, but feedgrade fat contaminated with PCBs from a heat exchanger is suspected.

Also in September, the State of Michigan stopped its annual program of distribution of Cohoe Slamon from Lake Michigan, because the fish contained high residues of PCB and DDT.

In February 1972 chickens in Maine were discovered to contain PCB contamination of up to 172 parts per million in their fat. These contaminated chickens had been given feed from a plant in Thorndike, Maine, but officials have been unable to locate the exact source of the PCBs. More than a million chickens have been destroyed.

Many of these incidents have evoked criticism of the Federal Government for failure to detect the problem sooner or for failure to act more stringently. It must be recognized that insofar as detection of problems relies on inspection of food products being shipped to market, it is impossible to inspect even a small fraction of the foods being shipped. Factory inspection can detect some problems, but even this approach is severely limited by available resources. The prime reliance must be on controlling the use of the offending substance.

## IV.  FUTURE ACTIONS AND NEEDS

Enough data are available to indicate that PCBs are pervasive in the environment. The basic regulatory challenge is thus twofold: to minimize human exposure to PCBs already present in the environment and to prevent more PCBs from entering the environment.

Based on available monitoring data and reports, one route of human exposure to PCBs currently in the environment is through food.  The PCB contribution made by other routes of exposure has not been sufficiently measured.

The FDA has issued a proposal which will prohibit the use of PCBs in and around food processing plants and will establish limitations on the use of salvaged paper containing industrial chemicals for food packaging. These proposed actions should prevent occurrences such as the Wilmington incident and the problem of PCBs in food packaging materials.  However, there will still be problems, as evidenced by the Coho  Salmon contamination, the mysterious Minnesota turkeys, and the discovery of high levels of PCBs in cardboard food containers.  The solution to these problems seems to lie in a better understanding of the path which PCBs follow through the environment and on full use of existing regulatory authorities.  Even with better understanding we can probably expect future isolated incidents of PCB contamination.

Existing regulatory authority is generally inadequate to prevent more PCBs from entering the environment.  The Monsanto Company has reported voluntarily limiting the distribution of PCBs to "closed systems" but this limit has no force of law behind it.  The government has no power to restrict imports of PCBs by foreign manufacturers, and if it disagreed with Monsanto's judgment on allowable uses it could not impose more stringent limitations on Monsanto or on any other potential manufacturer.

This regulatory gap would be filled by the Administration's proposed Toxic Substances Control Act.  The proposed Act, sent        Congress in February 1971, would authorize the Administrator of EPA  to restrict or prohibit the use or distribution of a chemical substance if such restriction were necessary to protect health and the environment, and it would also authorize him to issue standards for tests to be performed and for results to be achieved from such tests for various classes and uses of new substances. Thus, in addition to providing the regulatory authority needed to deal with the PCB problem, it would also establish a system for preventing new chemicals from becoming similar problems.  Action by the Congress to approve the Toxic Substances Control Act is the most important step which can be taken to deal with PCBs and similar problems.

☼ U. S. GOVERNMENT PRINTING OFFICE : 1972—481-333 (259)