**UNITED STATE DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

CRYSTAL CZERNO, Individually
and as Parent and Natural Guardian of
C.L., a minor,

          Plaintiff,

v.

GENERAL ELECTRIC COMPANY et al.

          Defendants.

Case No. 23-cv-30099-TSH

## PARTIAL MOTION TO DISMISS BY DEFENDANTS PHARMACIA LLC, SOLUTIA INC., AND MONSANTO CO. PURSUANT TO FED. R. Civ. P. 12(b)(6)

Defendants Monsanto Company, Solutia Inc. and Pharmacia LLC (collectively "Pharmacia[1]"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Counts II, III, IV, V, VIII, XII, XIV, and XVI of Plaintiff Crystal Czerno's Complaint ("the Complaint") on the grounds that the Complaint fails to state claims upon which relief can be granted.  In general, Plaintiff has failed to plead factual allegations supporting necessary elements of the causes of action asserted; has asserted claims that are not cognizable under Massachusetts law; or has asserted claims in which she lacks standing under the relevant statute, M.G.L. c. 21E.

Plaintiff fails to state claims as a matter of law for the following reasons:

(1) **Strict Liability (Counts II and III)** because it is not a recognized tort in Massachusetts

---

[1] In March 2000, the former Monsanto Company changed its name from Monsanto to Pharmacia Corporation, n/k/a Pharmacia LLC.

for product liability claims;

(2) **Breach of Implied Warranty – Design Defect (Counts IV and V)** because Plaintiff failed to plead the existence of a reasonable alternative design that was the same product as the allegedly defective product;

(3) **Fraud (Count VIII)** because Plaintiff failed to plead with particularity factual allegations (a) that she had received, read, or was aware of any of the alleged misrepresentations; and, (b) plausibly supporting justifiable reliance upon the alleged misrepresentations;

(4) **Negligent Trespass (Count XII)** because Plaintiff (a) failed to plead factual allegations that Pharmacia engaged in any acts other than the manufacture and sale of PCBs; (b) the mere knowledge of sale of PCBs to and use by customers is insufficient to support a trespass claim;

(5) **Strict Liability – Ultrahazardous Activity (Count XIV)** because Plaintiff failed to plead that the alleged ultrahazardous activity arose from activity on property owned by Pharmacia, as Massachusetts law requires;

(6) **M.G.L. c. 21E (Count XVI)** because Plaintiff lacks standing to assert the statutory claim because (a) she does not allege that she is seeking reimbursement of costs incurred for undertaking a statutory response action pursuant to Section 4; or (b) she does not allege that she has incurred damage to her property pursuant to Section 5 of the statute.

WHEREFORE, for these reasons, and as more fully described in the Memorandum of Law in Support of its Motion to Dismiss, Pharmacia respectfully requests that the Court dismiss the

aforementioned claims with prejudice, and for such other relief as the Court may deem just and proper.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 7.1(d) of the Local Rules, Pharmacia hereby requests a hearing on its Motion to Dismiss. Pharmacia believes that oral argument will assist the Court in resolving the issues involved in this motion.

## CERTIFICATION UNDER LOCAL RULE 7.1(a)(2)

I, Stephen I. Hansen, counsel for the Pharmacia LLC, Solutia Inc., and Monsanto Co. in this Action, hereby certify that on October 5, 2023, I contacted counsel for Plaintiff in this action, John Stewart, both via phone and by email in order to meet and confer in good faith in order to resolve or narrow the issues presented in the above motion. Following a substantive telephonic discussion of the grounds for the present motion, the parties were not able to reach an agreement, or otherwise avoid the need for this motion to be filed.

*/s/ Stephen I. Hansen*

Dated: October 6, 2023

Respectfully submitted,

*/s/ Stephen I. Hansen*
Richard L. Campbell (BBO 663934)
Stephen I. Hansen (BBO 679134)
Brandon L. Arber (BBO 676425)
Shook Hardy & Bacon LLP
One Federal Street, Suite 2540
Boston, MA 02110
**Tel:** 617.531.1411
**Fax:** 617.531.1602
rcampbell@shb.com
sihansen@shb.com
barber@shb.com

DEFENDANTS, PHARMACIA LLC, SOLUTIA INC., and MONSANTO CO.

**<u>CERTIFICATE OF SERVICE</u>**

I, Stephen I. Hansen, hereby certify that on this 6th day of October, 2023, the foregoing was presented to the Clerk of Court for filing and uploading to the CM/ECF System, which will send notification of such filing to the parties by electronically serving counsel of record.

/s/ *Stephen I. Hansen*
Stephen I. Hansen