UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CRYSTAL CZERNO, Individually and as | ) | |
| Parent and Natural Guardian of C.L., a | ) | |
| minor, Plaintiff | ) | CIVIL ACTION NO. 3:23-cv-30099-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| GENERAL ELECTRIC COMPANY, et al., | ) | |
| Defendants | ) | |

## PLAINTIFF'S MOTION TO REMAND TO STATE COURT

Now comes Plaintiff and moves the Court to remand this case to the Berkshire Superior

Court, on grounds that the Court lacks subject matter jurisdiction under 28 U.S.C. § 1442(a)(1),

the federal-officer removal statute. In support of this motion, Plaintiff files herewith a Plaintiff's

Memorandum of Law in Support of Plaintiff's Motion to Remand, and Exhibits A – H.

WHEREFORE, Plaintiff respectfully request the Court to remand this case to Berkshire

Superior Court.

CRYSTAL CZERNO, Plaintiff

By /s/ John B. Stewart
John B. Stewart (BBO #551180)
JOHN B. STEWART, P.C.
73 Chestnut Street, Suite 310A
Springfield, MA 01103
Ph. (413) 206-9134
TheTrialer@aim.com

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel has conferred with counsel for the Defendants who have appeared
in this action to resolve or narrow the issues set forth in the within motion by e-mail and by
phone and they do not assent and they intend to oppose the motion.

/s/ John B. Stewart
JOHN B. STEWART

CERTIFICATE OF SERVICE

I certify that this Motion, Memorandum in Support of Motion, and Exhibits A – H, were filed through the CM/ECF system will be sent electronically to the registered participants as identified on ECF system and paper copies will be sent to those indicated as non-registered participants on December 6, 2023.

/s/ John B. Stewart
JOHN B. STEWART