**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CRYSTAL CZERNO, Individually and as Parent and Natural Guardian of C.L., a minor,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY, et al.<br><br>Defendants. | Case No.: 3:23-cv-30099-MGM |

**DEFENDANT GENERAL ELECTRIC COMPANY'S NOTICE OF APPEAL**

Notice is given that Defendant General Electric Company, now operating as GE Aerospace ("GE"), appeals to the United States Court of Appeals for the First Circuit, from the United States District Court for the District of Massachusetts, the District Court's Order granting Plaintiff's Motion to Remand, entered on March 31, 2025 (ECF No. 74). This appeal is proper pursuant to 28 U.S.C. § 1447(d), which provides that GE has the right to an immediate appeal of an order remanding a case that was removed pursuant to 28 U.S.C. § 1442(a).

Dated: March 31, 2025

Respectfully submitted,
DEFENDANT GENERAL ELECTRIC COMPANY,

By its Attorneys,

*/s/ James M. Campbell*
James M. Campbell  (BBO #541882)
Christopher B. Parkerson (BBO #662952)
Michelle M. Byers (BBO #684836)
CAMPBELL, CONROY & O'NEIL, P.C.
20 City Square, Suite 300
Boston, MA 02129
Ph. (617) 241-3000
jmcampbell@campbell-trial-lawyers.com
cparkerson@campbell-trial-lawyers.com
mbyers@campbell-trial-lawyers.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I, James M. Campbell, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on March 31, 2025.

*/s/ James M. Campbell*
James M. Campbell